**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

| | | |
|---|---|---|
| KAREN TAYLOR-BAGHERI, ADMINISTRATOR OF THE ESTATE OF SHAWN MATTHEW MCKEE, DECEASED, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:14-cv-00077-JPJ |
| DWIGHT L. BAILEY, M.D., APPALACHIAN EMERGENCY PHYSICIANS, AND FAMILY HEALTH CARE ASSOCIATES OF SOUTHWEST VIRGINIA, P.C., | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION OF DISMISSAL

COME NOW the Plaintiff, Karen Taylor-Bagheri, Administrator of the Estate of Shawn Matthew McKee, deceased, and the Defendants, Dwight L. Bailey, M.D., Appalachian Emergency Physicians, and Family Health Care Associates of Southwest Virginia, P.C., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and STIPULATE that this matter is DISMISSED WITHOUT PREJUDICE as to Defendant Family Health Care Associates of Southwest Virginia, P.C., only and that this action shall continue as to any and all claims the Plaintiff has against the remaining defendants. The new style of this case shall be "*Karen Taylor-Bagheri, Administrator of the Estate of Shawn Matthew McKee, deceased, v. Dwight L. Bailey, M.D., and Appalachian Emergency Physicians.*"

The signatures of counsel of record for the parties are affixed hereto as evidence of their agreement to this stipulation.

  /s/ Walter H. Peake, III_____
Walter H. Peake, III
Virginia State Bar Number: 26379
Frith Anderson & Peake PC
29 Franklin Road SW
Roanoke, Virginia 24011
Telephone: 540-725-3362
Fax: 540-772-9167
E-mail: wpeake@faplawfirm.com
Attorney for Family Health Care Associates of
Southwest Virginia, P.C.


  /s/ Benjamin D. Byrd_____
Benjamin D. Byrd
Gentry Locke Rakes & Moore, LLP
10 Franklin Road SE, Suite 800
Roanoke, VA 24022
Telephone: 540-983-9300
Fax: 540-983-9400
Counsel for plaintiff
roberts_moore@gentrylocke.com
anthony_russell@gentrylocke.com
byrd@gentrylocke.com
Counsel for Plaintiff

  /s/ James Lucas Humphreys_____
James Lucas Humphreys
Hunter, Smith & Davis
P.O. Box 3740
Kingsport, TN 37664-0740
423-378-8862
423-378-8804 (fax)
humphrey@hsdlaw.com
Counsel for Dwight L. Baily and
Appalachian Emergency Physicians