## INITIAL ASSESSMENT FORM

**Russell County Medical Center**

| | | |
|---|---|---|
| PRIORITY: 3 **Urgent** | Patient: MCKEE, SHAWN | Pt#: 60052060 |
| | EDP: BAILEY, DWIGHT | AGE: 31YRS  Sex: M  MR#: 800116708 |
| DATE: 06/07/2013 | PCP: *NONE | Worker's Comp:  Emp. Referred: |

Presentation Time: 19:54    Triage Time: 20:15    Arrival Mode: AMB-POV

Height: 6' 1"   Weight:   lbs.   kgs:   LMP:    Last Tetanus:: under 5 ye    Acc By: FAMILY

**Chief Complaint:** SHORTNESS OF BREATH--HX OF ASTHMA/COPD

**Brief Assessment:** PATIENT COMPLAINS OF COUGH X 2 DAYS WITH FEVER, SOB, VOMITING WITH COUGH. PATIENT STATES THAT HE HAS HX OF SEASONAL ALLERGIES AND ASTHMA. STATES DAUGHTER SLEPT WITH KNEES IN HIS BACK AND HAS PAIN IN UPPER BACK THAT "RESTRICTS" HIS BREATHING

### Vital Signs
- T: 102.8 T
- P: 136 regular
- R: 26 unlabored
- BP: 157/107
- O2: 97 % RA
- Pain Intensity Scale: 8 / 10
- Pain Location: upper back

| | |
|---|---|
| NIGHT SWEATS | NO |
| WEIGHT LOSS | NO |
| ANOREXIA | NO |
| HEMOPTYSIS | NO |
| FEVER | YES |
| ABUSE | NO |
| PNEUMONIA VACCINE | NO |
| INFLUENZA VACCINE | NO |
| FALL RISK | NO |
| SMOKER | NO |
| PRODUCTIVE COUGH | YES |
| FEVER | YES |
| HX OF ASTHMA | YES |
| HX OF COPD | NO |
| TAKING PRESCRIBED MEDS | NO |

Sudden Onset:
Pre-Hospital Treatment: MOTIRN/NYQUIL
Pediatric Assessment: N/A
Past Medical History: DENIES

**Allergies:** NKDA·

**Medicines:** DENIES.

Nurse Signature: _____ TC1

Additional Notes:

RCMC CI#: 01074185   MR#: 800116708
PT#: 60052060
MCKEE SHAWN
M ERORLWWS
06/07/13 19:53

Rev 05/18/04


PLAINTIFF'S EXHIBIT 1
1:14CV00077

## ORDER PROCEDURE FORM
## PULMONARY EMERGENCIES

**Russell County Medical Center**

Name: MCKEE, SHAWN
Age: 31YRS
EDP: BAILEY, DWIGHT

Pt#: 60052060
Sex: M   MR#: 800116708
PCP: *NONE

Date In: 6/7/2013   Time:_____

### Laboratory Tests

| Order Time | Test | Order Sent | By |
|---|---|---|---|
| | CBC | | |
| | BMP / CMP | | |
| | BNP Blood X1 | ~~ | ~20 ?h |
| | Theophylline Level | | |
| | Cardiac Profile | | |
| | UA | D-Pl... 3/7 G.. | |

### Other Diagnostic Tests

| Order Time | Radiology | Order Sent | By |
|---|---|---|---|
| | CXR (PA/LAT - portable) | ~~ | 2027 |
| | Spiral CT Chest w/contrast-PE Protocol | | |
| | VQ Scan | Venos chopper m am 4t | 2150 |
| | Cardiopulmonary | lower extrem... | |
| | EKG | | |
| | Nebulizer Treatment | | |
| | ABG | | |
| | Peak Flows | | |
| | O2 ___ LPM | | |

**Misc. Orders**
- Previous Medical Records
- Physical Therapy - Eval & Tx

**Medical Necessity Information:**

**Weight:** ____ lbs / ____ kgs   **Allergies:** NKDA

### Medications

| Order Time | Medication / Dosage / Route | SVO | Read Back | Adm time | Adm by | Site | Time | Reassessment | Pain | Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| | Toradol 60 | | | | | OVE | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| | Nubain 60 | | | | | 20 | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| | Tylenol 1000 | 1° | | | | | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| | Vibramycin | | | | | 230 | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| | Lanoxin 125 | | | | | | | ☐ Improved ☐ Worse ☐ Unchanged | | |

### IV/Solution/Added Medications

| | Start Time | Device/Size | Loc | # Attempts | Amount | Start by | D/C Time | Amt Infused | D/C by |
|---|---|---|---|---|---|---|---|---|---|
| ☐ KVO Device: | | | | | | | | | |
| ☐ IV Fluid: | | | | | | | | | |

### Procedures / Nursing Assistance

- ☐ Cardiac Monitor  Rate___ Rhythm___
- ☐ NIBP Monitor
- ☐ Pulse Oximetry
- ☐ Endotracheal Intubation
- ☐ Chest Tube Insertion
- ☐ Central Line Placement
- ☐ CVP Monitoring
- ☐ O2

RCMC CI#: 01074185   MR#: 800116708
PT#: 60052060
MCKEE, SHAWN   MEDSURG
31 Y  06/07/13 19:53

**Discharge Instructions:**

Initials/Signature: _____  Initials/Signature: _____  Initials/Signature: _____  Initials/Signature: _____

PA/ARNP: _____   Physician Signature: _____

Rev. 09/11-004

#6

## CHIEF COMPLAINT/HISTORY OF PRESENT ILLNESS: DLB 06/07/2013 20:38

MCKEE, SHAWN is a 31 year old M that presented to the Emergency Department at 19:54 by AMB-POV. The patient was triaged at 20:15 with the following vital signs: T: 102.8 T, P: 136 regular, R: 26 unlabored, BP: 157/107, SPO2: 97 Amt:RA, Pain: 8 upper back. The patient's primary care physician is *NONE.

### Chief Complaint -- SHORTNESS OF BREATH--HX OF ASTHMA/COPD

Exam Time: 20:33.
History obtained from: patient, spouse.
History limited by: N/A.
Onset of symptoms was 1 day(s) ago. Symptoms came on gradually.
Symptoms are present and increased from onset.
Patient states symptoms are of moderate intensity. Patient admits to shortness of breath while at rest.
Symptoms exacerbated by movement.
Symptoms relieved by nothing.
Associated signs and symptoms: positive chest pain, positive chills, positive chest congestion, positive dyspnea, positive fever, positive myalgias, positive nausea, positive vomiting, negative hemoptysis, negative post nasal drip, negative sore throat, negative sinus pain/pressure, negative wheezing, post.

## REVIEW OF SYSTEMS: DLB 06/07/2013 20:39
Constitutional: positive chills, positive fever.
ENT: negative difficulty swallowing.
Eyes: negative blurry vision.
Cardiovascular: positive chest pain.
Respiratory: positive shortness of breath, positive cough, positive congestion.
Gastrointestinal: negative abdominal Pain.
Genitourinary: negative dark urine.
Musculoskeletal: negative extremity pain.
Neurological: negative altered mental status.
Psychological: negative agitated.
Endocrine: negative polyuria.
Integument: negative lesions.

## PAST MEDICAL AND SURGICAL HISTORY: DLB 06/07/2013 20:40
Past Medical History: positive DENIES.
Tetanus Status: under 5 ye.
Past Medical and Surgical histories reviewed.

Case 1:14-cv-00077-JPJ   Document 92-1   Filed 12/02/15   Page 3 of 16   Pageid#: 1043

6/7 Russell County Medical Center
Carrol & Tate Streets, Lebanon, VA 24266
276-883-8000
Patient: MCKEE, SHAWN  : Patient #: 60052060 MRN: 800116708 Date In: 6/7/2013

## FAMILY AND SOCIAL HISTORIES, ALLERGIES AND MEDS: DLB 06/07/2013 20:40
Allergies: NKDA
Medications: DENIES
Family History: positive Diabetes Mellitus, positive HTN.
Social history is negative for alcohol and tobacco use.

## PHYSICAL EXAMINATION: DLB 06/07/2013 20:40
**General:** Vital signs noted.
**HEENT:** HEENT WNL. No evidence trauma.
**Neck:** Appears normal with no JVD present. Neck is supple with no bony tenderness or palpable adenopathy.
**Chest:** post mid chest
**Respiratory:** No respiratory distress. Lungs clear with equal breath sounds bilaterally.
**Cardiovascular:** PMI normal. RRR. S1, S2 normal with no murmurs, clicks, gallops or rubs. All distal pulses 2+ and symmetric.
**Abdomen:** Bowel sounds are nonnoactive. Abdomen is soft, flat, non-tender, without organomegaly or palpable mass.
**Musculoskeletal/Extremity:** Normal joint range of motion; no swelling or deformities. Negative cyanosis, clubbing or edema.
**Skin:** Skin is warm and dry with normal turgor, without lesions or rashes. tinea pedis r foot,erythema dorsum r foot
**Neurologic:** Alert and oriented to person, place and time. Cranial nerves 2-12 grossly intact. No motor or sensory deficits.

## DIAGNOSTIC TEST RESULTS: DLB 06/07/2013 21:26
**Radiology:**
**X-Ray:** Interpretation by Emergency Department Physician. Chest X-Ray AP Portable View -- No acute disease. **Ultrasound:** Non-Invasive Doppler Blood Flow -- Normal study with no evidence of thromboembolic disease.
***LABORATORY:*** *(Refer to the laboratory submitted results report for units of concentration and reference values.)*
Abnormal laboratory results:
Glucose    134
WBC        10.8

## CLINICAL IMPRESSION: DLB 06/07/2013 23:18
1. Acute Bronchitis
2. Cellulitis,Tinea Pedis

Case 1:14-cv-00077-JPJ   Document 92-1   Filed 12/02/15   Page 4 of 16   Pageid#: 1040

**DISPOSITION:** DLB 06/07/2013 23:19
Disposition: Patient discharged to home.
Condition: Improved.
Certified Med Emerg: Patient's condition represents a certified medical emergency. Disposition date/time: 06/07/2013 23:20.
Discussed care with patient and family. Explained findings, diagnosis, and need for follow-up care.

**INSTRUCTIONS:** DLB 06/07/2013 23:20
Patient has received printed discharge instructions. Discharge plans discussed with patient who verbalizes understanding and willingness to comply. Prescription(s) written for: Vibramycin 100 mg: one pill by mouth twice a day for 10 (ten) days for infection ; Quantity: 20 (twenty) ; Refills: 0(zero) || Lamisil 250 mg: one pill by mouth once daily for 2 weeks for infection ; Quantity: 15 (fifteen) ; Refills: 0 (zero) || Zanaflex 4 mg tablet (scored): Take 1 by mouth q8 as needed for stiffness or spasm ; Quantity: 20 (twenty) ; Refills: 0 (zero) || Toradol 10 mg: 1 (one) by mouth every 6 (six) hours as needed for pain ; Quantity: 20 (twenty) ; Refills: 0(zero).
Patient agrees to follow up with *NONE. Instructed to obtain follow up care in five days.
Patient agrees to return to Emergency Department immediately if symptoms worsen or fail to improve.

**PHYSICIAN ORDERS**
(1) IM Toradol 60 mg [DLB] ordered at 6/7/2013 20:49 [by: TC1, Transcribed]
(1) Analgesics Custom Med (Manual Entry) NORFLEX 60MG IN RIGHT VENTROGLUTEAL [DLB] ordered at 6/7/2013 20:50 [by: TC1, Transcribed]
(1) PO Tylenol Other... 975MG [DLB] ordered at 6/7/2013 20:51 [by: TC1, Transcribed]
(1) Small / Moderate Dsg (NOT BURNS) WOUND TO POSTERIOR RIGHT FIFTH TOE CLEASED THOROUGHLY WITH NS, PATTED DRY, WOUND C&S COLLECTED, AQUACEL CUT TO FIT AND APPLIED TO WOUND, COVERED WITH 2X2 GAUZE, SECURED WITH TUBULAR ELASTIC DRESSING [DLB] ordered at 6/7/2013 22:00 [by: AMV, Transcribed]
(1) Wound Cleaning No sutures [DLB] ordered at 6/7/2013 22:00 [by: AMV, Transcribed]


DWIGHT BAIELY L All text in this document clearly marked by DLB has been authored and legally signed by use of electronic device. 06/07/2013 23:24

2200-PATIENT STATES THAT HIS TOE BEGAN HURTING THREE DAYS AGO, STATES THAT HE HAS BEEN SOAKING FOOT QID IN EPSON SALT AND APPLYING PEROXIDE, CELLULITIS NOTED TO RIGHT LATERAL / ANTERIOR FOOT [AMV: 06/07/2013 22:06]

**Adult Assessment** 06/07/2013 20:51 TC1

**Room Assignment:** Patient assigned to room 6. Patient arrived in room ambulatory. Patient moved to room at 20:15. Time of primary assessment: 20:15.

**Psychosocial:** Patient demonstrates normal behavior appropriate for age and situation. The patient has adequate support systems available, is able to ambulate independently, and can perform all activities of daily living without assistance. Patient's nutritional status appears normal. There are no known religious or cultural beliefs that could impact the care received. The patient demonstrates the ability and willingness to learn.

**Safety:** Bedrails are in the upright position to protect patient from fall. Call light is within reach and patient or family was instructed on use. Bed height is at the lowest position. Bedrails are up to protect patient from fall. Call light is within reach and patient or family was instructed on use. Bed height is at the lowest position.

**Neurological:** Alert, oriented to person, place and time. Glascow Coma Score 15. Moves all four extremities equally with equal strength. Patient denies numbness or tingling. Pupils are brisk, equal, and reactive to light bilaterally. Patient is able to speak clearly.

**Cardiovascular:** Skin warm, dry, pink, capillary refill less than 2 seconds. No edema noted. Peripheral pulses equal and strong bilaterally. Heart rate within normal limits.

**Respiratory:** Airway is patent. Respiratory effort is mildly labored. Lung sounds by auscultation reveal clear breath sounds. The patient has a productive cough and with yellow-colored sputum, WHITE. Pulse oximetry attached to patient with a reading of 97.

**Pain:** Patient rates pain as 8 on a one-to-ten scale with ten as the worst pain ever. Pain is located in the upper back. Onset of pain was was 1-2 days ago. Patient describes the pain as constant, aching. Pain is exacerbated by activity, movement, position. Pain is improved or comfort is provided by rest.

**Reassessment:** 06/07/2013 22:51 TC1

**Brief Reassessment:** The patient was reassessed at 22:51. Patient is alert and oriented x 3. Respirations are regular and unlabored. Skin is warm and dry.

**Reassessment:** 06/08/2013 05:04 TNS

**Adult Reassessment -**

**Time:** The patient was reassessed at 22:30.

**Safety:** Bedrails are up to protect patient from fall. Call light is within reach and patient or family was instructed on use. Bed height is at the lowest position.

**Neurological:** The patient is alert and oriented times 3 (person, place & time).

Case 1:14-cv-00077-JPJ   Document 92-1   Filed 12/02/15   Page 6 of 16   Pageid#: 1046

Russell County Medical Center
Carrol & Tate Streets, Lebanon, VA 24266
276-883-8000
Patient: MCKEE, SHAWN        Patient #: 60052060 MRN: 800116708  Date In: 6/7/2013

Treatments 06/07/2013 20:51 TC1
PO Tylenol Other... 975MG initiated at 06/07/2013 20:51 by TC1. [Transcribed][DLB]:

IM Toradol 60 mg initiated at 06/07/2013 20:50 by TC1. [Transcribed][DLB]:

Analgesics Custom Med (Manual Entry) NORFLEX 60MG IN RIGHT VENTROGLUTEAL initiated at 06/07/2013 20:50 by TC1. [Transcribed][DLB]:

Small / Moderate Dsg (NOT BURNS) WOUND TO POSTERIOR RIGHT FIFTH TOE CLEASED THOROUGHLY WITH NS, PATTED DRY, WOUND C&S COLLECTED, AQUACEL CUT TO FIT AND APPLIED TO WOUND, COVERED WITH 2X2 GAUZE, SECURED WITH TUBULAR ELASTIC DRESSING initiated at 06/07/2013 22:00 by AMV. [Transcribed][DLB]:

Wound Cleaning No sutures initiated at 06/07/2013 22:00 by AMV. [Transcribed][DLB]:

PO Vibramycin 100 mg initiated at 06/07/2013 23:30 by TNS. [Transcribed][DLB]:


Disposition 06/08/2013 05:06 TNS
Discharge: Patient left the department at 06/07/2013 23:30. Patient's disposition is: DISCHARGED. Discharge instructions were given to the patient. The patient verbalizes understanding of the discharge instructions. The condition at discharge is stable. Belongings taken by the patient. Extending teaching was moderate, focused on follow-up procedures. Pain has improved. T: 100.0 T, P: 109, R: 18, O2 Sat: 97, BP: 140/088, pain level is 4 on a 1-10 scale - multiple areas.


ANGELA VANOVER RN _____

TRACY STEVENS RN All text in this document clearly marked by TNS has been authored and legally signed by use of electronic device. 06/08/2013 05:13

TRAVIS CALHOUN RN _____



**RUSSELL COUNTY MEDICAL CENTER**
58 Carroll Street PO Box 3600 Lebanon, VA 24266
Phone: (276) 883-8230 Fax: (276) 883-8235
David A. Sibley, M.D. Laboratory Director, CLIA ID# 49D0232263

Patient: MCKEE, SHAWN  
Age: 31  Sex: M  
M.R.N: R800116708  
Encounter#: R60052060

Attending Dr.: BAILEY, DWIGHT L  
Patient Location: EMERGENCY ROOM  
Room:  Bed:

| COLLECTED | 06/07/13 20:46 | | REF RANGE |
|---|---|---|---|

## General Chemistry

| | | | |
|---|---|---|---|
| Glucose | *34 | H | 70-99 mg/dL |
| Sodium | 137 | | 135-145 mmol/L |
| Potassium | 3.9 | | 3.5-5.1 mmol/L |
| Chloride | 101 | | 98-107 mmol/L |
| CO2 | 28 | | 22-32 mmol/L |
| Osmolality, Calculated | 276 | | 266-293 mosm/L |
| Anion Gap | 8 | | 5-15 mmol/L |
| Calcium | 8.8 | | 8.6-10.0 mg/dL |
| Calcium (corrected for albumin) | 9.0 | | 8.5-10.5 mg/dl |
| BUN | 12 | | 6-20 mg/dL |
| Creatinine | 1.26 | | 0.90-1.30 mg/dL |
| BUN/Creatinine Ratio | 10 | | RATIO |
| eGFR Non African American | 75 | | >60 ml/min/SA |
| eGFR African American | 87 | M1 | >60 ml/min/SA |

M1  Estimated GFR (eGFR) calculation was changed to the CKD-EPI
equation on 06/03/13, per recommendations of National
Kidney Foundation (http://www.kidney.org/)
Results should be interpreted with caution in situations that
predispose to inaccuracies of the eGFR, including non-steady
state creatinine (acute kidney injury), extremes of muscle
mass/body size, high protein diets/supplement use, dialysis,
loss of extracellular fluid, drugs interfering with renal
tubular secretion (eg cimetidine, trimethoprim) or gut
creatinase activity (antibiotics),and analytic interferences
related to altered metabolites (glucose, ketones, bilirubin)
or drugs. This equation has been validated using predominantly
US/European black and white populations; accuracy in other races/ethnicities
is not well defined.

2013 KDIGO eGFR categories:

| | | |
|---|---|---|
| G1 | Normal or high | >90 |
| G2 | Mildly decr | 60-89 |
| G3a | Mild-Mod decr | 45-59 |
| G3b | Mod-Severe decr | 30-44 |
| G4 | Severe decr | 15-29 |
| G5 | Kidney failure | <15 |

These categories should be correlated with other clinical
findings and urine albumin assessment.

| | | | |
|---|---|---|---|
| Total Protein | 8.0 | | 6.4-8.3 g/dL |
| Albumin | 3.6 | | 3.5-5.2 g/dL |
| AST | 20 | | 15-41 IU/L |
| ALT | 43 | | 17-63 IU/L |
| Alkaline Phosphatase | 52 | | 32-92 IU/L |
| Bilirubin, Total | 1.4 | H | 0.3-1.2 mg/dL |

**KEY FOR RESULTS:**

LAB: L- LOW, H -HIGH, CL - CRITICAL LOW, CH - CRITICAL HIGH

MIC: * - NEW RESULTS, ** - RESULT WAS MODIFIED AFTER FINAL STATUS SET

Perform Site Legend: A=JCMC B=IPMC C=SSH D=NSH E=JCSH F=FWCH G=JCCH H=DCH J=JMH M=SCCH N=NCH R=RCMC V=RCC

Page 1 of 3



# RUSSELL COUNTY MEDICAL CENTER
58 Carroll Street PO Box 3600 Lebanon, VA 24266
Phone: (276) 883-8230 Fax: (276) 883-8235
David A. Sibley: M.D. Laboratory Director, CLIA ID# 49D0232283

Patient: MCKEE, SHAWN  
Age: 31  Sex: M  
M.R.N: R800116708  
Encounter#: R60052060  

Attending Dr.: BAILEY, DWIGHT L  
Patient Location: EMERGENCY ROOM  
Room:  Bed:

| COLLECTED | 06/07/13 20:46 | REF RANGE |
|---|---|---|

## Automated Hematology

| Test | Value | Flag | Range |
|---|---|---|---|
| WBC | 10.8 | H | 5.0-10.2 K/uL |
| RBC | 5.14 | | 4.20-5.60 M/uL |
| HGB | 15.9 | | 13.5-17.5 g/dL |
| HCT | 46.1 | | 38.0-50.0 % |
| MCV | 89.7 | | 80.0-100.0 fL |
| MCH | 30.8 | | 26.0-34.0 pg |
| MCHC | 34.4 | | 31.0-37.0 g/dL |
| RDW | 12.9 | | 12.0-15.0 % |
| Platelet Count | 186 | | 150-450 K/uL |
| MPV | 9.2 | | 7.4-10.4 fL |

## Differential

| Test | Value | Flag | Range |
|---|---|---|---|
| Neutrophils | 77 | H | 45-75 % |
| Lymphocytes | 11 | L | 20-50 % |
| Monocytes | ** | H | 0-8 % |
| Eosinophils | 1 | | 0-5 % |
| Basophils | 1 | | 0-2 % |

## Absolute Cell Count

| Test | Value | Flag | Range |
|---|---|---|---|
| Absolute Neutrophils (including precursors) | 8.2 | H | 1.5-7.0 K/uL |
| Absolute Lymphocytes | 1.2 | | 0.8-4.0 K/uL |
| Absolute Monocytes | 1.2 | H | 0.0-0.9 K/uL |
| Absolute Eosinophils | 0.1 | | 0.0-0.6 K/uL |
| Absolute Basophils | 0.1 | | 0.0-0.2 K/uL |

| COLLECTED | 06/07/13 20:46 | REF RANGE |
|---|---|---|

## Coagulation

| Test | Value | Flag | Range |
|---|---|---|---|
| D Dimer | 619 | H M1 | <230 ng/mL (DDJ) |

M1  This D-dimer assay is approved for use in conjunction with clinical scoring systems to exclude venous thromboembolism in outpatients with suspected DVT or PE. In outpatients with a low or moderate probability of DVT or PE, the manufacturer's recommended cut off 230 ng/mL (DDU) has been shown to be highly sensitive (up to 100%, CI 89-100%) for the identification of patients with DVT/PE and also has a high negative predictive value (up to 100%, CI 95-100%) source-manufacturer's data. False negatives rarely occur. False positives are seen with numerous conditions in which there

**KEY FOR RESULTS:**

LAB: L- LOW, H -HIGH, CL - CRITICAL LOW, CH - CRITICAL HIGH

MIC: * - NEW RESULTS, ** - RESULT WAS MODIFIED AFTER FINAL STATUS SET

Perform Site Legend: A=JCMC B=IPMC C=SSH D=NSH E=JCSH F=FWCH G=JCCH H=DCH J=JMH M=SCCH N=NCH R=RCMC V=RCC

Page 2 of 3



**RUSSELL COUNTY MEDICAL CENTER**
58 Carroll Street PO Box 3600 Lebanon, VA 24266
Phone: (276) 883-8230  Fax: (276) 883-8235
David A. Sibley, M.D. Laboratory Director, CLIA ID# 49D0232283

Patient: MCKEE, SHAWN

Age: 31  Sex: M

M.R.N: R800116708

Encounter#: R60052060

Attending Dr.: BAILEY, DWIGHT L
Patient Location: EMERGENCY ROOM
Room:  Bed:

| COLLECTED | 06/07/13 20:46 | REF RANGE |
|---|---|---|

## Coagulation

Is activation of coagulation. Correlate with other clinical and radiologic data.

KEY FOR RESULTS:
LAB: L- LOW, H -HIGH, CL - CRITICAL LOW, CH - CRITICAL HIGH
MIC: * - NEW RESULTS, ** - RESULT WAS MODIFIED AFTER FINAL STATUS SET

Perform Site Legend: A=JCMC B=IPMC C=SSH D=NSH E=JCSH F=FWCH G=JCCH H=DCH J=JMH M=SCCH N=NCH R=RCMC V=RCC

Page 3 of 3

Case 1:14-cv-00077-JPJ Document 92-1 Filed 12/02/15 Page 10 of 16 Pageid#: PLF0010



**MOUNTAIN STATES HEALTH ALLIANCE**

# MSHA Orders Report

| Pt Name: | MCKEE, SHAWN | MRN: | 800116708 |
|---|---|---|---|
| DOB: | | Acct No: | 60052060 |
| Adm DTime: | 06/07/2013 19:53 | Age/Sex: | 31Y/M |
| Dsch DTime: | 06/07/2013 23:40 | Atn Dr: | Bailey, Dwight MD |
| Entity: | Russell County Medical Center | | |
| Dx: | | | |

| Order as Written | Start Date / Stop Date | Electronically Signed-By / Co-Signed By | Signed Date Time |
|---|---|---|---|
| US VENOUS DUPLEX LOWER EXT BILAT COMP Stat | 06/07/13 21:48 <br> 06/07/13 21:48 | Does not Require a Co-Signature | |
| *Electronically Entered By / Ordered By* <br> Dwight L Bailey, MD <br> Reason Discontinued: Visit is closed for the patient | *Target Co-Signer* <br> null | | *Order Type* |
| CULTURE, WOUND (includes Gram Stain) Stat | 06/07/13 22:01 <br> 06/07/13 22:01 | Tracy N Stevens, Registered Nurse <br> Does not Require a Co-Signature | 06/07/13 22:01 |
| *Electronically Entered By / Ordered By* <br> TracyN Stevens, Registered Nurse <br> Dwight L Bailey, MD <br> Reason Discontinued: Visit is closed for the patient | *Target Co-Signer* <br> null | | *Order Type* <br> Hand Written Order |
| US VENOUS DUPLEX LOWER EXT LT edema, increased d dimer Stat | 06/07/13 21:48 <br><br> 06/07/13 21:48 | Tracy N Stevens, Registered Nurse <br><br> Does not Require a Co-Signature | 06/07/13 21:48 |
| *Electronically Entered By / Ordered By* <br> TracyN Stevens, Registered Nurse <br> Dwight L Bailey, MD <br> Reason Discontinued: null | *Target Co-Signer* <br> null | | *Order Type* <br> Hand Written Order |
| US VENOUS DUPLEX LOWER EXT RT edema Stat | 06/07/13 21:48 <br> 06/07/13 21:48 | Tracy N Stevens, Registered Nurse <br> Does not Require a Co-Signature | 06/07/13 21:48 |
| *Electronically Entered By / Ordered By* <br> TracyN Stevens, Registered Nurse <br> Dwight L Bailey, MD <br> Reason Discontinued: null | *Target Co-Signer* <br> null | | *Order Type* <br> Hand Written Order |
| CT CHEST PE PROTOCOL elevated d dimer Stat | 06/07/13 21:39 <br> 06/07/13 21:39 | Susan G Fields <br> Does not Require a Co-Signature | 06/07/13 21:39 |
| *Electronically Entered By / Ordered By* <br> SusanG Fields, <br> Dwight L Bailey, MD <br> Reason Discontinued: null | *Target Co-Signer* <br> null | | *Order Type* <br> Hand Written Order |
| D-DIMER Stat | 06/07/13 21:02 <br> 06/07/13 21:02 | Susan G Fields <br> Does not Require a Co-Signature | 06/07/13 21:02 |
| *Electronically Entered By / Ordered By* <br> SusanG Fields, <br> Dwight L Bailey, MD <br> Reason Discontinued: null | *Target Co-Signer* <br> null | | *Order Type* <br> Hand Written Order |

Pt. Name: MCKEE, SHAWN
Entity: Russell County Medical Center
Adm Date: 06/07/2013 19:53
3-2013 Siemens Medical Solutions USA, Inc. All rights reserved.

MRN: 800116708
Page 1 of 3

Orders Report
ORE 0149 DSCH EHR MedOSMN v2.rpt
Generated By: Workflow
Generated On: 06/08/2013 06:40

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

Case 1:14-cv-00077-JPJ   Document 92-1   Filed 12/02/15   Page 11 of 16   Pageid#: 1011



# MSHA Orders Report

| Pt Name: | MCKEE, SHAWN | MRN: | 800116708 |
|---|---|---|---|
| DOB: | | Acct No: | 60052060 |
| Adm DTime: | 06/07/2013 19:53 | Age/Sex: | 31Y/M |
| Dsch DTime: | 06/07/2013 23:40 | Atn Dr: | Bailey, Dwight MD |
| Entity: | Russell County Medical Center | | |
| Dx: | | | |

| Order as Written | Start Date / Stop Date | Electronically Signed-By / Co-Signed By | Signed Date Time |
|---|---|---|---|
| BLOOD CULTURE Stat | 06/07/13 20:36<br>06/07/13 20:36 | Travis L Calhoun, RN<br>Does not Require a Co-Signature | 06/07/13 20:36 |
| *Electronically Entered By / Ordered By*<br>Travis L Calhoun, RN<br>Dwight L Bailey, MD<br>Reason Discontinued: Visit is closed for the patient | *Target Co-Signer*<br>null | | *Order Type*<br>Hand Written Order |
| CBC WITH DIFF Stat | 06/07/13 20:36<br>06/07/13 20:36 | Travis L Calhoun, RN<br>Does not Require a Co-Signature | 06/07/13 20:36 |
| *Electronically Entered By / Ordered By*<br>Travis L Calhoun, RN<br>Dwight L Bailey, MD<br>Reason Discontinued: null | *Target Co-Signer*<br>null | | *Order Type*<br>Hand Written Order |
| COMPREHENSIVE METABOLIC PANEL Stat | 06/07/13 20:36<br>06/07/13 20:36 | Travis L Calhoun, RN<br>Does not Require a Co-Signature | 06/07/13 20:36 |
| *Electronically Entered By / Ordered By*<br>Travis L Calhoun, RN<br>Dwight L Bailey, MD<br>Reason Discontinued: null | *Target Co-Signer*<br>null | | *Order Type*<br>Hand Written Order |
| CHEST W LAT, CHEST PA LATERAL COUGH,SOB<br>No Prep Required Stat | 06/07/13 20:36<br>06/07/13 20:36 | Travis L Calhoun, RN<br>Does not Require a Co-Signature | 06/07/13 20:36 |
| *Electronically Entered By / Ordered By*<br>Travis L Calhoun, RN<br>Dwight L Bailey, MD<br>Instructions: No Prep Required<br>Reason Discontinued: Visit is closed for the patient | *Target Co-Signer*<br>null | | *Order Type*<br>Hand Written Order |
| BCR Stat | 06/07/13 20:36<br>06/07/13 20:36 | Does not Require a Co-Signature | |
| *Electronically Entered By / Ordered By*<br>Dwight L Bailey, MD<br>Reason Discontinued: null | *Target Co-Signer*<br>null | | *Order Type* |

Pt. Name: MCKEE, SHAWN                    MRN: 800116708                    Orders Report
Entity: Russell County Medical Center     Page 2 of 3            ORE 0149 DSCH EHR MedOSMN v2.rpt
Adm Date: 06/07/2013 19:53                                                Generated By: Workflow
-2013 Siemens Medical Solutions USA, Inc. All rights reserved.    Generated On: 06/08/2013 08:40
Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time

Case 1:14-cv-00077-JPJ   Document 92-1   Filed 12/02/15   Page 12 of 16   Pageid#: 1052


# MSHA Orders Report

**Pt Name:** MCKEE, SHAWN
**DOB:**
**Adm DTime:** 06/07/2013 19:53
**Dsch DTime:** 06/07/2013 23:40
**Entity:** Russell County Medical Center
**Dx:**

**MRN:** 800116708
**Acct No:** 60052060
**Age/Sex:** 31Y/M
**Atn Dr:** Bailey, Dwight MD

| Order as Written | Start Date / Stop Date | Electronically Signed-By / Co-Signed By | Signed Date Time |
|---|---|---|---|

### TERMS OF INTEREST

Entered By (Person Entering Order) - Top signature
Ordered By (Provider giving the Order) - Second Signature

Order Type:
  POE = Entered by Physician/PA/NP/Res/MS
  Verbal Order Read Back and Verified = Received by Nurse/Ancillary as a Verbal
  Telephone Order Read Back and Verified = Received by Nurse/Ancillary via Phone Call

Electronically Signed by (Person Electronically signing the Order entry) - Top Signature

Pt Name: MCKEE, SHAWN
Entity: Russell County Medical Center
Adm Date: 06/07/2013 19:53

MRN: 800116708
Page 3 of 3

Orders Report
ORE 0149 DSCH EHR MedOSMN v2.rpt
Generated By: Workflow
Generated On: 06/08/2013 08:40

I-2013 Siemens Medical Solutions USA, Inc. All rights reserved.

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

Case 1:14-cv-00077-JPJ  Document 92-1  Filed 12/02/15  Page 13 of 16  Pageid#: 1050



# SPOKANE COUNTY
### OFFICE OF THE
### MEDICAL EXAMINER

| MEDICAL EXAMINER | MEDICAL EXAMINER |
|---|---|
| SALLY S. AIKEN, M.D. | JOHN D. HOWARD, M.D. |
| FORENSIC PATHOLOGIST | FORENSIC PATHOLOGIST |

## AUTOPSY REPORT

AUTOPSY NO: **13-2035**
NAME OF DECEDENT: **McKEE, SHAWN**
DATE OF BIRTH: 05/08/1982      SEX: MALE
DATE PRONOUNCED/FOUND: 06/25/2013
DATE OF AUTOPSY: 6/26/2013 @ 1238 HOURS
LOCATION: FORENSIC INSTITUTE @ HOLY FAMILY HOSPITAL; SPOKANE, WA.
RESPONSIBLE PARTY: DEBBIE WILKEY, KOOTENAI COUNTY CORONER
PROSECTOR: SALLY S. AIKEN, M.D.
ASS'T PROSECTOR: RANDY SHABER

## NOTICE: THIS REPORT IS CONFIDENTIAL IN THE STATE OF WASHINGTON

You are being given this report because you are named in the statute below as being authorized to have a copy of the autopsy or postmortem report, either of which may include other reports and records. This autopsy was performed in the State of Washington and the report was generated in the State of Washington. These are highly confidential documents! You may not give or show any of these documents to anyone except as authorized by law.

RCW 68.50.105Autopsies, postmortems - Reports and records confidential - Exceptions. Reports and records of autopsies or postmortems shall be confidential, except that the following persons may examine and obtain copies of any such report or record: The personal representative of the decedent as defined in RCW 11.02.005, any family member, the attending physician or advanced registered nurse practitioner, the prosecuting attorney or law enforcement agencies having jurisdiction, public health officials, or to the department of labor and industries in cases in which it has an interest under RCW 68.50.103, or the secretary of the department of social and health services or his or her designee in cases being reviewed under RCW 74.13.640. The coroner, medical examiner, or the attending physician shall, upon request, meet with the family of the decedent to discuss the findings of the autopsy or postmortem. For purposes of this selection, the term "family" means the surviving spouse, state registered domestic partner, or any child, parent, grandparent, grandchild, brother, or sister of the decedent, or any person who was guardian of the decedent at the time of death. [2011 c 61§ 1. Prior:2007 c 439 § 1; 2007 c 156 § 23; 1987 c 331 § 58; 1985 c 300 § 1; 1977 c 79 § 2; 1953 c 188 § 9. Formerly RCW 68.08.105]



Website: http://www.spokanecounty.org/medexaminer/
5901 North Lidgerwood, Suite 24 B Spokane, Washington 99208 (509) 477-2296 FAX : (509) 477-6327

AUTOPSY NO: **13-2035**
DECEASED: **McKEE, SHAWN**
Page 2

## SUMMARY OF CASE FINDINGS

I. PULMONARY ARTERY THROMBOEMBOLISM WITH
   A. PULMONARY THROMBOEMBOLISM IN RIGHT AND LEFT MAIN PULMONARY ARTERIES AND BRANCHES
   B. PULMONARY ARTERY THROMBOEMBOLI IN DISTAL PULMONARY ARTERY BRANCHES
   C. PULMONARY EMBOLI IN RIGHT VENTRICLE OF HEART
   D. NON-ACUTE INFARCTS OF LOWER LOBES OF BOTH LUNGS WITH FIBRIN IN PLEURAL SPACE
   E. LOWER LUNG ATELECTASIS WITH FOCAL PNEUMONIA

II. DILATED, OBESITY-RELATED CARDIOMYOPATHY WITH
   A. CARDIOMEGALY (HEART WEIGHT 760 GRAMS)
   B. BIVENTRICULAR CHAMBER DILATION
   C. LEFT VENTRICULAR HYPERTROPHY
   D. RIGHT VENTRICULAR HYPERTROPHY

III. OBESITY (BODY MASS INDEX: 56 $Kg/m^2$)

IV. HEPATOMEGALY (LIVER WEIGHT 3950 GRAMS); STEATOSIS, EARLY BRIDGING FIBROSIS

V. SPLENOMEGALY (SPLEEN WEIGHT 700 GRAMS)

VI. TOXICOLOGY: SEE SEPARATE REPORT

### OPINION:

This 31-year-old man had recent complaints of shortness of breath, and had completed a cross-country car trip. He was taken to the emergency room and became unresponsive, at the time of hospital admission.

The death is attributed to pulmonary artery thromboembolism. Bilateral pulmonary infarcts contributed to death.

_____ / 7/8/13
Sally S. Aiken, M.D.                (date signed)
Forensic Pathologist

SSA/pke
Dt:7/8/2013

Reviewed By:
_____ 7-8-2013
John D. Howard, M.D.  Date Signed

# STATE OF IDAHO
IDAHO DEPARTMENT OF HEALTH AND WELFARE
BUREAU OF VITAL RECORDS AND HEALTH STATISTICS

## CERTIFICATE OF DEATH

**CERTIFICATION OF VITAL RECORD**

Date Filed: JUNE 28, 2013  
State File No.: 2013-05947

**DECEDENT - LEGAL NAME:** SHAWN MATTHEW MCKEE  
**SEX:** MALE  
**SOCIAL SECURITY NUMBER:**  
**AGE:** 31 YEARS  
**DATE OF BIRTH:** MAY 08, 1982  
**BIRTHPLACE:** MARION, VIRGINIA  
**PLACE OF RESIDENCE:** POST FALLS, IDAHO  
**MARITAL STATUS AT TIME OF DEATH:** MARRIED  
**NAME OF SURVIVING SPOUSE (If wife, maiden name):** JESSICA MARTIN  
**WAS DECEDENT EVER IN U.S. ARMED FORCES?:** NO  
**FATHER - NAME:** PAUL EDWARD MCKEE  
**BIRTHPLACE:** VIRGINIA  
**MOTHER - MAIDEN NAME:** KAREN RENEE BAGHERI  
**BIRTHPLACE:** VIRGINIA  
**METHOD OF DISPOSITION:** REMOVAL FROM STATE  
**FUNERAL SERVICE LICENSEE:** DARIN BUTTERFIELD  
**NAME AND ADDRESS OF FUNERAL FACILITY:** ENGLISH FUNERAL CHAPEL, INC., POST FALLS, IDAHO  
**DATE OF DEATH:** JUNE 25, 2013  
**TIME OF DEATH:** 10:16 A.M.  
**CITY, TOWN OR LOCATION OF DEATH:** COEUR D'ALENE, IDAHO  
**COUNTY OF DEATH:** KOOTENAI

**CAUSE OF DEATH (underlying cause last)** — Approximate Interval Between Onset and Death:

a. PULMONARY ARTERY THROMBOEMBOLISM — MINUTES  
b. DUE TO (or as a consequence of): BILATERAL PULMONARY INFARCTS — DAYS  
c. DUE TO (or as a consequence of):  
d. DUE TO (or as a consequence of):

**OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH but not resulting in the underlying cause given above:** DILATED CARDIOMYOPATHY; OBESITY  
**WAS AN AUTOPSY PERFORMED?:** YES

**MANNER OF DEATH:** NATURAL  
**NAME OF CERTIFIER:** DEBBIE WILKEY  
**TITLE:** CORONER

**CORONER SUBSEQUENT CERTIFICATION IF NECESSARY**

**DATE OF INJURY:**  
**TIME OF INJURY:**  
**PLACE OF INJURY:**  
**INJURY AT WORK:**  
**LOCATION WHERE INJURY OCCURRED:**  
**DESCRIPTION OF HOW INJURY OCCURRED:**

SUPPLEMENTAL INFORMATION ADDED 07/16/2013

This is a true and correct reproduction of the document officially registered and placed on file with the IDAHO BUREAU OF VITAL RECORDS AND HEALTH STATISTICS.

DATE ISSUED: JULY 16, 2013

*James B. Aydelotte*  
JAMES B. AYDELOTTE  
STATE REGISTRAR

This copy not valid unless prepared on engraved border displaying state seal and signature of the Registrar.