

208 Sunset Drive, Suite 354, Johnson City, TN 37604
T 423.794.4000 ■ F 423.232.7150
www.hdjn.com

Neal H. Lewis, Esq.
Ext. 603
Email: nlewis@hdjn.com

June 12, 2015

Benjamin D. Byrd, Esq.
Gentry Locke
P.O. Box 40013
Roanoke, VA 24022

Re: *Estate of Shawn Matthew McKee v. Dwight M. Bailey, M.D., et al.*
U.S. District Court Western District of Virginia; Case No. 1:14-CV-77
HDJN File No. 829.0313

Dear Ben:

I hope you are doing well. In response to your subpoena *duces tecum* issued on June 1, 2015, please find enclosed information regarding Johnston Memorial Hospital's CT scanner weight limits. This excerpt was taken from the scanner's owner's manual.

Thank you and please feel free to contact me with any questions.

Very truly yours,

Neal H. Lewis

NHL/jeg
Enclosure

cc: James N. L. Humphreys, Esq. (w/ encl.)



PLAINTIFF'S EXHIBIT 2

## Main on system components

**Patient table 1600** ~~(crossed out)~~

| | |
|---|---|
| Vertical table range | 505 – 925 mm at table top |
| Max. table load | 212 kg (467 lbs) |
| Max. table movement after emergency stop | ≤ 10 mm |

*Table 22: Patient table 1600*

**Patient table 2000[1]**

| | |
|---|---|
| Vertical table range | 490 – 920 mm at table top |
| Max. table load | 227 kg (500 lbs) |
| Max. table movement after emergency stop | ≤ 10 mm |

*Table 23: Patient table 2000*

**Multi-purpose table[1]**

| | |
|---|---|
| Vertical table range | 550 – 920 mm |
| Max. table load | 227 kg (500 lbs) |
| Max. table load with bariatric table top | 307 kg (676 lbs) |
| Max. table movement after emergency stop | ≤ 10 mm |

*Table 24: Multi-purpose table*

---

[1] optional

Case 1:14-cv-00077-JPJ   Document 92-2   Filed 12/02/15   Page 2 of 2   Pageid#: 1058