# CURRICULUM VITAE

| | |
|---|---|
| Name: | Bruce David Janiak, M.D. |
| Home Address: | 2429 Walton Way<br>Augusta, Georgia 30904 |
| Home Telephone: | Home (706) 738 1104     Cell: (preferred) : (678)852-1639 |
| Date of Birth: | January 12, 1943 |
| Place of Birth: | Cleveland, Ohio |
| Marital Status: | Married<br>    Wife:   Michele<br>    Children:  Tim, Tracy, Adam, Sarah, Matthew, Lauren, Caitlin, Calida, Maren,<br>               Quinn, Bennett, Olivia, Cameron, Coeli |

## EDUCATION:

| | |
|---|---|
| Undergraduate: | Marietta College, Marietta, Ohio<br>AB     1965 |
| Medical School: | University of Cincinnati, Cincinnati, Ohio<br>MD     1969 |
| Internship: | Rotating, Cincinnati General Hospital<br>1969-1970 |

1

PLAINTIFF'S EXHIBIT 3

Residency:                Emergency Medicine, Cincinnati General Hospital
                          Cincinnati, Ohio
                          1970-1972

**BOARD CERTIFICATION:**

American Board of Emergency Medicine, 1980, Recertified 1990, Recertified 2000, Recertified 2008

American Board of Emergency Medicine, Pediatric Emergency Medicine, 2001, recertified 2009

**MILITARY:**

United States Navy    1972-1974
Director, Emergency Medical Services, Pensacola Naval Hospital, Pensacola, Florida

**POSITIONS:**

Medical Director, Amara Nursing and Rehabilitation, Dec. 2013 to present

Georgia Regents University & Medical Center, Augusta Georgia
Vice Chairman and Professor, August 2002 to present

Director of Emergency Telemedicine, 2010 to present
Department of Emergency Medicine

Consultant for Hospital Resources Management, June 2006 to present

2

Senior Consultant, Emergency Medicine, "ER LINK", August 2010- present

The Toledo Hospital, Toledo, Ohio
Director, Department of Emergency Medicine, 8 July 1974 to June 30, 2002

Staff Physician: Bixby Hospital, Adrian, Michigan, Fall, 2002
        North Oakland Medical Center, Pontiac, Michigan Fall, 2002
        Mercy Hospital, Monroe, Michigan, Fall 2002 thru March 2003
        Medical College of Georgia, Professor of Emergency Medicine, Nov 2002 to present
        Piedmont Fayette Community Hospital Dec 2003 to July 2006

EMB Professionals, Inc., Dayton, Ohio
Chairman, Board of Directors, 1998 to 1999
President, 1980-1998

Heartland Information Services, Toledo, Ohio
Medical Director, 1997 to 2001

Professional Emergency Services, Inc., Toledo, Ohio
President, 1974 to June, 2002

Janiak Consulting, Inc., Toledo, Ohio
President, early 1980's to Present

Fremont Memorial Hospital, Fremont, Ohio
Director, Department of Emergency Medicine, 1990-1992
Active Medical Staff - Dec 1990 to Dec 1993

The Toledo Hospital, OccuHealth, Toledo, Ohio
Interim Director, 1990-1992

3

Emergency Management Consultants
Partner, 1981 - 1988

Ohio Region HMP (Health Management Plan & HMO
1988 – 1991

Director of Outreach, Department of Emergency Medicine, Medical College of Georgia, 2003-2005

Consultant for Hospital Resources Management, 6/02 to present

Vice-chairman, Department of Emergency Medicine, Medical College of Georgia, Aug 06-present

Senior Consultant, Emergency Medicine, "ER Link"- August 2010 to August 2011, May 2012 to present


**PRIVILEGES:**

Trinity Hospital, Augusta Ga., 2014 to present

Georgia Regents Medical Center Hospital 2002 to present
Children Hospital of Georgia, 2002 to present
Amara Nursing and Rehabilitation, 2013 - 2014

The Toledo Hospital - 1974 to June 30, 2002
Toledo Children's Hospital - 1997 to June, 2002
Flower Hospital - 1998 to 2002
Fremont Memorial Hospital - 1990-1993

North Oakland Medical Center, Pontiac, MI - 8/02 to 7/03
Mercy Monroe, Monroe, MI - 8-02 to 6/03

4

Bixby Hospital, Adrian, Michigan, 11/02 to 4/03
Medical College of Georgia Hospital, 10/02 to present
Medical College of Georgia- Children's Hospital, 10/02 to present
Piedmont Hospital, Atlanta Ga.- Jan 03-Aug 06
Piedmont Fayette Hospital- Jan 03 to Aug 06

## **TEACHING APPOINTMENTS:**

In Military:

Lecturer, EMT - Pensacola Junior College
Pensacola, Florida

Lecturer, EMT - One week state-approved course for corpsmen leading to an EMT certificate

Preceptor - Student physician's assistant, Pensacola, Florida

Instructor - Family Practice Residency, U.S. Naval Hospital, Pensacola, Florida

Others:

Director of Medical Student Clerkships in Emergency Medicine, The Toledo Hospital, Toledo, Ohio - 1974 to June, 2002

Clinical Instructor, EMS - Department of Surgery, Medical College of Ohio, Toledo, Ohio - 1975-1978

Volunteer Faculty - Department of Surgery, Medical College of Ohio, Toledo, Ohio – January, 1975 to June,

5

2001.

Clinical Associate Professor, Department of Surgery, Medical College of Ohio, Toledo, Ohio, January, 1985 to June, 2001

Associate Director, St. Vincent/Toledo Hospital Emergency Medicine Residency Program, 1979-1983

Professor of Emergency Medicine, Medical College of Georgia, Augusta- 2002-present

## LICENSURE:

| | | |
|---|---|---|
| Ohio | August, 1969 | License #31814 |
| Michigan | April, 1984-December 2011 | License #47078 |
| Georgia | May, 2002 | License #051479 |
| Florida | May, 2002 | License #ME85121 |

6

## ACTIVITIES:

Medical College of Georgia
Vice-Chairman, Department of Emergency Medicine-2006-present
Director of Outreach-2004-2005
Member, Physician's Practice Group Ways and Means Committee-2006-present
Director, Chest Pain Center- 2007-2011
Member, Ultrasound Section 2006-present
Member, department leadership committee 2006-present
Member, department finance committee- 2006-present
Member, Academic Executive Committee- 2006-present
Member, PPG Ways and Means-2006-present
Member, PPG CIS task force- 2007-2010
Director, Emergency Telemedicine, 2009-present


**Miscellaneous**


Chairman, Emergency Department Benchmarking Alliance
1995-2002, Member of Board of Directors, 1995-present

Invited presenter and participant, 2010 AHRQ/EDBA/Intermountain Institute for Health Care Delivery Research, Salt Lake City, February 25-26, 2010

Accreditation Council for Graduate Medical Education, Board of Appeals Panel for Emergency Medicine
1993- 1998

WTOL-TV weekly medical news information presentation
1994-June, 2002

7

Case 1:14-cv-00077-JPJ   Document 92-3   Filed 12/02/15   Page 7 of 15   Pageid#: 1065

Member, Advisory Committee, Family Nurse Practitioner Program, Medical College of Ohio
1998 – June, 2002

Member, American Telemedicine Association
1997 – Jun 06, Jan 2011-present

Escambia County (Florida) Emergency Medicine Services Council
1972-1974

Operation Stroke, Medical Subcommittee
2000 – 2002

Regional Emergency Medical Services of N.W. Ohio
1977-1978

Family Nurse Practitioner Advisory Board, 1994-1996

Paramedic Advisory of the School of Allied Health of the Medical College of Ohio at Toledo, Alternate Member, 1979

Emergency Medicine Foundation
Chairman, 1984-1985

Technical Expert Panel, Harvard Resource-Based Relative Value Scale study, 1991- 1993

**American Trauma Society**
(Local Chapter inactive after Spring, 1976)
Founding Member, 1975
Board of Directors, N.W. Ohio Chapter, 1975
Professional Education Committee, N.W. Ohio Chapter, 1975

**Kidney Foundation**
Medical Advisory Board, 1976-1980

**Ohio Chapter, American College of Emergency Physicians:**
President, 1979-1980
Member, Board of Directors, 1975-1981
Alternate Counselor from Ohio, 1975
Counselor from State of Ohio, 1976-1980
Assistant Program Director, Annual Scientific Assembly, 1976-1977
Secretary, 1977-1978
President Elect, 1978-1979
Legislative Committee, 1979-1980
Chairman, Legislative Committee, 1980
Chairman, Ad Hoc Committee on Reimbursement, 1980
Member, Health Reform Legislative Task Force, 1994
Program Chairman, 1982
Scientific Assembly, 1981-1982


Georgia Chapter, American College of Emergency Physicians, 2003-present




**National American College of Emergency Physicians:**
President, 1984-1985
Member, 1972-Present
Chairman, Ad Hoc Committee on MedTeams Project, 1998 - 01
Graduate/Undergraduate Education Committee, 1977-1981
Participant, President's Emergency Medicine Futures Workshop, 1979-    1980

9

Liaison Residency Endorsement Committee, Residency Reviewer, 1977-1979
Vice-Chairman, Graduate/Undergraduate Education Committee, 1979
Steering Committee of the Council, 1979-1980
Board Nominating Committee, Member, 1980
Chairman, Graduate/Undergraduate Education Committee, 1980-1981
Board Nominee, 1980
Member, Board of Directors, 1980-1986
Chairman, Section of Clinical Care, 1980-1981
Secretary-Treasurer, 1981-1982
Participant, 1982 Committee Chairman Workshop, 1982
Vice-President, 1982-1983
Chairman, Section on Association Administration, 1982-1983
Chairman, Ad Hoc Committee on Liaisons, 1983
President-Elect, 1983-1984
Chairman, Management Publications Editorial Board, 1987-1989
Member, Blue Ribbon Commission, 1985-1987

**American Board of Emergency Medicine:**
President, 1990-1991
Academic Affairs Committee, 1994-1995
Oral Board Examiner, 1981-Present
Core Content Committee, 1994-1995
Credentials Committee, 1987-1988; & 1992-1995
Longitudinal Study Advisory Committee, 1992-1995
Representative to Joint ABEM/ACEP Core Content Committee, 1993-1996
Oral Examination Test Development Committee, 1981-1982
Member, Board of Directors, 1986-1992
Member at Large, Executive Committee, 1987-1988

10

Chair of the Subspecialty Committee, 1990-1992
Member, Education Committee, 1992
Member, ABEM, ABIM Task Force on Joint Residency Training, 1987-1988
Member, ABEM ABP (Pediatric)Task Force, 1988
Secretary Treasurer, 1988-1989
President Elect, 1990
Immediate Past President, 1991-92

**American Medical Association: (1975-2009)**
Member, Residency Review Committee in Emergency Medicine, 1981-1983
Delegate, Section Council on Emergency Medicine, 1983-1984

**American Board of Medical Specialties:**
Member, Bylaws Committee, 1987-1988
Member, Nominating Committee, 1989-1992
Emergency Medical Services Council, Lucas County Ohio, 1974-1982
Alternate Delegate, 1987-1990

**Ohio Hospital Association:**
President to Section on Emergency Medicine, 1979-1980
Member, 1986 - 2003
Member-Continuing Education Committee, 1995-1996
Secretary to Section on Emergency Medicine, 1978-1979
Member, State Legislative Committee, 1980-1981

**The Academy of Medicine of Toledo and Lucas County:**
Member, 1976-2003
Commissioner, Community Health Commission, 1981

11

**The Toledo Hospital:**
Member, Strategic Planning Committee, 1997 - 2002
Member, Quality Steering Committee, 1994-2002
Member, Active Staff, 1975-2002
Member, Executive Committee, 1974-2002
Quality Steering Committee, 1994-2002
Member, Credentials Committee, 1990-2002
Chairman, Physician Satisfaction Team, 1994-1995
Member, Board of Trustees, Professional Affairs Comm., 1993-1998
Member, Board of Trustees, Clinical Effectiveness, 1994-1998
Chairman, Patient Satisfaction Task Team, 1995-1996
Member, Medical Education Committee, 1976-1990
Member, Safety Committee, 1976-1982
Member, Quality Assurance Committee, 1976-1987
Chairman, Disaster Relief Committee, 1976-1981
Chairman, Kellogg Cost Containment Project, 1981-1984
AMA Representative, Hospital Medical Staff Section, 1983-1985

**American Medical Foundation for Peer Review and Education:**
Advisory Committee, 1992-2000

**Accreditation Council for Gradual Medical Education:**
Panel Member, Board of Appeals, 1992-1998

**National Board of Medical Examiners:**
CBX Scoring Committee Member, 1986-1987

**American Heart Association:**
Certified Instructor/Trainer in Basic Cardiac Life Support, 1977-1982

12

Certified Instructor/Trainer in Advanced Cardiac Life Support, 1978- 1982
National Affiliate Faculty Member, 1979-1982

**Janiak Consulting, Inc.:**
Providence Hospital, Cincinnati, Ohio – August, 1989
Wyoming Medical Center, Casper, Wyoming– February, 1992
Pardee Memorial Hospital, Hendersonville, North Carolina – December, 1992
Central Washington Hospital, Wenatchee, Washington: Trauma Verification Site Visit – February, 1994
Providence Hospital, Southfield Michigan – September, 1994
St. Mary's Hospital, Grand Rapids Michigan– October, 1994
Mt. Sinai Hospital, Detroit, Michigan – August, 1998
Multiple other Consultations

**MEMBERSHIPS:**

American Medical Association
Ohio State Medical Association (03)
Academy of Medicine of Toledo and Lucas County
University Association for Emergency Medicine
American College of Emergency Physicians
American Board of Emergency Medicine
Ohio Chapter, American College of Emergency Physicians, (03)
Society for Academic Emergency Medicine
Georgia Chapter, American College of Emergency Physicians (03)

**PUBLICATIONS:**

Wears, RL, Janiak, B, Moorhead, Janiak Consulting, Inc. et al "Human Error in Medicine: Promise and

13

Pitfalls, Part 2". <u>Annals of Emergency Medicine</u>, August, 2000

Janiak, Bruce D., "The Stakeholder of Emergency Medicine", <u>Emergency Medicine News</u>, June, 1997.

Janiak, Bruce D. "Physician Triage: An Experiment" <u>Topics in Emergency Medicine</u>, June, 1997.

Janiak, Bruce D., "What To Do Until The Real Doctor Comes," <u>Emergency Medicine</u>, June 1972.

Janiak, Bruce D., "Cost Effectiveness and the Emergency Physician." <u>OSMA Journal</u>, August 1980.

Coordinating Editor, Practical Reviews in Emergency Medicine 1980-1991

Janiak, Bruce D., "A Hospital Emergency Department Is Still Best For Acute Care." <u>Patient Care</u>, October 30, 1982.

Spiro, Mark J., Janiak, Bruce D., "Spontaneous Rupture of the Sigmoid Colon in a Patient with Ehlers Danlos Syndrome." Annals of Emergency Medicine, October 1984.

Gray, B.K., Janiak, B., "Urgent Care Centers." <u>Archives of Emergency Medicine</u>, 1985, Vol. 2.

Janiak, Bruce D., "Role of the Medical Director" and "Case Study F." <u>The Hospital Emergency Department: Returning to Financial Viability</u>, American Hospital Association.

Howard, Mark, Carrubba Catherine, Foss, Frank, Janiak, Bruce, et al. "Interposed Abdominal Compression - CPR: It's Effects on Parameters of Coronary Perfusion in Human Subjects." <u>Annals of Emergency Medicine</u>, March 1987.

Janiak, Bruce D., Consultant, Rodale Press, "The Male Body" and "The Female Body." 1995

Janiak, Bruce D., Emergency Department Management: Principles and Applications (Chapter), 1998

14

Janiak, Bruce D., Atteberry, S. Medical Clearance of the Psychiatric Patient in the Emergency Department. (Accepted for publication, Journal OF EM, Sept 09
Janiak, Bruce D. Poster Presentation, AHRQ conference, Salt Lake City, UT, Feb 10: Telemedicine and Nursing Homes
Vertebral Compression Fractures (VCF) in the Hospital Setting: A Multidisciplinary Roundtable Discussion on Qualilty of Care Improvement a "Funded Supplement: supported by Medtronic. 2011

Revised: January 2015