# CURRICULUM VITAE

**NAME:** Richard Wayne Light, M.D.

**PERSONAL:** Born February 9, I942; Steamboat Springs, Colorado

**UNDERGRADUATE EDUCATION:** University of Colorado, Boulder, Colorado, B.S. in Engineering Applied Mathematics, 9/60 - 8/I964.

**MEDICAL EDUCATION:** The Johns Hopkins University Medical School, Baltimore, Maryland. Doctor of Medicine, 9/I964 - 6/68.

**POSTGRADUATE EDUCATION:** The Johns Hopkins Hospital, Baltimore, Maryland

Internship, straight medical, Osler Service, 7/68 -6/69. The Johns Hopkins Hospital, Baltimore, Maryland;

Medical Residency, Osler Service, 7/69 - 6/70. The Johns Hopkins University School of Medicine.

Pulmonary Fellowship sponsored by the Maryland Thoracic Society, 7/70- 6/71. The Johns Hopkins University School of Medicine. Special Pulmonary Research Fellowship by National Institutes of Health, 7/71 - 8/72.

**ACADEMIC POSITIONS:** Assistant Professor of Medicine, Louisiana State University School of Medicine, Shreveport, La., 8/74 - 1/77.

Associate Professor of Medicine, Louisiana State University School of Medicine, 1/77 -1/78.

Associate Professor of Medicine, University of California at Irvine, 1/78 -6/84.

Professor of Medicine, University of California at Irvine, 7/84 - 2/ 97.

Assistant Dean for Research, University of California at Irvine, 8/85 -7/93.

Professor Emeritus of Medicine, University of California at Irvine, 2/97 - present.



PLAINTIFF'S EXHIBIT 4 1:14CV77

Professor Medicine, Vanderbilt University, Nashville, TN 2/97 - present.

Visiting Professor of Medicine, Zhongshan University, July 2002 - July 2005.

HOSPITAL POSITIONS: Chief of Pulmonary Diseases and Inhalational Therapy, US Army Medical Center, Okinawa; Major, U.S. Army, 9/72 - 874.

Attending Pulmonologist, Louisiana State University Medical Center, Shreveport, Louisiana, 9/74 - 12/77.

Chief, Pulmonary Diseases, Veterans Administration Medical Center, Long Beach, California, 1/78 - 8/86.

Acting Associate Chief of Staff for Research and Development, VAMC Long Beach 8/84 - 8/85.

Associate Chief of Staff for Research and Development, VAMC Long Beach, 8/85 - 8/93.

Chief Pulmonary Exercise Laboratory, VAMC Long Beach, 8/93 - 2/97

Director Pulmonary Diseases Program, Saint Thomas Hospital, Nashville, Tennessee 2/97 - 7/05

Attending Physician, Vanderbilt University Medical Center 2/97 - present

PROFESSIONAL CERTIFICATION BOARDS: National Board of Medical Examiner, 1969.

American Board of Internal Medicine, 1972.

American Board of Internal Medicine, Subspecialty Pulmonary Diseases, 1974

PROFESSIONAL LICENSURE: Maryland, Louisiana, California, Tennessee.

ACADEMIC HONORS: Boettcher Scholarship. University of Colorado, 1960-1964.

Outstanding Teacher Award from students, University of

California, Irvine, l981.

Alfred Soffer Research Award, Finalist, The CHEST Foundation, 1999.

Named Eminent Scientist of the Year 2000 by the International Research Promotion Council, Asia-Pacific Chapter

Named America's Top Doctor 2001 (Castle Connolly Medical)

Named America's Top Doctor 2002 (Castle Connolly Medical)

Named America's Top Doctor 2003 (Castle Connolly Medical)

Named America's Top Doctor 2004 (Castle Connolly Medical)
Named America's Top Doctor 2005 (Castle Connolly Medical)
Named America's Top Doctor 2006 (Castle Connolly Medical)
Named America's Top Doctor 2007 (Castle Connolly Medical)
Named America's Top Doctor 2008 (Castle Connolly Medical)
Named America's Top Doctor 2009 (Castle Connolly Medical)
Named America's Top Doctor 2010 (Castle Connolly Medical)
Named America's Top Doctor 2011 (Castle Connolly Medical)
Named America's Top Doctor 2012 (Castle Connolly Medical)
Named America's Top Doctor 2013 (Castle Connolly Medical)
Named America's Top Doctor 2014 (Castle Connolly Medical)
Named America's Best Doctor 2009-2010 (Best Doctors, Inc)
Named Best Doctors in America 2010-2011, 2012, 2013, 2014
Who's Who in Medicine and Healthcare, 2004-2005
Who's Who (Marquis) 60th Diamond Anniversary Edition, 2006
Who's Who in American Education (Marquis), 2007-2008

Honorary-Collaborator, University of Oviedo (Spain) 2000-2001

Visiting Professor Zhongshan University 2002

Lifetime Achievement Award, American Thoracic Society, 2008

Doctor Honoris Causa, Lleida University, Lleida, Spain, 2010

College Medalist Award, American College of Chest Physicians 2010

**RW LIGHT**

The JCAM 2011 Prof. Dr. Kunter Balkauh Best Article Award, 2011

Recipient of the Richard W.Light award from the International Pleura Disease Society, 2013

**PROFESSIONAL SOCIETIES:**

American College of Chest Physicians, Fellow. Program Selection Committee for annual meeting, 1981, 1982, 1983, and 1984, 1998, 1999, member ACCP Publications Committee 1999 - .

American Thoracic Society. Program Selection Committee for annual meeting, 1976, 1978, 1981, 1982, 1985, 1987 and 1989. Representative Counselor Clinical Problems Assembly, 1980-1981. Secretary-Treasurer Clinical Problems Assembly, 1981-1982. Liaison between ATS and Veterans Administration, 1985-1988.

Southern Society for Clinical Investigation, Member

American Federation for Clinical Research, Member

V.A. Pulmonary Physicians Association. Chairman, VAPPA Committee on V. A. Cooperative Studies in Pulmonary Medicine, 1979-1985.

Association of Pulmonary Program Directors, 1984-1990. Board of Directors, 1985-1987.

Sociedad Espanola de Neumologia y Cirugia Toracica (SEPAR). Honorary member 1994 -

Asian-Pacific Cardiothoracic-Renal Association. Founding member 2001 -

**NATIONAL APPOINTMENTS:**

VA Research Advisory Group for Cardiology, Pulmonary, Nephrology and Surgery, 1985-1988, chairman 1987-1988.

VA Task Force on the Ventilator Dependent Patient, 1986 - 1988.

Member Program Planning Council for VA Medical Research Service, 1988-1991.

Program Specialist for Pulmonary Disease, VA Medical Research Service, 1992 - 1994.

**RW LIGHT**

| | |
|---|---|
| **UNIVERSITY APPOINTMENTS:** | Academic Review Committee, UCI; Assistant Prof I978-I979; Associate Professor, I979-1980. |

Dean's Steering Committee, I980.

Strategic Planning Committee UCI, Subcommittee on Program Development at the LBVAH, 1984-1985, Chairman 1985.

Strategic Planning Committee UCI, 1985-1993.

Ad Hoc Committee on Integration of Internal Medicine Housestaff, 1985-1986.

**HOSPITAL APPOINTMENTS:** Housestaff Selection Committee, VAMC Long Beach, I977-1986.

Research and Development Committee, I977-1993. Chairman, I982-1984.

Multidisciplinary Review Committee, I977-1986. Chairman, I979-I981.

Director, Respiratory Therapy LBVAMC, I977-1986.

Management Advisory Committee, I981-1985.

Task Force on Management of Chronic Ventilator Dependent Patients - VAMC, Long Beach; Chairman I982.

Resources Committee, 1984-1985, 1988 - 1989, 1992-1993.

Institutional Review Board Saint Thomas Hospital 1997 - 1999

Chairman, Research Review Committee, Department of Medicine, Saint Thomas Hospital 1998 - 2003

**EDITORIAL POSITIONS:** Editor, Diseases of the Lungs, in Practice of Medicine, Harper and Row Publishers, Inc. Hagerstown, Maryland, I976-I980.

Editor, Pulmonary Disease, in Clinical Medicine, edited by Spittel, J.A., Harper and Row Publishers, Hagerstown, Maryland, I980-1985.

Editor, section entitled, "Clinical Application of Therapeutic Advances," Archives of Internal Medicine, 1976- 1980.
Editorial Board, Archives of Internal Medicine, 1980-present.

Editorial Board, Chest, 1988 - 1998.

Editorial Board, Archivos de Bronchoneumologia, 1994 - present

Advisory Editor, Lung, 1997 to present.

Editorial Board, Timely Topics in Medicine, 1998 - present

Editor, Pleural Disease Section in Current Opinion in Pulmonary Disease 1995 to present

International Editorial Board, Revista de Patologia Respiratoria, 1998 - present

Advisor and core reviewer to BioMed Central Pulmonary Diseases, 2002 - present

Editorial Board, Jornal De Pneumolgia, 2003 - present

Co-editor, International Pleural Newsletter, 2003 - present
Editorial Board, Respirology, 2004 - present

Editor in Chief, Saint Thomas Journal, 2004 - 2005

International Editorial Board,  Pneumon, 2007 - present

Editorial Board, Journal of Clinical and Analytical Medicine - 2010 - present

Editorial Board, Perspectivas Medicas, 2011 - present

International Advisory Board Member, Respiratory Case Reports, 2012 - present

Editorial Board, Turkish Thoracic Journal, 2014 - present

BOARD                    American Board of Internal Medicine, Internal Medicine,

**RW LIGHT**

**CERTIFICATIONS:**     **1972.**

                       **American Board of Internal Medicine, Pulmonary Disease, 1974.**

**RW LIGHT**

1.   George RB, Light RW, Matthay RA: <u>Chest Medicine</u>. Churchill Livingstone, New York, l983.
2.   Light RW: <u>Pleural Diseases</u>. Lea and Febiger, Philadelphia, l983.
3.   Light RW: <u>Pleural Diseases</u>. Clinics in Chest Medicine. W. B. Saunders, Co, Philadelphia, March 1985.
4.   George RB, Light RW, Matthay RA, Matthay MA: <u>Chest Medicine</u>. Second Edition. Williams &
5.   Light RW: <u>Pleural Diseases</u>. Second Edition. Lea and Febiger, Philadelphia, 1990.
6.   George RB, Light RW, Matthay RA, Matthay MA: <u>Chest Medicine</u>. Third Edition. Williams and Wilkins, Baltimore, 1995.
7.   Light RW: <u>Pleural Diseases</u>. Third Edition. Williams and Wilkins, Baltimore, 1995.
8.   George RB, Light RW, Matthay MA, Matthay RA: <u>Self-Assessment in Chest Medicine.</u> Williams and Wilkins, Baltimore, 1995.
9.   George RB, Light RW, Matthay RA, Matthay MA: <u>Chest Medicine</u>. Fourth Edition. Lippincott Williams & Wilkins, Philadelphia, 2000.
10.  Light RW: <u>Pleural Diseases</u>. Fourth Edition. Lippincott, Williams and Wilkins, Baltimore, 2001.
11.  Light RW, Lee YC (Gary): <u>Textbook of Pleural Diseases.</u> Arnold Publishers, London, 2003.
12.  George RB, Light RW, Matthay RA, Matthay MA: <u>Chest Medicine</u>. Fourth Edition. Lippincott Williams & Wilkins, Philadelphia, 2005.
13.  Light RW: <u>Pleural Diseases</u>. Fifth Edition. Lippincott, Williams and Wilkins, Baltimore, 2007.
14.  Light RW, Lee YC (Gary): <u>Textbook of Pleural Diseases.</u> Arnold Publishers, London, 2008.
15.  Light RW: <u>Pleural Diseases</u>. Sixth Edition. Lippincott, Williams and Wilkins, Baltimore, 2013.

1.   Light RW, MacGregor MI, Luchsinger PC, Ball WC Jr:  Pleural effusions: the diagnostic separation of transudates and exudates.  Ann Intern Med 1972; 77:507-514.

2.   Sherr HP, Light RW, Merson MH, Wolf RO, Taylor LL, Hendrix TR:  Origin of pleural fluid amylase in esophageal rupture. Ann Intern Med 1972; 76:985-986.

3.   Light RW, Luchsinger PC:  Metabolic activity of pleural fluid.  J Appl Physiol 1973; 34:97-101.

4.   Block AJ, Light RW: Alternate day therapy in diffuse pulmonary sarcoidosis.  Chest 1973; 63:495-500.

5.   Light RW, MacGregor MI, Ball WC Jr, Luchsinger PC: Diagnostic significance of pleural fluid pH and PCO2.  Chest 1973; 64:591-596.

6.   Light RW, Ball WC Jr:  Lactate dehydrogenase isoenzymes in pleural effusion.  Am Rev Respir Dis 1973; 108:660-665.

7.   Light RW, Erozan YC, Ball WC Jr:  Cells in pleural fluid: their value in differential diagnosis.  Arch Intern Med 1973; 132:854-860.

8.   Light RW, Ball WC Jr:  Glucose and amylase in pleural effusions.  JAMA 1973; 225:257-260.

9.   Light RW, MacGregor MI, Ball WC Jr, Luchsinger PC:  Pleural transudate or exudate? Three tests help decide.  Clinical Notes Resp Dis 1973; 12:14.

10.  Light RW, Bell WR:  Lactic acid dehydrogenase and fibrinogen-fibrin degradation products in pulmonary embolism.  Arch Intern Med 1974; 133:372-375.

11.  Light RW, Dunham TR:  Pseudomonas vertebral osteomyelitis in the occasional heroin abuser.  JAMA 1974; 228:1972.

12.  Light RW:  Thoracentesis and the examination of pleural fluid.  Cont Ed Fam Phys 1974; 2:33-39.

13.  Light RW, Dunham TR:  Severe slowly resolving heroin-induced pulmonary edema.  Chest 1975; 67:61-64.

14.  Light RW, Bengfort JL, George RB:  Pancuronium bromide and the adult respiratory distress syndrome.  Anesth Anal 1975; 54:219-223.

15.  Light RW, Summer WR, Luchsinger PC:  Response of patients with chronic obstructive lung disease to the regular administration of nebulized isoproterenol.  Chest 1975; 57:634-639.

16.  Light RW, Moller DJ Jr, George RB:  Low pleural fluid pH in parapneumonic effusion.  Chest 1975; 68:273-274.

17.  Richardson JV, Light RW, Baskin TW, George RB: Late pulmonary function in survivors of adult respiratory distress syndrome.  South Med J 1976; 69:735-737.

18.  Cush R, Light RW, George RB:  Clinical and roentgenographic manifestations of blastomycosis.  Chest 1976; 69:344-349.

19.  Light RW, George RB:  Incidence and significance of pleural effusions after abdominal surgery.  Chest 1976; 69:621-625.

20.  Light RW:  Management of parapneumonic effusions.  Chest 1976; 70:325-326.

21.  Girard WM, Light RW, Ahn CH, Cush R, George RB:  Epidemiology of atypical mycobacterial disease in Texas and Louisiana.  Bulletin of the International Union Against Tuberculosis, XXIII International Tuberculosis Conference 1976; 51:263-266.

22. Light RW, George RB: Upper airway obstruction. Arch Intern Med 1977; 137:281-282.

23. Light RW, George RB: Oral atropine in the treatment of chronic asthma. Ann Allerg 1977; 38:58-61.

24. Nelson O, Light RW: Granulomatous pleuritis secondary to blastomycosis. Chest 1977; 71:433-434.

25. Light, RW: Pleural effusions. Med Clin N Am 1977; 61:1339-1352.

26. Light RW, Conrad SA, George RB: The one best test for evaluating the effects of bronchodilator therapy. Chest 1977; 72:512-516.

27. Jenkinson SG, Light RW, George RB: Comparison of albuterol and isoproterenol aerosols in bronchial asthma. Ann Allergy 1977; 39:423-425.

28. George RB, Jenkinson SG, Light RW: Fiberoptic bronchoscopy in the diagnosis of pulmonary fungal and nocardial infections. Chest 1978; 73:33-36.

29. Light RW: Pleural fluid analysis: How to interpret the tests. Consultant 1978; 18:97-105.

30. Light RW: Use of pulmonary function laboratory in the treatment of obstructive airway disease. Adv Asthma Allergy Pul Disease 1978; 5:10-18.

31. Light RW, Conrad SA, George RB: Tests of bronchodilator therapy. Chest 1978; 73:890.

32. George RB, Conrad SA, Light RW: Relative value of tests used to measure bronchodilator response. Chest 1978; 73:989.

33. Light RW, Taylor RW, George RB: Albuterol and isoproterenol in bronchial asthma. Arch Intern Med 1979; 139:639-643.

34. Jenkinson SG, George RB, Light RW, Girard WM: Cefazolin vs. penicillin. Treatment of uncomplicated pneumococcal pneumonia. JAMA 1979; 241:2815-2817.

35. Richardson JV, Light RW, George RB: Thoracic mass and pleuritic chest pain. Chest 1979; 76:93-94.

36. Light RW: Falsely high refractometric readings for the specific gravity of pleural fluid. Chest 1979; 76:300-301.

37. Minh VD, Lee HM, Dolan GF, Light RW, Bell J, Vasquez P: Hypoxemia during exercise in patients with chronic obstructive pulmonary disease. Am Rev Respir Dis 1979; 120:787-794.

38. Chetty KG, Jordan IO, Light RW: Wegener's granulomatosis. Arch Intern Med 1979; 139-1319.

39. Light RW, George RB, Meneely GR, Chouest LJ, Rosekrans RH: A new method for analyzing multiple breath nitrogen washout curves. J Appl Physiol: Respirat Environ Exercise Physiol 1980; 48:265-272.

40. Light RW, Jenkinson SG, Minh VD, George RB: Observations on pleural fluid pressures as fluid is withdrawn during thoracentesis. Am Rev Respir Dis 1980; 121:799-804.

41. Westerfield BT, Michalski JP, McCombs C, Light RW: Reversible melphalan-induced lung damage. Am J Med 1980; 68:767-771.

42. Light RW, Girard WM, Jenkinson SG, George RB: The incidence and significance of parapneumonic effusions. Am J Med 1980; 69:507-512.

43. Light RW: Evaluating the patient with pleural effusions. J Resp Dis 1981; 2:89-100.

44. Light RW, George RB: Nitroblue tetrazolium test results in the diagnosis of pleural effusions. Chest 1981; 80:39-43.

45. Westerfield BT, Carder AJ, Light RW: The relationship between arterial blood gases and serum theophylline clearance in critically ill patients. Am Rev Respir Dis 1981;

124:17-20.

46.  Light RW:  Management of patients with parapneumonic effusions.  Arch Intern Med I981; 141:1339-1341.

47.  George RB, Jenkinson SG, Light RW:  Clinical effects of albuterol aerosol in the treatment of asthma. Ann Allergy I981; 47:384-386.

48.  Benezra C, Spurgeon L, Light RW:  Mediastinal abscess secondary to vertebral osteomyelitis.  Post Grad Med I982; 71:220-223.

49.  Chetty KG, Brown SE, Light RW:  Identification of pulmonary hypertension in chronic obstructive pulmonary disease from routine radiographs.  Am Rev Respir Dis I982; 126:338-341.

50.  McCombs CC, Michalski JP, Westerfield BT, Light RW:  Human alveolar macrophages suppress the proliferative response of peripheral blood lymphocytes. Chest I982; 82:266-271.

51.  Mahutte CK, Nakasato SK, Light RW: Haloperidol-induced pulmonary edema.  Arch Intern Med I982; 142:I951-I952.

52.  Eugene J, Brown SE, Light RW, Milne NE, Stemmer EA:  Maximum oxygen consumption: a physiologic guide to pulmonary resection.  Surgical Forum I982; 23:260-262.

53.  Brown SE, Casciari RJ, Light RW:  Arterial oxygen saturation during meals in patients with severe chronic obstructive pulmonary disease.  South Med J I982; 76:194-198.

54.  Light RW:  Conservative Treatment of hypercapnia acute respiratory failure.  Respir Care 1983; 28:561-569.

55.  Chetty KG, Brown SE, Light RW:  Improved exercise tolerance of the polycythemic lung patient following phlebotomy.  Am J Med I983; 74:415-420.

56.  Light RW, George RB: Serial pulmonary function in patients with acute heart failure. Arch Intern Med I983; 143:429-433.

57.  Brown SE, Stansbury DW, Merrill EJ, Linden GS, Light RW: Prevention of suctioning-related arterial oxygen desaturation; comparison of off-ventilator and on-ventilator suctioning. Chest I983; 83:621-627.

58.  Light RW, Wyle FA:  Serum and sputum levels of amoxicillin and cephalexin.  Curr Ther Res I983; 28:561-569.

59.  Brown SE, Light RW:  When COPD patients are malnourished. J Resp Dis I983; 4:36-50.

60.  Prager RW, Brown SE, Light RW, Libby GF:  Triad of exertional dyspnea, digital clubbing, and cyanosis. Am Rev Diagnostics I983; 2:57-58.

61.  Jenkinson SG, Light RW, George RB, Burford JG: Hypoxemia and pulmonary dysfunction associated with delirium tremens. J Studies Alcohol I983; 44:57-67.

62.  Seiff KH, Mahutte CK, Pecorraro FG, Light RW:  The relationship between transcutaneous and arterial PCO2 during exercise. Am Rev Diagnostics I983; 2:87-90.

63.  Girard WM, Light RW:  Should the FVC be considered in evaluating response to bronchodilators?  Chest I983; 84:87-89.

64.  Michiels TM, Light RW, Mahutte CK: Effect of ethanol and naloxone on control of ventilation and load perception. J Appl Physiol:  Respirat Environ Exercise Physiol 1983; 55:929-934.

65.  Mahutte CK, True RD, Michiels TM, Berman JM, Light RW:  Increased serum theophylline clearance with oral activated charcoal. Am Rev Respir Dis 1983; 128:820-822.

66.  Michiels TM, Light RW, Mahutte CK:  Naloxone reverses ethanol-induced depression

of hypercapnia drive. Am Rev Respir Dis 1983; 128:820-822.

67. Light RW, Chetty KG, Stansbury DW: Comparison of effects of labetalol and hydrochlorothiazide on the ventilatory function of hypertensive patients with mild chronic obstructive pulmonary disease. Am J Med (Proceedings of a Symposium on Hypertension and Hemodynamics) 1983; 109-114.

68. Brown SE, Linden GS, King RR, Blair GP, Stansbury DW, Light RW: Effects of verapamil on pulmonary haemodynamics during hypoxaemia, at rest, and during exercise in patients with chronic obstructive pulmonary disease. Thorax 1983; 38:840-844.

69. Brown SE, Pakron FJ, Milne N, Linden GS, Stansbury DW, Fischer CE, Light RW: Effects of digoxin on exercise capacity and right ventricular function during exercise in chronic airflow obstruction. Chest 1984; 85:187-191.

70. Brown SE, King RR, Temerlin SM, Stansbury DW, Mahutte CK, Light RW: Exercise performance with added dead space in chronic airflow obstruction. J Appl Physiol 1984; 56:1020-1026.

71. Light RW: Postoperative pleural effusion: Pathophysiology, clinical importance, and principles of management. Resp Care 1984; 29:540-549.

72. King RR, Light RW, Fischer CE, Brown SE: Exercise performance with prazosin in chronic airflow obstruction. Am Rev Diagnostics 1984; 10:11-14.

73. Light RW, Mintz HM, Linden GS, Brown SE: Hemodynamics of patients with severe chronic obstructive pulmonary disease (COPD) during progressive upright exercise. Am Rev Respir Dis 1984; 130:391-395.

74. Sassoon CSH, Light RW: Treating COPD patients in acute respiratory failure. J Respir Dis 1984; 5:15-22.

75. Blair GP, Light RW: Treatment of chronic obstructive pulmonary disease with corticosteroids: Comparison of daily versus alternate day therapy. Chest 1984; 86:524-528.

76. McCombs CC, Michalski JP, Light RW: Specificity of immunosuppression by human alveolar cells. Exp Lung Research 1984; 7:211-222.

77. Light RW, Merrill EJ, Despars JA, Gordon GH, Mutalipassi LR: Prevalence of depression and anxiety in patients with chronic obstructive pulmonary disease: relationship to functional capacity. Chest 1985; 87:35-38.

78. Brown SE, Fischer CE, Stansbury DW, Light RW: Reproducibility of VO2max in patients with chronic air-flow obstruction. Am Rev Respir Dis 1985; 131:435-438.

79. Brown SE, Nagendran RC, McHugh JW, Stansbury DW, Fischer CE, Light RW: Effects of a large carbohydrate load on walking performance in chronic air-flow obstruction. Am Rev Respir Dis 1985; 132:960-962.

80. Gordon GH, Michiels TM, Mahutte CK, Light RW: Effect of desipramine on control of ventilation and depression scores in patients with severe chronic obstructive pulmonary disease. Psychiatry Res 1985; 15:25-32.

81. Brown SE, Wiener S, Brown RA, Marcarelli PA, Fischer CE, Stansbury DW, Light RW: Exercise performance following a carbohydrate load in chronic airflow obstruction. J Appl Physiol 1985; 58:1340-1346.

82. George RB, Light RW, Hudson LD, Conrad SA, Chetty K, Manocha K, Burford JG: Comparison of the effects of labetalol and hydrochlorothiazide on the ventilatory function of hypertensive patients with asthma and propranolol sensitivity. Chest 1985; 88:819-828.

83. Brown SE, Prager RS, Shinto RA, Fischer CE, Stansbury DW, Light RW:

Cardiopulmonary responses to exercise in chronic airflow obstruction. Effects of inhaled atropine sulfate. Chest 1986; 89:7-11.

84. Light RW, Stansbury DW, Brown SE: The relationship between pleural pressures and changes in pulmonary function following therapeutic thoracentesis. Am Rev Respir Dis 1986; 133:658-661

85. Berry RB, Light RW: When thoracentesis yields bloody pleural fluid. J Respir Dis 1986; 7:18-24.

86. Light RW, Merrill EJ, Despars J, Gordon GH, Mutalipassi LR: Comparison of doxepin and placebo in treating depressed patients with chronic obstructive pulmonary disease. Arch Intern Med 1986; 146:1377-1380.

87. Tatum VD, Light RW: Approach to the diagnosis of secondary pulmonary hypertension: The chest roentgenogram as a diagnostic tool. Heart & Lung 1986; 15:352-357.

88. Gonzales SC, Huntington D, Romo R, Light RW: Efficacy of the oxymizer pendant in reducing oxygen requirements of hypoxemic patients. Respir Care 1986; 31:681-688.

89. Sassoon CS, Light RW: Chylothorax: Always in the differential of an effusion. J Respir Dis 1986; 7:113-117.

90. Staub NC, Broaddus VC, Zylak C, Lai-Fook SJ, Light RW, Vinegar R, Gaensler EA, Sahn SA: Pathophysiology of the pleural space. Am Rev Respir Dis 1986; 134:82--821.

91. Sassoon CS, Mahutte CK, Light RW: Airway occlusion pressure: An important indicator for successful weaning in patients with chronic obstructive pulmonary disease. Am Rev Respir Dis 1987; 135:107-113.

92. Chetty KG, Light RW: Managing transudative pleural effusions in the critically ill. J Crit Illness 1987; 2:86-92.

93. Campbell S, DeGraff AC, Greenstein SM, Light RW, Pinnas JL, Repsher L, Siegel S: A long-term study comparing albuterol nebulizer solution with isoproterenol nebulizer solution delivered by a compressed-air powered nebulizer in reversible bronchospasm. Immunol Allergy Practice 1987; 9:178-185.

94. Light, RW: Parapneumonic Effusions and Empyema. Sem Respir Med 1987; 9:37-42.

95. Sassoon CSH, Te TT, Light RW: Massive pulmonary embolism complicating streptokinase treatment for deep vein thrombosis. Respiration 1987; 52:54-58.

96. Jacobs RF, Light RW, Meyer RD, Sahn SA, Daly BD: Parapneumonic effusions and empyema. Am Rev Respir Dis 1987; 136:1030-1032.

97. Sassoon CS, Mahutte CK, Te TT, Simmons DH, Light RW: Work of breathing and airway occlusion pressure during assist-mode mechanical ventilation. Chest 1988; 93:571-576.

98. Berry RB, Light RW: COPD in acute respiratory failure. Hospital Therapy 1988; 13:92-102.

99. Schiffman GL, Stansbury DW, Fischer CE, Sato RI, Light RW, and Brown SE: Indomethacin and Perception of Dyspnea in Chronic Airflow Obstruction. Am Rev Respir Dis 1988; 137:1094-1098.

100. Light RW, Mahutte CK, Brown SE: Etiology of $CO_2$ retention at rest and during exercise in chronic airflow obstruction. Chest 1988; 94:61-67.

101. Wayne LG, Anderson B, Chetty K, Light RW: Antibodies to mycobacterial peptidoglycolipid and to crude protein antigens in sera from different categories of human subjects. J Clin Micro 1988; 26:2300-2306.

102. Light RW: Update: Parapneumonic effusions and empyema. Pulmonary and

Critical Care Update 1988; 4:(5) 1-7.

103. Light RW, Muro JR, Sato RI, Stansbury DW, Fischer CE, Brown SE: Effects of oral morphine on breathlessness and exercise tolerance in patients with chronic obstructive pulmonary disease. Am Rev Respir Dis 1989; 139:126-133.

104. Chetty KG, Moran EM, Sassoon CS, Viravathana T, Light RW: Effect of radiation therapy on bronchial obstruction due to bronchogenic carcinoma. Chest 1989; 95:582-584.

105. Chetty KG, Brown SE, Milne N, Light RW: Right ventricular dysfunction and its relationship to maximal oxygen consumption of patients with chronic obstructive pulmonary disease. J Cardiopulmonary Rehabil 1989; 9:183-187.

106. Light RW, Mahutte CK, Stansbury DW, Fischer CE, Brown SE: Relationship between improvement in exercise performance with supplemental oxygen and hypoxic ventilatory drive in patients with chronic airflow obstruction. Chest 1989; 95:751-756.

107. Sahn SA, Light RW: The sun should never set on a parapneumonic effusion. Chest 1989; 95:945-947.

108. Brown RA, Stansbury DW, Fischer CE, Light RW, Brown SE: Magnitude of ventilatory reserve at exhaustion. J Cardiopulmonary Rehabil 1989; 9:155-160.

109. Kirsch JL, Muro JR, Stansbury DW, Fischer CE, Monfore, R, Light RW: Effect of naloxone on maximal exercise performance and control of ventilation in COPD. Chest 1989; 96:761-766.

110. Sassoon CSH, Giron AE, Ely EA, Light RW: Inspiratory work of breathing on flow-by and demand-flow continuous positive airway pressure. Crit Care med 1989; 17:1108-1114.

111. Berry RB, Shinto RA, Wong FH, Despars JA, Light RW: Nebulizer vs spacer for bronchodilator delivery in patients hospitalized for acute exacerbations of COPD. Chest 1989; 96:1241-1246.

112. Shinto RA, Light RW: The effects of diuresis upon the characteristics of pleural fluid in patients with congestive heart failure. Am J Med 1990; 88:230-233.

113. Light RW: Hepatic mycobacterial disease and AIDS. Hepatology 1990; 11:506-507.

114. Levy H, Wayne LG, Anderson BE, Barnes PF, Light RW: anti mycobacterial antibody levels in pleural fluid as reflection of passive diffusion from serum. Chest 1990; 97:1144-1147.

115. Milne N, Light RW, Chetty KG: Exercise induced changes in left ventricular function after phlebotomy in patients with polycythemic chronic obstructive pulmonary disease. J Thorac Imaging 1990; 5:68-72.

116. Shinto RA, Brown SE, Stansbury DW, Light RW: The relationship between deadspace/tidal volume ratio and pulmonary hemodynamics during exercise in chronic airflow obstruction. J Cardiopul Rehab 1990; 10:169-173.

117. Sassoon CSH, Mahutte CK, Light RW: Ventilator modes: Old and new. Crit Care Clin 1990; 6:605-634.

118. Light RW, O'Hara VS, Moritz TE, McElhinney AJ, Butz R, Haakenson CM, Read RC, Sassoon CS, Eastridge CE, Berger R, Fontenelle LJ, Bell RH, Jenkinson SG, Shure D, Merrill W, Hoover E, Campbell SC: Intrapleural tetracycline for the prevention of recurrent spontaneous pneumothorax. JAMA 1990; 264:2224-2230.

119. Chetty KG, Light RW, Stansbury DW, Milne N: Exercise performance of polycythemic

chronic obstructive pulmonary disease patients. Effect of phlebotomies. Chest 1990; 98:1073-1077.

120.  Sassoon CSH, Lodia R, Light RW, Mahutte CK:  Maximum inspiratory muscle endurance capacity during resistive loading in chronic obstructive pulmonary disease. Respiration 1990; 57:343-350.

121.  Berry RB, Desa MM, Branum JP, Light RW:  Effect of theophylline on sleep and sleep-disordered breathing in patients with chronic obstructive pulmonary disease. Am Rev Respir Dis 1991; 143:245-250.

122.  Berry RB, Desa MM, Light RW:  Effect of ethanol on the efficacy of nasal continuous positive airway pressure as a treatment for obstructive sleep apnea. Chest 1991; 99:339-343.

123.  Frankfort JD, Fischer CE, Stansbury DW, McArthur DL, Brown SE, Light RW:  Effects of High- and Low-Carbohydrate Meals on Maximum Exercise Performance in Chronic Airflow Obstruction. Chest 1991; 100:792-795.

124.  Light RW:  Intrapleural tetracycline for recurrent pneumothorax. (Letter to Editor). JAMA 1991; 265:1110-1111.

125.  Sassoon CSH, Light RW, Lodia R, Sieck GC, Mahutte CK:  Pressure-time product during continuous positive airway pressure, pressure support ventilation, and T-piece during weaning from mechanical ventilation. Am Rev Respir Dis 1991; 143:469-475.

126.  Giron AE, Stansbury DW, Fischer CE, Light RW:  Lack of effect of dextromethorphan on breathlessness and exercise performance in patients with chronic obstructive pulmonary disease (COPD). Eur Respir J 1991; 4:532-535.

127.  Light RW:  Spontaneous pneumothorax. Pulmonary Crit Care Update 1991; 6:1-7.

128.  Light RW:  Management of Parapneumonic effusions. Chest 1991; 100:892-893.

129.  Chetty KG, Despars JA, Giron A, Light RW:  Conversion of COPD patients from multiple to single dose theophylline; serum levels and symptom comparison. Chest 1991; 100:1064-1067.

130.  Barbas CSV, Cukier A, de Varvalho CRR, Barbas-Fiho JV, Light RW:  The relationship between pleural fluid findings and the development of pleural thickening in patients with pleural tuberculosis. Chest 1991; 100:1264-1267.

131.  Frankfort JD, Fischer CE, Stansbury DW, McArthur DL, Brown SE, Light RW:  Effects of high- and low-carbohydrate meals on maximum exercise performance in chronic airflow obstruction. Chest 1991; 100:792-795.

132.  Peng M-J, Vargas FS, Cukier A, Terra-Filho M, Teixeira LR, Light RW:  Postoperative pleural changes after coronary revascularization. Chest 1992; 101:327-330.

133.  Light RW:  Pleural Diseases. Dis Month 1992; 28:266-331.

134.  Light RW:  Management of empyema. Sem Respir Med 1992; 13:167-176.

135.  Sassoon CSH, Lodia R, Rheeman CH, Kuei JK, Light RW, Mahutte CK:  Inspiratory muscle work of breathing during flow-by, demand-flow, and continuous-flow systems in patients with chronic obstructive pulmonary Disease. Am Rev Respir Dis 1992; 145:1219-1222.

136.  Vargas FS, Croce M, Teixeira LR, Terra-Filho M, Cukier A, Light RW:  Effect of inhaled furosemide on the bronchial response to lysine-aspirin inhalation in asthmatic subjects. Chest 1992; 102:408-411.

137.  Berry RB, Light RW:  Effect of hyperoxia on the arousal response to airway occlusion during sleep in normal subjects. Am Rev Respir Dis 1992; 146:330-334.

138.  Broaddus VC, Light RW:  What is the origin of pleural transudates and exudates?

(Editorial) Chest 1992; 102:658.

139.  Vargas FS, Cukier A, Terra-Filho M, Hueb W, Teixeira LR, Light RW:  Relationship between pleural changes after myocardial revascularization and pulmonary mechanics.  Chest 1992; 102:1333-1336.

140.  Singh NP, Vargas FS, Cukier A, Terra-Filho M, Teixeira LR, Light RW:  Arterial blood gases after coronary artery bypass surgery.  Chest 1992; 102:1337-1341.

141.  Sassoon CSH, Light RW, O'Hara VS, Moritz TE:  Iatrogenic pneumothorax: Etiology and Morbidity.  Results of a Department of Veterans Affairs Cooperative Study. Respiration 1992; 59:215-220.

142.  Berry RB, McCasland CR, Light RW:  The effect of triazolam on the arousal response to airway occlusion during sleep in normal subjects.  Am Rev Respir Dis 1992; 146:1256-1260.

143.  Berry RB, Bonnet MH, Light RW:  Effect of ethanol on the arousal response to airway occlusion during sleep in normal subjects.  Am Rev Respir Dis 1992; 145;445-452.

144.  Singh NP, Despars JA, Stansbury DW, Avalos K, Light RW:  Effects of buspirone on anxiety levels and exercise tolerance in patients with chronic airflow obstruction and mild anxiety.  Chest 1993; 103:800-804.

145.  Light RW:  Managing pleural effusion in patients with CHF.  J Respir Dis 1993; 14:60-66.

146.  Berry RB, Mahutte CK, Light RW:  Effect of hypercapnia on the arousal response to airway occlusion during sleep in normal subjects. J Appl Physiol 1993;74:2269-2275.

147.  Berry RB, Mahutte CK, Kirsch JL, Light RW:  Does the hypoxic ventilatory response predict the oxygen-induced falls in ventilation in COPD.  Chest 1993; 103:820-824.

148.  Beauford W, Saylor TT, Stansbury DW, Avalos K, Light RW:  Effects of nebulized morphine sulfate on the exercise tolerance of the ventilatory limited COPD patient. Chest 1993; 104:175-178.

149.  Light RW:  Management of spontaneous pneumothorax.  Am Rev Respir Dis 1993; 148:245-248.

150.  Vargas FS, Cukier A, Terra-Filho M, Hueb W, Teixeira LR, Light RW:  Influence of atelectasis on pulmonary function after coronary artery bypass grafting. Chest 1993; 104:434-437.

151.  Marel M, Zrustova M, Štastny B, Light RW:  Incidence of pleural effusion in a well-defined region:  Epidemiologic study in Central Bohemia.  Chest 1993; 104:1486-1489.

152.  Vargas FS, Wang N-S, Lee HM, Gruer SE, Sassoon CSH, Light RW:  Effectiveness of bleomycin in comparison to tetracycline as pleural sclerosing agent in rabbits.  Chest 1993; 104:1582-1584.

153.  Le HM, Aten JL, Chiang JT, Light RW:  Comparison between conventional cap and one-way valve in the decannulation of patients with long-term tracheostomies. Respir Care 1993; 38:1161-1167.

154.  Bernstein ML, Despars JA, Singh NP, Avalos K, Stansbury DW, Light RW:  Reanalysis of the 12-minute walk in patients with chronic obstructive pulmonary disease.  Chest 1994; 105:163-167.

155.  Light RW, Cukier A:  Pleural thickening in patients with pleural tuberculosis.  Chest 1994; 105:1296.

156.  Despars JA, Sassoon CSH, Light RW:  Significance of iatrogenic pneumothoraces. Chest 1994; 105:1147-1150.

157.  Light, RW:  Pleural Effusions.  Newer Concepts.  Archiv Bronconeumo 1994; 30:152

158.  Vargas FS, Cukier A, Hueb W, Teixeira LR, Light RW:  Relationship between pleural effusion and pericardial involvement after myocardial revascularization.  Chest 1994; 105:1748-1752.

159.  Light RW, Wang NS, Sassoon SCH, Gruer SE, Vargas FS:  Comparison of the effectiveness of tetracycline and minocycline as pleural sclerosing agents in rabbits.  Chest 1994; 106:577-582.

160.  Peng M-J, Wang NS, Vargas FS, Light RW:  Subclinical surface alterations of human pleura.  Chest 1994; 106:351-353.

161.  Light RW:  Tension pneumothorax.  Intensive Care Med  1994; 20:468-469.

162.  Milanez JRC, Vargas FS, Filomeno LTB, Fernandez A, Jatene A, Light RW:  Intrapleural talc for the prevention of recurrent pneumothorax.  Chest 1994; 106:1162-1165.

163.  Vargas FW, Teixeira LR, Coelho IJC, Braga GA, Terra-Filho M, Light RW:  Distribution of pleural injectate:  Effect of volume of injectate and animal rotation.  Chest 1994; 106:2146-1249.

164.  Vargas FS, Milanez JR, Filomeno LT, Fernandez A, Jatene A, Light RW:  Intrapleural talc for the prevention of recurrence in benign or undiagnosed pleural effusion.  Chest 1994; 106:1771-1775.

165.  Cukier A, Vargas FS, Teixeira LR, Grupi CJ, Terra-Filho M, Carvalho-Pinto RM, Light RW:  Arrhythmogenic effects of combined orally administered theophylline and albuterol in patients with chronic obstructive pulmonary disease.  Brazilian J Med Biol Res 1994; 27:2869-2877.

166.  Berry RB, Kouchi K, Bower J, Prosise G, Light RW:  Triazolam in patients with obstructive sleep apnea.  Am J Respir Crit Care Med 1995; 151:450-454.

167.  Sassoon CSH, Light RW, Vargas FS, Gruer SE, Wang N-S:  Temporal evolution of pleural fibrosis induced by intrapleural minocycline injection.  Am J Respir Crit Care Med 1995; 151:791-794.

168.  Light RW:  Pleural effusions after CABG surgery:  When to intervene.  J Respir Dis 1995; 16:249-252.

169.  Liu Z, Vargas FS, Stansbury DW, Sasse SA, Light RW:  Comparison of the end-tidal arterial $PCO_2$ gradient during exercise in normal subjects and in patients with severe COPD.  Chest 1995; 107:1218-1224.

170.  Berry RB, Kouchi KG, Bower JL, Light RW:  Effect of upper airway anesthesia on obstructive sleep apnea.  Am J Respir Crit Care Med 1995; 151:1857-1861.

171.  Light RW, Wang N-S, Sassoon CSH, Gruer SE, Oliver D, Vargas FS:  Talc slurry is an effective pleural sclerosant in rabbits.  Chest 1995; 107:1702-1706.

172.  Marel M, Stastny B, Melinova L, Svandova E, Light RW:  Diagnosis of pleural effusions:  experience with clinical studies, 1986-1990.  Chest 1995; 107:1598-1603.

173.  Milanez RC, Vargas FS, Filomeno LB, Teixeira LR, Fernandez A, Jatene F, Light RW:  Intrapleural talc for the treatment of malignant pleural effusions secondary to breast cancer.  Cancer 1995; 75:2688-2692.

174.  Light RW:  Diseases of the pleura.  Editorial review.  Current Opinion Pul Med 1995; 1:313-317.

175.  Light RW:  Management of Transudative Effusions.  Sem Respir Crit Care Med 1995; 16:288-292.

176.  Light RW:  Pleurodesis today:  When, why, and how.  J Respir Dis 1995; 16:718-725.

177.  Light RW:  A new classification of parapneumonic effusions and empyema.  Chest 1995; 108:299-301.

178. Vargas FS, Teixeira LR, Silva LMMF, Carmo AO, Light RW:  Comparison of silver nitrate and tetracycline as pleural sclerosing agents in rabbits.  Chest 1995; 108:1080-1083.

179. Light RW:  Management of spontaneous pneumothorax:  update-1995.  J Pneumol 1995; 21:83-88.

180. Sasse SA, Causing LA, Stansbury DW, Light RW:  The effects of pentoxifylline on oxygenation, diffusion of carbon monoxide, and exercise tolerance in patients with COPD.  Chest 1995; 108:1562-1567.

181. Light RW:  Parapneumonic effusions and empyema:  Current management strategies.  J Crit Ill 1995; 10:832-842.

182. Vargas FS, Wang N-S, Teixeira LR, Carmo AO, Silva LMMF, Light RW:  *Corynebacterium parvum* versus tetracycline as pleural sclerosing agents in rabbits.  Eur Respir J 1995; 8:2174-2177.

183. Cukier A, Vargas FS, Santos SR, Donzella H, Terra-Filho M, Teixeira LR, Light RW:  Theophylline-ranitidine interaction in elderly COPD patients.  Braz J Med Biol Res 1995; 875-879.

184. Light RW, Stansbury DW, Webster JS:  Effect of 30 mg of morphine alone or with promethazine or prochlorperazine on the exercise capacity of patients with COPD.  Chest 1996; 109:975-981.

185. McGovern J, Sasse SA, Stansbury DW, Causing LA, Light RW:  Comparison of oxygen saturation by pulse oximetry and co-oximetry during exercise testing in patients with COPD.  1996; Chest 109:1151-1155.

186. Ferrer JS, Munoz XG, Orriols RM, Light RW, Morell RB:  Evolution of idiopathic pleural effusion.  A prospective, long-term follow-up study.  Chest 1996; 109:1508-1513.

187. Berry RB, Kouchi KC, Der DE, Dickel MJ, Light RW:  Sleep apnea impairs the arousal response to airway occlusion.  Chest 1996; 109:1490-1496.

188. Light RW:  Pleural Disease:  Editorial Review.  Cur Opinion in Pul Med 1996; 2:311-314.

189. Teixeira LR, Vargas FS, Carmo AO, Cukier A, Silva LMMF, Light RW:  Effectiveness of sodium hydroxide as a pleural sclerosing agent in rabbits:  influence of concomitant intrapleural lidocaine.  Lung 1996; 174:325-332.

190. Sasse SA, Berry RB, Nguyen TK, Light RW, Mahutte CK: Arterial blood gas changes during breath-holding from functional residual capacity.  Chest 1996; 110:958-964.

191. Light RW, Wang N-S, Despars JA, Gruer SE, Sassoon C, Vargas FS: Comparison of mitoxantrone and tetracycline as pleural sclerosing agents in rabbits.  Lung 1996; 174:373-381

192. Sasse SA, Causing LA, Mulligan ME, Light RW:  Serial pleural fluid analysis in a new experimental model of empyema.  Chest 1996; 109:1043-1048.

193. Light RW:  Avances en el manejo del derrame pleural paraneumonico.  Arch Bronconeumol 1996; 32:319-320.

194. Xie C, Zhongsheng R, Zhiping L, Yinshuo Y, Light RW: Measurements of membrane diffusing capacity and pulmonary capillary blood volume in normal subjects and

patients with mild emphysema. Chinese Med J 1996; 109:840-847.

195. Xie C, Rong Z, Li Z, Yan I, Light RW: The normal values of pulmonary membrane conductance and capillary blood volume in adults in Guangdong, China. Natl Med J China 1996; 76:61-62.

196. Light RW: Diagnostic principles in pleural disease. Europ Respir J 1997; 10:476-481.

197. Light RW: Pneumothorax in the ICU: Who is at risk and what can be done. J Crit Ill 1997; 12:77- 85.

198. Marchi E, Vargas FS, Teixeira LR, Fagundes DJ, Silva LMMF, Carmo AO, Light RW: Comparison of nitrogen mustard, cytarabine and dacarbazine as pleural sclerosing agents in rabbits. Eur Respir J 1997; 10:598-602.

199. Light RW, Vargas FS: Pleural sclerosis for the treatment of pneumothorax and pleural effusion. Lung 1997; 175:213-223.

200. Sasse S, Nguyen TK, Mulligan M, Wang N-S, Mahutte CK, Light RW: The effects of early chest tube placement on empyema resolution. Chest 1997; 111:1679-1683.

201. Light RW: Diseases of the pleura. The Management of Pneumothorax. Current Opinion Pulm Med 1997; 3:303-304.

202. Berry RB, McNellis MI, Kouchi K, Light RW: Upper airway anesthesia reduces phasic genioglossus activity during sleep apnea. Am J Respir Crit Care Med 1997; 156:127-132.

203. Light RW, Hamm H: Malignant pleural effusion: would the real cause please stand up? Eur Respir J 1997; 10:1701-1702.

204. Milanez Campos JR, Werebe EC, Vargas FS, Jatene FB, Light RW: Respiratory failure due to insufflated talc. Lancet 1997; 349:251-252.

205. Hamm H, Light RW: The pleura: the outer space of pulmonary medicine. Europ Respir J 1997; 10:2-3.

206. Vargas FW, Terra-Filho M, Hueb W, Teixeira LR, Cukier A, Light RW: Pulmonary function after coronary artery bypass surgery. Resp Med 1997; 91:629-633.

207. Hamm H, Light RW: Parapneumonic effusion and empyema. Eur Respir J 1997; 10:1150-1156.

208. Light RW, Hamm H: Pleural disease and the acquired immune deficiency syndrome. Eur Respir J 1997; 10:2638 - 2643.

209. Xie C, McGovern J, Wu W, Wang N-S, Light RW: Comparisons of pleurodesis induced

by talc with or without thymol iodide in rabbits. Chest 1998; 113:795-799.

210. Xie C, Teixeira LR, McGovern JP, Light RW: Systemic corticosteroids decrease the effectiveness of talc pleurodesis. Am J Respir Crit Care Med 1998; 157:1441-1444.

211. Rodriguez RM, Light RW: Pulse oximetry in the ICU: Uses, benefits, limitations. J Crit Ill 1998; 13:247-253.

212. Vargas FS, Teixeira LR, Antonangelo L, Silva LMMF, Strunz CMC, Light RW: Acute and chronic pleural changes after the intrapleural instillation of mitoxantrone in rabbits. Lung 1998; 176:227-236.

213. Light RW, Rodriguez RM: Management of parapneumonic effusions. Clin Chest Med 1998; 19:373-382.

214. Rodriguez RM, Light RW: Capnography in the ICU. When and how to monitor carbon dioxide levels noninvasively. J Crit Illness 1998; 13:372-378.

215. Xie C, Teixeira LR, Wang N-S, McGovern JP, Light RW: Serial observations after high dose talc slurry in the rabbit model for pleurodesis. Lung 1998; 176:299-307.

216. Wu W, Teixeira LR, Light RW: Doxycycline pleurodesis in rabbits. Comparison of results with and without chest tube. Chest 1998; 114:563-568.

217. Marel M, Skácel Z, Bednár M, Julák J, Light RW: Corynebacterium parvum, bleomycin and talc in the treatment of malignant pleural effusions. J Buon 1998; 1:165-170

218. Light RW: The management of parapneumonic effusion and empyema. Current Opin Pulmon Med 1998; 4:227-229.

219. Rodriguez RM, Light RW: Pleural effusions: guidelines for identifying the cause. J Crit Ill 1998; 13:670-675.

220. Xie C, Teixeira LR, McGovern JP, Light RW: Effect of pneumothorax on pleurodesis induced with talc in rabbits. Chest 1998; 114:1143-1146.

221. Light RW: Establishing the diagnosis of tuberculous pleuritis. Arch Intern Med 1998; 158:1967-1968.

222. Cheng D-S, Rodriguez RM, Rogers J, Wagster M, Starnes DL, Light RW: Comparison of pleural fluid pH values obtained using blood gas machine, pH meter, and pH indicator strip. Chest 1998; 114:1368-1372.

223. Teixeira LR, Vargas FS, Carmo AO, Silva LMMF, Marchi E, Light RW: Effectiveness of ethanolamine oleate as a pleural sclerosing agent in rabbits. Respiration 1998; 65:304-308.

224. Rodriguez RM, Light RW: Pleural effusions: guidelines for identifying the cause. J Crit III 1998; 13:670-675.

225. Light RW: Closed Needle Biopsy of the Pleura is a Valuable Diagnostic Procedure. Con Closed Needle Biopsy. J Bronchol 1998; 5:332-336

226. Light RW, Ferrer, J: Diagnostico de la pleuritis tuberculosa. Archiv Bronchoneumol 1999; 35:105-107.

227. Light RW, Rogers JT, Cheng D-S, Rodriguez RM, Cardiovascular Surgery Associates. Large pleural effusions occurring after coronary artery bypass grafting. Ann Intern Med 1999; 130:891-896.

228. Light RW, Peng M-J, Stansbury DW, Sassoon CSH, Despars JA, Mahutte CK: Effects of sodium bicarbonate administration on the exercise tolerance of normal subjects breathing through dead space. Chest 1999; 115:102-108.

229. Light RW: Useful tests on the pleural fluid in the management of patients with pleural effusions. Curr Opin Pul Med 1999; 5:245-249.

230. Niewoehner DE, Erbland ML, Deupree RH, Collins D, Gross NJ, Light RW, Anderson P, Morgan NA: Effect of systemic glucocorticoids on exacerbations of chronic obstructive pulmonary disease. N Engl J Med 1999; 340:1941-1947.

231. Cheng C-S, Rodriguez RM, Perkett EA, Rogers J, Bienvenu G, Lappalainen U, Light RW: Vascular endothelial growth factor in pleural fluid. Chest 1999; 115:760 - 765.

232. Lee YC (Gary), McGrath GB, Chin WS, Light RW: Contralateral tension pneumothorax following unilateral chest tube drainage of bilateral pneumothoraces in a heart-lung transplant patient. Chest 1999; 116:1131-1133.

233. Rodriguez RM, Moyers JP, Light RW: A guide to chest radiography in the ICU. J Crit Illness 1999; 14:538 - 549.

234. Putnam JB, Light RW, Rodriguez MR, et al. A randomized comparison of indwelling pleural catheter and doxycycline pleurodesis in the management of malignant pleural effusions. Cancer 1999; 86:1992-1999.

235. Sasse S, Nguyen T, Teixeira LR, Light RW: the utility of daily therapeutic thoracentesis for the treatment of early empyema. Chest 1999; 116:1703 - 1708.

236. Light RW: Il Sistema Pleurx. Quaderni Di Toracoscopia. La Pleurodesi. pp 139 - 142, 1999

237. Miller EJ, Kajikawa O, Pueblitz Light RW, Koenig KK, Idell S: Chemokine involvement

in tetracycline-induced pleuritis. Eur Respir J 1999; 14:1387-1393

238.  Light RW. Nguyen T, Mulligan ME, Sasse SA: The in vitro efficacy of varidase versus streptokinase or urokinase for liquefying thick purulent exudative material from loculated empyema. Lung 2000; 178:13 - 18.

239.  Cheng D-S, Rogers J, Wheeler A, Parker R, Teixeira L, Light RW: The effects of intrapleural polyclonal anti-tumor necrosis factor alpha (TNF$_{\text{II}}$) Fab fragments on pleurodesis in rabbits. Lung 2000; 178:19 - 30.

240.  Sadikot RT, Fredi JL, Light RW: A 43-year-old man with a large recurrent right-sided pleural effusion. Chest 2000; 117:1191 - 1194.

241.  Teixeira LR, Sasse SA, Villarino MA, Nguyen T, Mulligan ME, Light RW: Antibiotic levels in empyemic pleural fluid. Chest 2000;117:1734 - 1739.

242.  Light RW, Cheng D-S, Lee YC, Rogers J, Davidson J, Lane KB: A single intrapleural injection of transforming growth factor-$\beta_2$ produces excellent pleurodesis in rabbits. Am J Respir Crit Care Med 2000; 162:98-104.

243.  Light RW: Diseases of the pleura: the use of talc for pleurodesis. Curr Opin Pulmon Med 2000; 6:255-258.

244.  Lee YCG, Light RW, Musk AW: Management of malignant pleural mesothelioma: a critical review. Curr Opin Pulmon Med 2000; 6:267-274.

245.  Light RW: Recent advances in pleural disease. Inspiration (Singapore) 2000; 6:2-5.

246.  Light RW. Management of pleural effusions. J Formos Med Assoc 2000;99:523-31.

247.  Vargas FS, Teixeira LR, Vaz MAC, Carmo AO, Marchi E, Cury PM, Light RW: Silver nitrate is superior to talc slurry in producing pleurodesis in rabbits. Chest 2000; 118:808-813.

248.  Colice GL, Curtis A, Deslauriers J, Heffner J, Light RW, Littenberg B, Sahn S, Weinstein RA, Yusen RD. Medical and surgical treatment of parapneumonic effusions: An evidence-based guideline. Chest 2000;118:1158 - 1171.

249.  Sadikot RT, Rogers JT, Cheng D-S, Moyers P, Rodriguez M, Light RW: Pleural fluid characteristics of patients with symptomatic pleural effusion after coronary artery bypass graft surgery. Arch Intern Med 2000; 160:2665-2668.

250.  Lee YC (Gary), Lane KB, Parker RB, Ayo D-S, Rogers JT, Diters RW, Thompson PJ, Light RW: Transforming growth factor$\beta_2$ (TGF-$\beta_2$) produces effective pleurodesis in sheep with no systemic complications. Thorax 2000; 55:1058-1062.

251. Light RW: Management of pleural effusions.  J Formos Med Assoc 2000; 99:523-531.

252. Light RW: Talc should not be used for pleurodesis.  Am J Respir Crit Care Med 2000; 162:2023-2026.

253. Cheng D-S, Lee YC, Rogers JT, Perkett EA, Moyers JP, Rodriguez RM, Light RW. Vascular Endothelial Growth Factor Level Correlates With Transforming Growth Factor-$\beta$ Isoform Levels in Pleural Effusions. Chest 2000;118:1747-1753.

254. Light RW, Porcel JM: Derrame pleural paraneumonico y empiema.  Med Clin (VARC 2000; 384-391.

255. Vaz MA, Teixeira LR, Vargas FS, Carmo AO, Antonangelo L, Onishi R, Light RW: Relationship between pleural fluid and serum cholesterol levels.  Chest 2001;119:204 - 210.

256. Branca P, Rodrguez RM, Rogers JT, Ayo DS, Moyers JP, Light RW: Routine measurement of pleural fluid amylase is not indicated.  Arch Intern Med 2001; 161:228-232.

257. Branca P, McGaw P, Light RW: Factors associated with prolonged mechanical ventilation following coronary artery bypass surgery.  Chest 2001; 119:537-546.

258. Baumann MH, Strange C, Heffner JE, Light RW, Kirby TJ, Klein J, Luketich JD, Panacek EA, Sahn SA: Management of spontaneous pneumothorax: An American College of Chest Physicians Delphi Consensus Statement.  Chest 2001; 119:590-602.

259. Lee YC (Gary), Lane KB, Light RW: Coulter counter registers talc particles as leukocytes.  Chest 2001; 119:669-670.

260. Lee YCG, Teixeira LR, Devin CJ, Vaz MA, Vargas FS, Thompson PJ, Lane KB, Light RW Transforming Growth Factor-beta(2) Induces Pleurodesis Significantly Faster than Talc. Am J Respir Crit Care Med 2001;163:640-644

261. Mohamed KH, Mobasher MT, Yousef AI, Salah A, E-Naggar IZ, Ghoneim AHA, Light RW:  BAL neopterin.  A novel marker for cell-mediated immunity in patients with pulmonary tuberculosis and lung cancer.  Chest 2001; 119:776-780.

262. Lee YC (Gary), Vaz MAC, Ely KA, McDonald EC, Thompson PJ, Nesbitt JC, Light RW: Symptomatic persistent post-coronary artery bypass graft pleural effusions requiring operative treatment.  Clinical and histologic features.  Chest 2001; 119:795-800.

263. Light RW: Pleural effusion: diagnosis and management of causative disorders. Hospital Physician Board Review Manual.  2001; 8:1-12.

264. Mohamed KH, Mobasher AA, Yousef AI, Salah A, Ramadan MA, Eman A-K, Alhayawan HM, Light RW: Pleural lavage: A novel diagnostic approach for diagnosing exudative pleural effusion. Lung 2000; 178; 371-379.

265. Vargas FS, Teixeira LR, Antonangelo L, Vas MAC, Carmo AO, Marchi E, Light RW: Experimental pleurodesis in rabbits induced by silver nitrate or talc: 1-year follow-up. Chest 2001; 119:1516-1520.

266. de Campos JRM, Vargas FS, Werebe EC, Cardoso P, Teixeira LR, Jatene FB, Light RW: Thoracoscopy talc poudrage. A 15-year experience. Chest 2001; 119:801-806.

267. Ferrer J, Villarino MA, Tura JM, Traveria A, Light RW: Talc preparations used for pleurodesis vary markedly from one preparation to another. Chest 2001; 119:1901-1905.

268. Lee YC, Rodriguez RM, Lane KB, Light RW: Pleurodesis for recurrent pleural effusions in the new millennium. Recent Advan Research Updates 2001; 2:79-89.

269. Light RW: Pleural effusion due to pulmonary emboli. Current Opin Pulmon Med 2001; 7:198-301.

270. Lee YCG, Devin CJ, Teixeira LR, Rogers JT, Thompson PJ, Lane KB, Light RW: Transforming growth factor $\beta_2$ induced pleurodesis is not inhibited by corticosteroids. Thorax 2001:56:643-648.

271. Lee YCG, Rogers JT, Rodriguez RM, Miller KD, Light RW: Adenosine deaminase levels in nontuberculous lymphocytic pleural effusions. Chest 2001; 120:356-361.

272. Light RW. Pleural effusions following cardiac injury and coronary artery bypass graft surgery. Sem Respir Crit Care Med 2001; 22:657-64.

273. Ghio AJ, Roggli V, Light RW. Talc should not be used for pleurodesis in patients with nonmalignant pleural effusions. Am J Respir Crit Care Med 2001;164:1741. (LTE)

274. Lee YCG Malkerneker D, Devin CJ, Thompson PJ, Johnson JE, Lane KB, Light RW. Comparing transforming growth factor beta-2 and fibronectin as pleurodesing agents. Respirology 2001; 6:182-6.

275. Lee YCG, Malkerneker D, Thompson PJ, Light RW, Lane KB: Transforming growth factor $\beta$ induces vascular endothelial growth factor elaboration from pleural mesothelial cells in vivo and in vitro. Am J Respir Crit Care Med 2002, 165:88-94.

276. Teixeira LR, Wu W, Cheng D-S, Light RW: The effect of corticosteroids on pleurodesis induced by doxycycline in rabbits. Chest 2002; 121:216-219.

277. Lee YCG, Light RW: How does pleurodesis affect lung function? J Respir Dis 2001; 22:706.

278. Cheng D, Xie C, Light RW. [The effects of intrapleural anti-TNF alpha antibody on chemical pleurodesis induced by talc slurry or doxycycline.] Zhonghua Jic He He Hu Xi Za Zhi 2002; 24:25-8.

279. Jimenez D, Perez-Rodriguez E, Diaz G, Fogue L, Light RW. Determining the optimal number of specimens to obtain with needle biopsy of the pleura. Respir Med 2002;96:14-7.

280. Light RW: Manual aspiration: The preferred method for managing primary spontaneous pneumothorax? Am J Respir Crit Care Med 2002; 165:1202-1203.

281. Light RW: Pleural effusion. N Engl J Med 2002; 346:1971-1977.

282. Light RW: Pleural effusions after coronary artery bypass graft surgery. Current Opin Pulmon Med 2002; 8:308-311.

283. Lee YC (Gary), Yasay JR, Johnson JE, Parker RE, Thompson PJ, Lane KB, Light RW: Comparing transforming growth factor- $2, talc bleomycin as pleurodesing agents in sheep. Respirology 2002; 7:209-216.

284. Mohamed KH, Abdelhamid AI, Lee YC (Gary), Lane KB, Conner B, Hawthorned M, Light RW: Pleural fluid levels of Interleukin-5 and eosinophils are closely correlated. Chest 2002; 122:567-580.

285. Olivares-Torres CA, Laniado-Laborin R, Chavez-Garcia C, Leon-Gastelum C, Reyes-Escamilla A, Light RW: Iodopovidone pleurodesis for recurrent pleural effusion. Chest 2002; 122:581-583.

286. Light RW: Diagnostic approach in a patient with pleural effusion. Europ Respir Mono 2002; 7:(monograph 22)131-145.

287. Ferrer J, Montes JF, Villarino MA, Light RW, Garcia-Valero J: Influence of particle size on extrapleural talc dissemination after talc slurry pleurodesis. Chest 2002; 122:108-1027.

288. Vargas FS, Uezumi KK, Janete FB, Terra-Filho M, Hueb W, Cukier A, Light RW. Acute pleuropulmonary complications detected by computed tomography following myocardial revascularization. Rev Hosp Clin Fac Med s Paulo 2002; 57:135-142.

289. Light RW. Pleural Effusion. (LTE). N Engl J Med 2002; 347:1287.

290. Light RW. Talc for pleurodesis? Chest 2002; 122:1506 - 1508.

291. Light RW. Is talc indicated for pleurodesis? Con: Talc should not be used for pleurodesis. J Bronchology 2002; 9:228-231.

292. Light RW, Rogers JT, Moyers JP, Lee YCG, Rodriguez RM, Alford WC Jr, Hoff SJ, Lea JW IV, Nesbitt JC, Petracek MR, Starkey TD. Stoney WS, Tedder M: Prevalence and clinical course of pleural effusions at 30 days after coronary artery and cardiac surgery. Am J Respir Crit Care Med 2002; 166:1563 - 1566.

293. Devin CJ, Lee YC, Light RW, Lane KB. Pleural space as a site of ectopic gene delivery: transfection of pleural mesothelial cells with systemic distribution of gene product. Chest 2003;123:202-8.

294. Light RW. Update: Management of the difficult to diagnose pleural effusion. Clin Pulmon Med 2003; 10:39-46.

295. Light RW. What is the best way to manage parapneumonic effusions? Internat Pleural Newsletter 2003; 1:1-2.

296. Jones PW, Moyers JP, Rogers JT, Rodriguez RM, Lee YC (Gary), Light RW: Ultrasound-guided thoracentesis. Is it a safer method? Chest 2003; 123:418-423.

297. Fussell KM, Ayo DS, Branca P, Rogers JT, Rodriguez RM, Light RW: Assessing need for long-term oxygen therapy: A comparison of conventional evaluation and measures of ambulatory oximetry monitoring. Respir Care 2003; 48:115-119.

298. Jimenez Castro D, Diaz Nuevo G, Perez-Rodriguez E, Light RW. Diagnostic value of adenosine deaminase in nontuberculous lymphocytic pleural effusions. Eur Respir J 2003;21:220-4.

299. Conner BD, Lee YC (Gary), Branca P, Rogers JT, Rodriguez RM, Light RW: Variations in pleural fluid WBC count and differential counts with different sample containers and different methods. Chest 2003; 123:1181-1187

300. Light RW: Pleurodese: qual agente deve ser utilizado? (Editorial) J Pneumol 2003; 29:53-54

301. Jimenez Castro D, Diaz G, Perez-Rodriguez E, Light RW: Prognostic features of residual pleural thickening in parapneumonic pleural effusions. Europ Respir J 2003; 21:952-955

302. Light RW. Pleural Disease (Editorial Overview). Curr Opin Pulmon Med 2003; 9:251-253.

303. Kalomenidis I, Light RW. Eosinophilic pleural effusions. Curr Opin Pulm Med 2003;

9:254-260.

304. Kalomenidis I, Light RW. How to approach a paitent with an eosinophilic pleural effusion. J Respir Dis 2003; 24:247-

305. Kalomenidis I, Mohamed KH, Lane KB, Peebles RS, Barnette R, Rodriguez RM, Light RW. Pleural fluid levels of vascular cell adhesion molecule-1 are elevated in eosinophilic pleural effusions. Chest 2003;124:159-66.

306. Kalomenidis I, Rodriguez M, Barnette R, Gupta R, Hawthorne M, Parkes KB, Light RW. Patient with bilateral pleural effusion: are the findings the same in each fluid? Chest 2003;124:167-76.

307. Lee YC, Lane KB, Zola O, Thompson PJ, Light RW, Blackwell TS: Transforming growth factor-$ induces collagen synthesis without inducing IL-8 production in mesothelial cells. Eur Respir J 2003; 22:197-202.

308. Light RW: Update: Management of Parapneumonic Effusions. Clin Pulmon Med 2003; 10:336-342.

309. Lee YC, Baumann MH, Maskell NA, Waterer GW, Eaton TE, Davies RJ, Heffner JE, Light RW. Pleurodesis practice for malignant pleural effusions in five english-speaking countries: survey of pulmonologists. Chest. 2003;124:2229-38.

310. Light RW: The management of parapneumonic effusions and empyema. Pneumon 2003; 15:127-132

311. Kalomenidis I, Lane K, Blackwell TS, Guo Y, Light RW: Mice are resistant to the induction of a pleurodesis. Chest 2003; 124:2407.

312. Bilaceroglu S, Mehta A, Light RW: Transbronchial needle aspiration for diagnosis of sarcoidosis. J Bronchol 2004; 11:54-61.

313. Lee YC (Gary), Light RW: Adenosine deaminase for lymphocytic pleural effusions. Internat Pleural Newsletter 2004; 2:5-6.

314. Light RW, Nemcek AA Jr, Thommi G: Advancements in the use of fibrinolytic therapy in the treatment of pleural effusion. Clinician 2004; 22:1-16.

315. Lee YC (Gary), Light RW: Management of malignant pleural effusions. Respirology 2004; 9:148-156.

316. Marchi E, Vargas FS, Acencio MMP, Antonangelo L, Teixeira LR, Genofre EH, Light RW: Talc and silver nitrate induce systemic inflammatory effects during the acute phase of experimental pleurodesis in rabbits. Chest 2004; 125:2268-2277.

317.    Kalomenidis I, Light RW: Pathogenesis of the eosinophilic pleural effusions. Cur Opin Pulmon Med 2004; 10:289-293.

318.    Erkan L, Findik S, Uzun O, Atici AG, Light RW: A new radiologic appearance of pulmonary thromboembolism: Multiloculated pleural effusions. Chest 2004; 126:298-302.

319.    Bilaceroglu S, Mehta AC, Light RW. Transbronchial needle aspiration. Asian-Pacific Experience. J Bronchol 2004; 11:206 - 214.

320.    Liapakis IE, Kottakis I, Tzatzarakis MN, Tsatsakis AM, Pitiakoudis MS, Ypsilantis P, Light RW, Simopoulos CE, Bouros DE. Penetration of newer quinolones in the empyema fluid. Eur Respir J 2004; 24:466-770.

321.    Porcel JM, Light RW: Thoracentesis. Physicians' Information and Education Resource. Am College Physicians, 2004

322.    Light RW, Dikensoy O: A grocery store item for pleurodesis? J Bronchol 2004; 1:223-225.

323.    Miller KD, Barnette R, Light RW. Stability of adenosine deaminase during transportation. Chest 2004;126:1933-7.

324.    Light RW. Tumor markers in undiagnosed pleural effusions. Chest 2004;126:1721-2.

325.    Lee YC, Knight DA, Lane KB, Cheng DS, Koay MA, Teixeira LR, Nesbitt JC, Chambers RC, Thompson PJ, Light RW. Activation of Proteinase Activated Receptor-2 in Mesothelial Cells Induces Pleural Inflammation. Am J Physiol Lung Cell Mol Physiol. 2004; 288:734-740

326.    Light RW. Indwelling catheter for malignant effusions. Internat Pleural Newsletter 2005; 3:3-4.

327.    Dikensoy O, Light RW. [Indwelling catheter for the management of malign pleural effusions.] Tuberk Toraks. 2005;53:119-130.

328.    Dikensoy E, Dikensoy O, Graves C, Light RW. [Heparin induced thrombocytopenia: how to manage when the patient is pregnant?] [Article in Turkish]. Tuberk Toraks. 2005;53:113-118.

329.    Kalomenidis I, Guo Y, Lane KB, Hawthorne M, Light RW. Transforming Growth Factor-{beta}3 Induces Pleurodesis in Rabbits and Collagen Production of Human Mesothelial Cells. Chest 2005;127:1335-40.

330.    Kalomenidis I, Light RW, Lee YCG. Transforming growth factor-beta: A potential new

agent for pleurodesis. Drug Design Rev 2005; 2:47-51.

331. Liapakis IE, Light RW, Pitiakoudis MS, Karayiannakis AJ, Glamarellos-Bourboulis EJ, Ismailos G, Anagnostoulis S, Simopoulos CE, Bouros DE. Penetration of clarithromycin in experimental pleural empyema model fluid. Respiration 2005; 72:296-300.

332. Dikensoy O, Light RW. Alternative widely available, inexpensive agents for pleurodesis. Curr Opin Pulm Med 2005;11:340-344.

333. Guo Y, Xie C, Rodriguez RM, Light RW. Factors related to recurrence of spontaneous pneumothorax. Respirology 2005; 10:379-384

334. Kalomenidis I, Stathopoulos GT, Barnette R, Guo Y, Peebles RS, Blackwell TS, Light RW. Eotaxin-3 and interleukin-5 pleural fluid levels are associated with pleural fluid eosinophilia in post-coronary artery bypass grafting pleural effusions. Chest 2005;127:2094-100.

335. Marchi E, Vargas FS, Teixeira LR, Acencio MM, Antonangelo L, Light RW. Intrapleural low-dose silver nitrate elicits more pleural inflammation and less systemic inflammation than low-dose talc. Chest 2005;128:1798-804.

336. Guo YB, Kalomenidis I, Hawthorne M, Parman KS, Lane KB, Light RW. Pleurodesis is inhibited by anti-vascular endothelial growth factor antibody. Chest 2005;128:1790-7.

337. Zhu Z, Donnelly E, Dikensoy O, Misra H, Bilaceroglu S, Lane KB, Light RW. Efficacy of ultrasound in the diagnosis of pleurodesis in rabbits. Chest 2005;128:934-9.

338. Paschoalini Mda S, Vargas FS, Marchi E, Pereira JR, Jatene FB, Antonangelo L, Light RW. Prospective randomized trial of silver nitrate vs talc slurry in pleurodesis for symptomatic malignant pleural effusions. Chest 2005;128:684-9.

339. Jimenez Castro D, Diaz Nuevo G, Sueiro A, Muriel A, Perez-Rodriguez E, Light RW. Pleural fluid parameters identifying complicated parapneumonic effusions. Respiration 2005;72:357-64.

340. Jimenez D, Diaz G, Gil D, Cicero A, Perez-Rodriguez E, Sueiro A, Light RW. Etiology and prognostic significance of massive pleural effusions. Respir Med 2005;99:1183-7.

341. Zhu Z, Barnette RK, Fussell KM, Michael Rodriguez R, Canonico A, Light RW. Continuous oxygen monitoring-a better way to prescribe long-term oxygen therapy. Respir Med 2005;99:1386-1392.

342.   Kalomenidis I, Guo Y, Peebles RS, Lane KB, Papiris S, Elias J, Light RW. Pneumothorax-associated pleural eosinophilia in mice is interleukin-5 but not interleukin-13 dependent. Chest 2005;128:2978-83.

343.   Stathopoulos GT, Zhu Z, Everhart MB, Kalomenidis I, Lawson WE, Bilaceroglu S, Peterson TE, Mitchell D, Yull FE, Light RW, Blackwell TS. Nuclear Factor-{kappa}B Affects Tumor Progression in a Mouse Model of Malignant Pleural Effusion. Am J Respir Cell Mol Biol. 2006; 34:142 Oct 6; [Epub ahead of print]

344.   Xie C, Huang JQ, Light RW. The effects of erythromycin on the viability and the secretion of TNF-alpha and TGF-beta1 and expression of connexin43 by human pleural mesothelial cells. Respirology 2005;10:567-71

345.   Bilaceroglu S, Guo Y, Hawthorne ML, Zhu Z, Stathopoulos GT, Lane KB, Light RW. Oral forms of tetracycline and doxycycline are effective in producing pleurodesis. Chest. 2005;128:3750-6.

346.   Dikensoy O, Zhu Z, Donnelly E, Stathopoulos GT, Lane KB, Light RW. Combination therapy with intrapleural doxycycline and talc in reduced doses is effective in producing pleurodesis in rabbits. Chest 2005;128:3735-42.

347.   Bouros D, Antoniou KM, Light RW. Intrapleural streptokinase for pleural infection. BMJ 2006; 332:133-4

348.   Dikensoy O, Stathopoulos GT, Zhu Z, Light RW. D-dimer levels in pleural effusions. Respir Med. 2006 Jan 18;

349.   Porcel JM, Light RW. Diagnostic approach to pleural effusion in adults. Am Fam Physician 2006; 73:1211-20.

350.   Light RW. Parapneumonic effusions and empyema. Proc Am Thorac Soc 2006; 3:75-80.

351.   Rice TW, Rodriguez RM, Light RW. The superior vena cava syndrome. Clinical characteristics and evolving etiology. Medicine 2006; 85:37-42

352.   Light RW. Pleural Diseases in Pregnancy. Internat Pleural Newsletter 2006; 4:6-7.

353.   Guo YB, Xie CM, Light RW.[Effect of anti-vascular endothelial growth factor antibody on pleurodesis induced by transforming growth factor-beta or doxycycline in rabbits] [Article in Chinese]. Zhonghua Jie He He Hu Xi Za Zhi. 2006;29:39-43.

354.    Porcel JM, Pena JM, Vicente de Vera C, Esquerda A, Vives M, Light RW. Bayesian analysis using continuous likelihood ratios for identifying pleural exudates. Respir Med. 2006; 100:1960-1965.

355.    Rice TW, Rodriguez RM, Barnette R, Light RW. Prevalence and characteristics of pleural effusions in superior vena cava syndrome. Respirology. 2006;11:299-305.

356.    Kalomenidis I, Kollintza A, Sigala I, Papapetropoulos A, Papiris S, Light RW, Roussos C. Angiopoietin-2 levels are elevated in exudative pleural effusions. Chest 2006;129:1259-66.

357.    Zhu Z, Hawthorne ML, Guo Y, Drake W, Bilaceroglu S, Misra HL, Light RW. Tissue plasminogen activator combined with human recombinant deoxyribonuclease is effective therapy for empyema is a rabbit model. Chest 2006; 129:1577-1583.

358.    Light RW. The undiagnosed pleural effusion. Clin Chest Med 2006; 27:309-319.

359.    Kalomenidis I, Stathopoulos GT, Barnette R, Papiris S, Blackwell TS, Roussos C, Light RW. Vascular endothelial growth factor levels in post-CABG pleural effusions are associated with pleural inflammation and permeability. Respir Med 2007; 101:223-229.

360.    Findik S, Erkan L, Light RW. Iatrogenic bilateral pneumothorax following unilateral transbronchial lung biopsy. Br J Radiol 2006; 79:e22-4

361.    Dikensoy O, Zhu Z, Na MJ, Liao H, Donnelly E, Light RW. Intrapleural heparin or heparin combined with human recombinant DNase is not effective in the treatment of empyema in a rabbit model. Respirol 2006; 11:755-760.

362.    Ely EW, Girard TD, Shintani AK, Jackson JC, Gordon SM, Thomason JW, Pun BT, Canonico AE, Light RW, Pandharipande P, Laskowitz DT. Apolipoprotien E4 polymorphism is a genetic predisposition to delirium in critically ill patients. Crit Care Med 2007; 35:112-7

363.    Liao H, Goo Y, Na JM, Lane KB, Light RW. The short-term administration of Ketoprofen does not decrease the effect of pleurodesis induced by talc or doxycycline in rabbits. Respir Med 2007; 101:963-968.

364.    Dikensoy O, Light RW. Diagnosing empyema in children. Am J Respir Crit Care Med 2007; 175:94-95

365.  Lee YC (Gary), Light RW.  Diagnosis pleural effusion.  Moving beyond transudate-exudate separation.  Chest 2007; 131:942-943.

366.  Porcel JM, Madronero AB, Pardina M, Vives M, Esquerda A, Light RW.  Analysis of pleural effusions in acute pulmonary embolism:Radioglocial and pleural fluid data from 230 patients.  Respirol 2007; 12:234-239.

367.  Porcel JM, Ordi-Ros J, Esquerda A, Vives M, Madronero AB, Bielsa S, Vilardell-Tarres M, Light RW.  Antinuclear antibody testing in pleural fluid for the dianosis of lupus pleuritis.  Lupus 2007; 16:25-27.

368.  Baumann MH, Nolan R, Petrini M, Lee YC, Light RW, Schneider E.  Pleural tuberculosis in the United States: incidence and drug resistance. Chest 2007;131:1125-32.

369.  Stashenko GJ, Robichaux A, Lee YC, Sanders JR, Roselli RJ, Light RW.  Pleural fluid exchange in rabbits. Respirology 2007;12:495-9.

370.  Marchi E, Vargas FS, Acencio MM, Teixeira LR, Antonangelo L, Lee YC, Light RW. Pleurodesis: A novel experimental model.  Respirology 2007; 12:500-504.

371.  Stathopoulos GT, Kollintza A, Moschos C, Psallidas I, Sherrill TP, Pitsinos EN, Vassiliou S, Karatza M, Papiris SA, Graf D, Orphanidou D, Light RW, Roussos C, Blackwell TS, Kalomenidis I. Tumor Necrosis Factor-{alpha} Promotes Malignant Pleural Effusion.  Cancer Res. 2007;67:9825-34.

372.  Fremont RD, Milstone AP, Light RW, Ninan M. Chylothoraces after lung transplantation for lymphangioleiomyomatosis: review of the literature and utilization of a pleurovenous shunt. J Heart Lung Transplant. 2007;26:953-5.

373.  Misra H, Dikensoy O, Rodriguez RM, Bilaceroglu S, Wigger M, Aaron M, Light R. Prevalence of pleural effusions post orthotopic heart transplantation. Respirology. 2007 ;12:887-90.

374.  Light RW.  Pleural Effusions: The separation of transudates and exudates.  Egyptian J Bronchology 2007; 1:8-10.

375.  Girard TD, Kress JP, Fuchs BD, Thomason JW, Schweickert WD, Pun BT, Taichman DB,  Dunn JG, Pohlman AS, Kinniry PA, Jackson JC, Canonico AE, Light RW, Shintani AK,  Thompson JL, Gordon SM, Hall JB, Dittus RS, Bernard GR, Ely EW.

Efficacy and safety of a paired sedation and ventilator weaning protocol for mechanically ventilated patients in intensive care (Awakening and Breathing Controlled trial): a randomised controlled trial. Lancet. 2008;371(9607):126-34.

376.     Kalomenidis I, Moschos C, Kollintza A, Sigala I, Stathopoulos GT, Papiris SA, Light RW, Roussos C. Pneumothorax-associated pleural eosinophilia is tumour necrosis factor-alpha-dependent and attenuated by steroids. Respirology. 2008;13:73-78.

377.   Liao H, Na MJ, Dikensoy O, Lane KB, Randal B, Light RW. Diagnostic value of pleural fluid N-terminal pro-brain natriuretic peptide levels in patients with cardiovascular diseases. Respirology. 2008;13:53-57.

378.   Na MJ, Dikensoy O, Light RW. New trends in the diagnosis and treatment in parapneumonic effusion and empyema. Tuber Toraks Dergisi 2008; 56:113-120.

379.    Al-Halfawy A, Light R. Safety and efficacy of using a surgivac pump for the drainage of chronic indwelling pleural catheters in malignant pleural effusions. Respirology 2008;13:461-4.

380.   Katsenos S, Mermigkis C, Psathakis K, Tsintiris K, Polychronopoulos V, Panagou P, Ritis K, Light RW. Unilateral lymphocytic pleuritis as a manifestation of familial mediterranean Fever. Chest 2008;133:999-1001.

381.   Findik S, Erkan L, Light RW, Uzun O, Atici AG, Akan H. Massive Pulmonary Emboli and CT Pulmonary Angiography. Respiration. 2008 Jul 22.

382.   Porcel JM, Light RW. Pleural fluid analysis for evaluating pleural effusions. Current Respir Med Rev 2008; 4:216-224

383.   Light RW. Management of parapneumonic effusions. Egypt J Bronch 2008; 2:208-212

384.   Rojas-Solano JR, Light RW, Brenes-Dittel A. [Black pleural fluid.] Arch Bronconeumol. 2009;45:103-4.

385.   Moschos C, Psallidas I, Kollintza A, Karabela S, Papapetropoulos A, Papiris S, Light RW, Roussos C, Stathopoulos GT, Kalomenidis I. The angiopoietin/Tie2 axis mediates malignant pleural effusion formation. Neoplasia. 2009;11:298-304.

386.   Porcel JM, Light RW. Pleural effusions due to pulmonary embolism. Curr OpinPulm Med. 2008;14:337-42.

387.   Tang KJ, Robbins IM, Light RW. Incidence of Pleural Effusions in Idiopathic and Familial Pulmonary Arterial Hypertension Patients. Chest. 2009; 136:688-693.

388.   Krenke R, Nasilowski J, Korczynski P, Gorska K, Przybylowski T, Chazan R, Light RW. Incidence and etiology of eosinophilic pleural effusion. Eur Respir J. 2009 Apr 22. [Epub ahead of print]

389.   Heffner JE, Holgate ST, Chung KF, Niederman MS, Daley CL, Jett JR, Stradling JR, Wells AU, Light RW, Tapson VF, Hansell DM, Provonost PJ, Lee YC. Road ahead to respiratory health: Experts chart future research directions. Respirology. 2009 Feb 4.

390.   Light RW.  Does right heart failure cause pleural effusion?  Internat Pleural Newsletter 2009;7:13-14

391.   Marchi E, Vargas FS, Acencio MMP, Antonangelo L, Teixeira LR, Light RW.  Low doses of silver nitrate induce pleurodesis with a limited systemic response. Respirology 2009; 14:885-889.

392.    Light RW. Use of pleural fluid N-terminal-pro-brain natriuretic peptide and brain natriuretic peptide in diagnosing pleural effusion due to congestive heart failure. Chest. 2009;136:656-8.

393.   Tang KJ, Robbins IM, Light RW. Incidence of Pleural Effusions in Idiopathic and Familial Pulmonary Arterial Hypertension Patients. Chest. 2009; 136:688-93.

394.   Atici AG, Findik S, Light RW, Ozkaya S, Erkan L, Akan H. Vena caval thromboses. J Crit Care. 2009 Nov 13. [Epub ahead of print] PubMed PMID: 19914035.

395.   Idell S, Jun Na M, Liao H, Gazar AE, Drake W, Lane KB, Koenig K, Komissarov A, Tucker T, Light RW. Single-chain urokinase in empyema induced by Pasturellamultocida. Exp Lung Res. 2009;35:665-81.

396.   Porcel JM, Light RW. [Parapneumonic pleural effusions and empyema in adults:current practice.]. Rev Clin Esp. 2009 Nov;209(10):485-94. Spanish.

397.   Light RW.  Talc is not good for pleurodesis.  Plevra Bulteni 2009; 3:7-8.

398.   Skouras V, Awdankiewicz A, Light RW.  What size parapneumonic effusions should be sampled?  Thorax 2010; 65:91.

399.   Guo Y, Tang K, Bilaceroglu S, Kalomenidis I, Salleng KJ, Lane KB, Light RW. Iodopovidone is an effective as doxycycline in producing pleurodesis is rabbits. Respirol 2010; 15:119-125.

400.   Light RW.  The story behind Light's criteria.  Plevra Bulteni 2010; 4:17-18

401.   Light RW. Update on tuberculous pleural effusion. Respirology. 2010; 15:451-8.

402.   Brixey AG, Light RW. Pleural effusions due to dasatinib. Curr Opin Pulm Med. 2010; 16:351-356.

403.  Long AC, O'Neal HR Jr, Peng S, Lane KB, Light RW. Comparison of pleural fluid N-terminal pro-brain natriuretic peptide and brain natriuretic-32 peptide levels. Chest 2010; 137:1369-1374.

404.  Valdes L, San Jose ME, Pose A, Estavez JC, Gonzalez-Barcala FJ, Alvarez-Dobao JM, Light RW. Usefulness of Triglyceride Levels in Pleural Fluid. Lung. 2010; 188:483-489.

405.  Light RW. Pleural effusion in pulmonary embolism. Sem Respir Crit Care Med 2010; 716-722.

406.  Light RW. Management of parapneumonic effusions. J Clini Anal Med 2010; 1:48-51.

407.  Light RW. Pleural Controversy: Optimal Chest Tube Size for Drainage. Respirology. 2011; 16:244-8

408.  Luo YF, Robbins IM, Karatas M, Brixey AG, Rice TW, Light RW. Frequency of Pleural Effusions in Patients with Pulmonary Arterial Hypertension Associated with Connective Tissue Diseases. Chest. 2011; 140:42-47.

409.  Sevin CM, Light RW. Microscopic anatomy of the pleura. Thorac Surg Clin. 2011;21:173-5.

410.  Brixey AG, Light RW. Pleural effusions occurring with right heart failure. Curr Opin Pulm Med. 2011;17:226-31.

411.  Brixey AG, Luo Y, Skouras V, Awdankiewicz A, Light RW. The Efficacy of Chest Radiographs to Detect Parapneumonic Effusions. Respirology. 2011; 16:1000-1004.

412.  Marchi E, Vargas FS, Acencio MM, Sigrist RM, Biscaro MD, Antonangelo L, Teixeira LR, Light RW. Pro- and anti-inflammatory cytokines levels in complicated and non-complicated parapneumonic pleural effusions. Chest. 2012; 141:183-189.

413.  Dikensoy O, Celik N, Kul S, Gogebakan B, Bayram H, Light RW. Ischemia modified albumin in the differential diagnosis of pleural effusions. Respir Med. 2011 Aug 13. [Epub ahead of print]

414.  Light RW. Pleural effusions. Med Clin North Am. 2011;95:1055-70.

415.  Porcel JM, Civit MC, Bielsa S, Light RW. Contarini's syndrome: Bilateral pleural effusion, each side from different causes. J Hosp Med. 2011; 7:164-165.

416.  Krenke R, Light RW. Drug-induced eosinophilic pleural effusion. Eur Respir Rev. 2011;20 :300-1.

417.  Bielsa S, Porcel JM, Castellote J, Mas E, Esquerda A, Light RW. Solving the Light's criteria misclassification rate of cardiac and hepatic transudates. Respirology. 2012;

17:721-726.

418.    Light RW. Counterpoint: should thoracoscopic talc pleurodesis be the first choice management for malignant pleural effusion? No. Chest. 2012;142:17-9.

419.    Marchi E, Vargas FS, Takemura RL, Acencio MM, Antonangelo L, Teixeira LR, Light RW. Monoclonal antibodies anti-TGF$1 and anti-VEGF inhibit the experimental pleurodesis induced by silver nitrate. Growth Factors 2012; 30:304-309.

420.    Light RW. The blood patch technique for persistent airleaks. Bull Pleura 2012; 3:68-70.

421.    Yu J-Q, Tang K-J, Xu B-L, Xie C-M, Light RW. Pulmonary cryptococcosis in non-AIDS patients. Braz J Infect Dis 2012; 16:531-539.

422.    Porcel JM, Bielsa S, Morales-Rull JL, Civit C, Cao G, Light RW, Esquerda A. Comparison of pleural NT-proBNP, MR-proANP and MR-proADM for the diagnosis of pleural effusions associated with cardiac failure. Respirology. 2013; 18:540-545.

423.    Bielsa S, Palma R, Pardina M, Esquerda A, Light RW, Porcel JM. Comparison of polymorphonuclear- and lymphocyte-rich tuberculous pleural effusions. Int J Tuberc Lung Dis. 2013; 17:85-89.

424.    Light RW. Prologue: What I have learned in the past 40 years. Clin Chest Med 2013; ix.

425.    Light RW. The Light Criteria. The beginning and why they are useful 40 years later. Clin Chest Med 2013; 34:21-26.

426.    Porcel JM, Light RW: Pleural effusions. Dis Mon 2013; 59:29-57.

427.    Light RW. The management of malignant pleural effusions. Izmir Gogus Hastanesi Dergisi Cilt 2013; 23:69-73.

428.    Saraya T, Light RW, Takizawa H, Goto H. Black pleural effusion. Am J Med 2013; 126:641

1. Light RW: Diseases of the Pleura. Practice of Medicine, Hagerstown, Maryland; Harper and Row, 1972.

2. Light RW: Diseases of the Pleura. Practice of Medicine, Vol 5, Chapter 12. Hagerstown, Maryland; Harper and Row, 1972.

3. Jenkinson SG, Light RW: Management of surgical patients with chronic obstructive lung disease. Practice of Medicine, Vol 5, Chapter 6, Hagerstown, Maryland; Harper and Row, pp 1-9, 1978.

4. Light RW: Pulmonary function tests in chronic obstructive lung disease. Practice of Medicine, Vol 5, Chapter 3. Hagerstown, Maryland; Harper and Row, pp 1-9, 1978.

5. Girard WM, Light RW: Drug-induced pulmonary disease, Practice of Medicine, Vol 5, Chapter 18, Hagerstown, Maryland; Harper and Row, pp 1-12, 1979.

6. Light RW: Pleural effusions. In Bone RC (ed), Respiratory Disease Review, Vol I. New York, John Wiley and Sons, pp 319-330, 1981.

7. Light RW: Pleural effusions. In Bone RC (ed), Respiratory Disease Reviews. Vol II, New York, John Wiley and Sons, pp 319-330, 1981.

8. Minh VD, Light RW: Exercise testing and disability evaluation. In Spittel JA (ed), Clinical Medicine, Vol V, Chapter 48, New York, Harper and Row Publishers, pp 1-14, 1981.

9. Light RW: Pleural Effusions. In Bone RC (ed), Respiratory Disease Review, Vol III, New York, John Wiley and Sons, 353-369, 1982.

10. Light RW, Brown SE: Exercise and Exercise Testing. In Bone RC (ed), Respiratory Disease Reviews, Vol III. New York, John Wiley and Sons, pp 657-677, 1982.

11. Light RW: Mechanics of Respiration I. Statics of the Respiratory System. In George RB, Light RW, Matthay RA, (EDS), Chest Medicine. Churchill Livingstone, New York, 1983, pp 41-50.

12. Light RW: Mechanics of Respiration II. Dynamics of the Respiratory System. In George RB, Light RW, Matthay RA (eDS), Chest Medicine. Churchill Livingstone, New York, 1983, pp 51-66.

13. Light RW: Acid-Base Balance. In George RB, Light RW, Matthay RA (eDS), Chest Medicine. Churchill Livingstone, New York, 1983, pp 89-102.

14. Light RW: Exercise, Exercise Testing and Disability Evaluation. In George RB, Light RW, Matthay RA (eDS), Chest Medicine. Churchill Livingstone, New York, 1983, 185-204.

15. Light RW: Other Diagnostic Techniques. In George RB, Light RW, Matthay RA (eDS), Chest Medicine. Churchill Livingstone, New York, 1983, pp 203-228.

16. Light RW: Diseases of the Pleura. In George RB, Light RW, Matthay RA (eDS), Chest Medicine. Churchill Livingstone, New York, 1983, pp 515-542.

17. Light RW: Diseases of the Mediastinum, Chest Wall and Diaphragm. In George RB, Light RW, Matthay RA (eDS), Chest Medicine. Churchill Livingstone, New York, 1983, pp 543-566.

18. Light RW: Acute Respiratory Failure. In George RB, Light RW, Matthay RA (eDS), Chest Medicine. Churchill Livingstone, New York, 1983, pp 601-628.

19. Light RW: Pleural Disease. In Bone RC (ed), Respiratory Disease Reviews, Vol IV. New York, John Wiley and Sons, 1983, pp 475-489.

20. Brown SE, Light RW: Exercise and Exercise Testing. In Bone RC (ed), Respiratory Disease Reviews, Vol IV. New York, John Wiley and Sons, 1983, pp 337-354.

21. Light RW: Parapneumonic Effusions and Empyema. In Cherniack RM (ed), Current

Therapy of Respiratory Disease 1984-1985, B.C. Decker Inc, Philadelphia, 1984, pp 366-369.

22.    Michiels TM, Light RW: Mediastinal Masses and Other Diseases of the Mediastinum. In Spittel JA (ed). Clinical Medicine. volume V, Chapter 56, New York, Harper and Row, 1984, pp 1-20.

23.    Brown SE, Light RW: Exercise, Exercise Testing and Disability Evaluation. In Spittel JA (ed). Clinical Medicine. Volume V, Chapter 48, New York, Harper and Row, 1984, pp 1-17.

24.    Light RW: Pleural Disease. In Bone RE (ed), Respiratory Disease Reviews, Vol V. New York, John Wiley and Sons, l984, pp 501-519.

25.    Brown SE, Light RW: Exercise and Exercise Testing. In Bone RC (ed), Respiratory Disease Reviews, Vol V. New York, John Wiley and Sons, l984, pp 371-394.

26.    Light RW: Parapneumonic effusions and empyema. In Bayless TM, Brain MC, Cherniack RM (eDS), Current Therapy in Internal Medicine 1984-1985, pp 885-889.

27.    Girard WM, Light RW: Pulmonary Heart Disease. In Coodley EL (ed), Geriatric Heart Disease, Littleton, Massachusetts, PSG Publishing Company, Inc, 1985, pp 269-278.

28.    Light RW: Parapneumonic effusions and empyema. In Light RW (ed), Pleural Diseases, Clinics in Chest Medicine. W.B. Saunders Company, Philadelphia, 1985, pp 55-62.

29.    Brown SE, Light RW: Pleural effusion associated with pulmonary embolization. In Light RW (ed), Pleural Diseases, Clinics in Chest Medicine. W.B. Saunders Company, Philadelphia, 1985, pp 77-82.

30.    Light RW: Exudative pleural effusion secondary to gastrointestinal disease. In Light RW (ed), Pleural Diseases, Clinics in Chest Medicine. W.B. Saunders Company, Philadelphia, 1985, pp 103-112.

31.    Sassoon CS, Light RW: Chylothorax and pseudochylothorax. In Light RW (ed), Pleural Diseases, Clinics in Chest Medicine. W.B. Saunders Company, Philadelphia, 1985, pp 163-172.

32.    Light RW: Pleural Disease. In Bone RE (ed), Respiratory Disease Reviews, Vol VI. New York, John Wiley and Sons, 1985, pp 181-198.

33.    Light RW: Management of Pleural Effusions. In Chretein J (ed). Biological Responses of the Pleura in Health and Disease. Marcel Dekker and Co, New York, 1985, pp 789-809.

34.    Light RW: Pulmonary function tests in chronic obstructive lung disease. In Spittel JA (ed). Clinical Medicine. volume V, Chapter 30, New York, Harper and Row, 1985, pp 1-10.

35.    Light RW: Diseases of the pleura. In Spittel JA (ed). Clinical Medicine. Volume V, Chapter 47, New York, Harper and Row, 1985, pp 1-61.

36.    Brown SE, Light RW: COPD. In Matthay RA, Matthay MA, Wiedemann HP (eDS).Annual Review of Pulmonary and Critical Care Medicine 1986-1987, pp 57-63.

37.    Light RW: Conservative management of hypercapnic acute respiratory failure. In Pierson DJ (ed). Respiratory Intensive Care. Daedalus Enterprises, Inc, Dallas, Texas, 1986, pp 41-48.

38.    Light RW: Postoperative pleural effusion. In Pierson DJ (ed). Respiratory Intensive Care. Daedalus Enterprises, Inc, Dallas, Texas, 1986, pp 415-422.

39.    Light RW: Pleural effusions and empyema thoracis. In Rakel RE (ed). Conn's Current Therapy 1987. W. B. Saunders Company, Philadelphia, 1987, 138-141.

40.    Berry RB, Light RW: Chronic obstructive pulmonary disease. In Rakel RE (ed). Conn's Current Therapy 1988. W. B. Saunders Company, Philadelphia, 1988, 121-127.

41.    Light RW:  Disorders of the pleura:  General principles and diagnostic approach.  In Murray JF, Nadel JA (eDS).  Textbook of Respiratory Medicine.  W. B. Saunders Company, Philadelphia, 1988, pp 1703-1718.

42.    Light RW:  Pleural Effusion.  In Murray JF, Nadel JA (eDS).  Textbook   of Respiratory Medicine.  W. B. Saunders Company, Philadelphia,   pp 1719-1744.

43.    Light RW:  Pneumothorax.  In Murray JF, Nadel JA (eDS).  Textbook of Respiratory Medicine.  W. B. Saunders Company, Philadelphia, 1988, pp 1745-1759.

44.    Light RW:  Chylothorax, hemothorax, and fibrothorax.  In Murray JF, Nadel JA (eDS).  Textbook of Respiratory Medicine.  W. B. Saunders Company, Philadelphia, 1988, pp 1760-1769.

45.    Light RW:  Tumors of the pleura.  In Murray JF, Nadel JA (eDS). Textbook of Respiratory Medicine.  W. B. Saunders Company, Philadelphia, 1988, pp 1770-1780.

46.    Light RW:  Approach to the patient with pleural effusion.  In Kelley WN (ed).  Textbook of Internal Medicine.  J. B. Lippincott Company, Philadelphia, 1989, pp 2056-2059.

47.    Light RW:  Diseases of the pleura.  In Kelley WN (ed).  Textbook of Internal Medicine.  J.B. Lippincott Company, Philadelphia, 1989, pp 1956-1959.

48.    Light RW:  Thoracentesis and Pleural Biopsy.  In Wang KP (ed).  Biopsy Techniques in Pulmonary Disorders.  Raven Press, New York, 1989, pp 29-44.

49.    Light RW:  Definitions, pathology, and significance of parapneumonic effusions.  In Deslauriers J and Lacquet LK (eDS).  Thoracic Surgery: Surgical Management of Pleural Diseases.  Volume 6.  International Trends in General Thoracic Surgery.  C. V. Mosby Company.  St. Louis, 1990, pp 173-177.

50.    Light RW:  Mechanics of Respiration.  In George RB, Light RW, Matthay MA, Matthay RA (eDS). Chest Medicine:  Essentials of Pulmonary and Critical Care Medicine.  2nd Edition.  Williams & Wilkins, Baltimore, 1990, pp 39-56.

51.    Light RW:  Clinical Pulmonary Function Testing, Exercise Testing, and Disability Evaluation.  In George RB, Light RW, Matthay MA, Matthay RA (eDS). Chest Medicine:  Essentials of Pulmonary and Critical Care Medicine.  2nd Edition. Williams & Wilkins, Baltimore, 1990, pp 101-124.

52.    Light RW:  Diseases of the Pleura, Mediastinum, Chest Wall, and Diaphragm.  In George RB, Light RW, Matthay MA, Matthay RA (eDS). Chest Medicine:  Essentials of Pulmonary and Critical Care Medicine.  2nd Edition.  Williams & Wilkins, Baltimore, 1990, pp 381-412.

53.    Light RW:  Treatment of dyspnea with tranquilizers.  In Cherniack NS (ed).  Chronic Obstructive Pulmonary Disease. W.B. Saunders Company, Philadelphia, 1991, pp 542-545.

54.    Light RW:  Pneumothorax and Bronchopleural fistula.  In Rippe JM, Irwin RS, Alpert JS, Fink MP (eDS).  Intensive Care Medicine.  2nd Edition.  Little, Brown and Company, Boston, Philadelphia, 1991, pp 556-561.

55.    Light RW:  Approach to the Patient with Pleural effusion.  In Kelley WN, (ed).  Textbook of Internal Medicine.  2nd Edition.  J. B. Lippincott Company, Philadelphia, 1991, pp 1890-1893.

56.    Light RW:  Diseases of the Pleura.  In Kelley WN (ed).  Textbook of Internal Medicine. 2nd Edition.  J. B. Lippincott Company, Philadelphia, 1991, pp 1783-1786.

57.    Light RW:  Pleural Diseases, Pleural Effusions.  In Khan MG, Marino PL, Pingleton SK, Saksena S:  Cardiac and Pulmonary Management.  Lea & Febiger, Philadelphia, 1993, pp 770-793.

58.    Light RW: Pleural Diseases. In Bone RC, Petty TL: Year Book of Pulmonary Disease 1993, pp 385-396.

59.    Light RW: Pleural Diseases. In Khan MG, Bartlett JG, Chapra S, Topol EJ: Medical Diagnosis and Therapy. Lea & Febiger, Philadelphia, 1994, pp 376-392.

60.    Light RW: Disorders of the pleura, mediastinum, and diaphragm. In Isselbacher KJ, Braunwald E, Wilson JD, Martin JB, Fauci AS, Kasper DL: Harrison's Principles of Internal Medicine. McGraw-Hill, Inc, New York, 1994, pp 1229 - 1234.

61.    Broaddus VC, Light RW: Disorders of the Pleura: General Principles and Diagnostic Approach. In Murray JF, Nadel JA: Textbook of Respiratory Medicine. W.B. Saunders Company, Philadelphia, 1994, pp 2145 - 2163

62.    Light RW: Pleural Effusion. In Murray JF, Nadel JA: Textbook of Respiratory Medicine. W.B. Saunders Company, Philadelphia, 1994, pp 2164 - 2192.

63.    Light RW: Pneumothorax. In Murray JF, Nadel JA: Textbook of Respiratory Medicine. W.B. Saunders Company, Philadelphia, 1994, pp 2193 - 2210

64.    Light RW: Chylothorax, Hemothorax, and Fibrothorax. In Murray JF, Nadel JA: Textbook of Respiratory Medicine. W.B. Saunders Company, Philadelphia, 1994, pp 2211 - 2221.

65.    Light RW: Tumors of the Pleura. In Murray JF, Nadel JA: Textbook of Respiratory Medicine. W.B. Saunders Company, Philadelphia, 1994, pp 2222 - 2235.

66.    Light RW: The Physiology of Pleural Fluid Production and Benign Pleural Effusion. In Shields TW: General Thoracic Surgery, 4th Edition, Williams and Wilkins, Baltimore, 1994, pp 674 - 683

67.    Light RW: Recent Advances in Pleural Disease. In Bone RC, Petty TL: Year Book of Pulmonary Disease 1994, pp 395-405.

68.    Light RW: Mechanics of Respiration. In George RB, Light RW, Matthay MA, Matthay RA (eDS). Chest Medicine: Essentials of Pulmonary and Critical Care Medicine. 3rd Edition. Williams & Wilkins, Baltimore, 1995, pp 43-62.

69.    Anderson WM, Light RW: Invasive Diagnostic Procedures. In George RB, Light RW, Matthay MA, Matthay RA (eDS). Chest Medicine: Essentials of Pulmonary and Critical Care Medicine. 3rd Edition. Williams & Wilkins, Baltimore, 1995, pp 92-109.

70.    Light RW: Clinical Pulmonary Function Testing, Exercise Testing, and Disability Evaluation. In George RB, Light RW, Matthay MA, Matthay RA (eDS). Chest Medicine: Essentials of Pulmonary and Critical Care Medicine. 3rd Edition. Williams & Wilkins, Baltimore, 1995, pp 132-159.

71.    Light RW: Diseases of the Pleura, Mediastinum, Chest Wall, and Diaphragm. In George RB, Light RW, Matthay MA, Matthay RA (eDS). Chest Medicine: Essentials of Pulmonary and Critical Care Medicine. 3rd Edition. Williams & Wilkins, Baltimore, 1995, pp 501-539.

72.    Light RW: Recent Advances in Pleural Disease. In Bone RC, Petty TL: Year Book of Pulmonary Disease 1996, pp 403 - 409.

73.    Light RW: Pleural Diseases, Pleural Effusions. In Khan MG, Lynch JP III: Pulmonary Disease Diagnosis and Therapy, Williams & Wilkins, Baltimore, 1997, pp 451-476.

74.    Light RW: Disorders of the pleura, mediastinum and diaphragm. In Fauci AS, Braunwald E, Isselbacher KJ, Wilson JD, Martin JB, Kasper DL, Hauser SL, Longo DL (eDS). Harrison's Principles of Internal Medicine. 14th Edition, McGraw-Hill, New

York, 1997; pp 1472-1476.

75.   Light RW: Physiology of pleural fluid production and benign pleural effusion. In Sheilds TC, Locicero J III, Ponn RB: General Thoracic Surgery. 5th Edition, Lippincott Williams & Wilkins, Philadelphia, 2000, pp687-698.

76.   Light RW: Clinical Diagnosis of Pleural Disease. In Cagle PT: Diagnostic Pulmonary Pathology. Lung Biology in Health and Disease Volume 142, Marcel Dekker, Inc. New York, 2000; pp571 - 581

77.   Broaddus VC, Light RW: General Principles and Diagnostic Approach to Pleural Effusions. In Murray JF, Nadel JA: Textbook of Respiratory Medicine. W.B. Saunders Company, Philadelphia, 2000, pp 1995 - 2913.

78.   Light RW, Broaddus VC: Pleural Effusion. In Murray JF, Nadel JA: Textbook of Respiratory Medicine. W.B. Saunders Company, Philadelphia, 2000, pp 2013 - 2042.

79.   Light RW, Broaddus VC: Pneumothorax, Chylothorax, Hemothorax and Fibrothorax. In Murray JF, Nadel JA: Textbook of Respiratory Medicine. W.B. Saunders Company, Philadelphia, 2000, pp 2043 - 2066

80.   Light RW, Broaddus VC: Tumors of the Pleura. In Murray JF, Nadel JA: Textbook of Respiratory Medicine. W.B. Saunders Company, Philadelphia, 2000, pp 2067 - 2078

81.   Light RW: Mechanics of Respiration. In George RB, Light RW, Matthay MA, Matthay RA (Eds). Chest Medicine: Essentials of Pulmonary and Critical Care Medicine. 4th Edition. Lippincott Williams & Wilkins, Philadelphia, 2000, pp 26-43.

69.   Light RW, Rodriguez RM: Invasive Diagnostic Procedures. In George RB, Light RW, Matthay MA, Matthay RA (Eds). Chest Medicine: Essentials of Pulmonary and Critical Care Medicine. 4th Edition. Lippincott Williams & Wilkins, Philadelphia, 2000, pp 117-132.

70.   Light RW: Clinical Pulmonary Function Testing, Exercise Testing, and Disability Evaluation. In George RB, Light RW, Matthay MA, Matthay RA (Eds). Chest Medicine: Essentials of Pulmonary and Critical Care Medicine. 5th Edition. Lippincott Williams & Wilkins, Philadelphia, 2000,, pp 91-116.

71.   Light RW: Diseases of the Pleura, Mediastinum, Chest Wall, and Diaphragm. In George RB, Light RW, Matthay MA, Matthay RA (Eds). Chest Medicine: Essentials of Pulmonary and Critical Care Medicine. 4th Edition. Lippincott Williams & Wilkins, Philadelphia, 2000,, pp 441-477.

72.   Light RW: A 62-year-old male with shortness of breath and a pleural effusion following coronary artery bypass surgery. In Heffner JE, Sahn SA. Internal Medicine Pearls. 2nd edition. Hanley & Belfus, INC. Philadelphia, 2000, pp86 - 88

73.   Light RW: Complicated pleural effusion in community-acquired pneumonia. In Marrie TJ (ed). Community-Acquired Pneumonia. Kluwer Academic/Plenum

Publishers, New York, 2001, pp257-272.

74.    Teixeira LR, Domingtues EZ, Light RW: Derrame pleural secundario a doencas do colageno e vasculites. In Terra Filho M, Fernandes AI, Stirbulow R (eDS). Pneumologiz: Atualizacao e Reciclagem. Sociedade Paulista de Pneumologia e Tisiologia, Sao Paulo, 2001, Chapter 41, pp 1-7.

75.    Light RW, Porcel JM: Derrame pleural paraneumonico y empiema. In Porcel JM (ed). Enfermedades de la pleura. Servei de Publicacions de la Universitat de Lleida, Lleida, Spain, 2002, Chapter 4, pp 47-64.

76.    Light RW: Physiological effects of pleural air or fluid. In Light RW, Lee YC (Gary): Textbook of Pleural Diseases. Arnold Publishers, London, 2003, Chapter 4, pp 45-55.

77.    Light RW: Effusions from vascular causes. In Light RW, Lee YC (Gary): Textbook of Pleural Diseases. Arnold Publishers, London, 2003, Chapter 21, pp 289-296.

78.    Perez-Rodriguez E, Jimenez Castro D, Light RW: Effusions from tuberculosis. In Light RW, Lee YC (Gary): Textbook of Pleural Diseases. Arnold Publishers, London, 2003, Chapter 24, pp 329-344.

79.    Light RW: Pleural effusions due to obstetric and gynecological conditions. In Light RW, Lee YC (Gary): Textbook of Pleural Diseases. Arnold Publishers, London, 2003, Chapter 33, pp 419 - 427.

80.    Lee YC (Gary), Light RW: Future directions. In Light RW, Lee YC (Gary): Textbook of Pleural Diseases. Arnold Publishers, London, 2003, Chapter 43, pp 536 - 541.

81.    Light RW: Pisiopatologia. In Vargas FS, Teixeira LR, Marchi E: Derrame Pleural. Editora Roca Ltda, Sao Paulo, Brazil, 2003, Chapter 6, pp 25-32.

82.    Light RW: Conduta no Derrame Cronico Indeterminado. In Vargas FS, Teixeira LR, Marchi E: Derrame Pleural. Editora Roca Ltda, Sao Paulo, Brazil, 2003, Chapter 48, pp 439-450.

83.    Teixeira LR, Light RW: Doencas do Colageno e Vasculites. In Vargas FS, Teixeira LR, Marchi E: Derrame Pleural. Editora Roca Ltda, Sao Paulo, Brazil, 2003, Chapter 38, pp 355-364.

84.    Light RW: Management of the undiagnosed persistent pleural effusion. In Bouros D. Pleural Disease. Marcel Dekker, Inc, New York, 2004, chapter 46, pp 915 - 931.

85.    Light RW: Animal models of Pleural Investigationn. In Bouros D. Pleural Disease. Marcel Dekker, Inc, New York, 2004, chapter 51, pp 1009-1034.

86.    Liapakis I, Kottakis I, Light RW, Bouros D: Pharmacokinetics and

pharmacodynamics in pleural fluid. In Bouros D. Pleural Disease. Marcel Dekker, Inc, New York, 2004, chapter 50, pp 999-1008.

87.      Light RW: Disorders of the pleura, mediastinum, diaphragm, and chest wall. In Kasper DL, Braunwald E, Fauci AS, Hauswer SL, Longo DL, Jameson JL. Harrison's Principles of Internal Medicine. Mcgraw-Hill, New York, 2004, chapter 245, pp 1565-1569.

88.      Guo Y, Light RW: Managment of pleural effusion in the Pulmonary Sepsis. In Ortiz-Ruiz G, Perafan MA, Faist E. Sepsis. Springer, New York, 2004, chapter 11, pp162-175.

89.      Light RW: The Physiology of Pleural Fluid Production and Benign Pleural Effusion. In Shields TW, Locicero J III, Ponn RB, Rusch VW: General Thoracic Surgery, 6th Edition, Lippincott Williams and Wilkins, Philadelphia, 2005, pp 806-818.

90.      Light RW: Mechanics of Respiration. In George RB, Light RW, Matthay MA, Matthay RA (EDs). Chest Medicine: Essentials of Pulmonary and Critical Care Medicine. 5th Edition. Lippincott Williams & Wilkins, Philadelphia, 2005, pp 24-38.

91.      Light RW, Rodriguez RM: Invasive Diagnostic Procedures. In George RB, Light RW, Matthay MA, Matthay RA (EDs). Chest Medicine: Essentials of Pulmonary and Critical Care Medicine. 5th Edition. Lippincott Williams & Wilkins, Philadelphia, 2005, pp 113-130.

92.      Light RW: Clinical Pulmonary Function Testing, Exercise Testing, and Disability Evaluation. In George RB, Light RW, Matthay MA, Matthay RA (EDs). Chest Medicine: Essentials of Pulmonary and Critical Care Medicine. 5th Edition. Lippincott Williams & Wilkins, Philadelphia, 2005, pp 90-112.

93.      Light RW: Diseases of the Pleura, Mediastinum, Chest Wall, and Diaphragm. In George RB, Light RW, Matthay MA, Matthay RA (EDs). Chest Medicine: Essentials of Pulmonary and Critical Care Medicine. 5th Edition. Lippincott Williams & Wilkins, Philadelphia, 2005, pp 415-447.

94.      Broaddus VC, Light RW: Pleural Effusion. In Mason RJ, Broaddus VC, Murray JF, Nadel JA: Textbook of Respiratory Medicine. 4th edition. Elsevier Saunders, Philadelphia, 2005, pp 1913 - 1960.

95.      Light RW, Lee YC (Gary): Pneumothorax, Chylothorax, Hemothorax and Fibrothorax. In Mason RJ, Broaddus VC, Murray JF, Nadel JA: Textbook of Respiratory Medicine. 4th edition. Elsevier Saunders, Philadelphia, 2005, pp 1961 - 1968.

96.    Light RW, Ferrer J. Fisiologia de la pleura. In Tresguerres JAF, Ariznavarreta C, Cachofeiro V, et al. Fisiologia Humana. 3rd edition. McGraw-Hill Interamericana, Madrid, 2005, pp 606-608.

97.    Light RW. Pleural Disease. In Abramson M, Costabel U, Hensley M, Volmink J, Woo-Baker R. Evidence-Based Respiratory Medicine. Blackwell Publishing Ltd, Malden, Massachuttes, 2005, pp 521-536.

98.    Light RW. Mediastinal and Pleural Disorders. Merck Manual. 18th edition. Merck & Co., Inc., West Point, PA, 2006, pp 488-499.

99.    Lee YCG, Noppen M, Light RW. Pleural fluid, transudate and exudate. In Laurent GJ, Shapiro S, eds. Encyclopedia of Respiratory Diseases. Oxford UK: Elsevier, 2006, pp 358-62.

100.   Light RW. Pleural Effusion: Postsurgical effusions. In Laurent GJ, Shapiro S, eds. Encyclopedia of Respiratory Diseases. Oxford UK: Elsevier, 2006, pp. 379-382.

101.   Light RW, Lee YCG. Pleural effusion - Overview. In Laurent GJ, Shapiro S, eds. Encyclopedia of Respiratory Diseases. Oxford UK: Elsevier, 2006, pp 353-357.

102.   Light RW. Pleural sclerosis for the management of initial pneumothorax. In Ferguson M, ed. Difficult decisions in thoracic surgery. An Evidence-Based Approach. Springer-Verlag London Limited, 2007; pp186-194.

103.   Light RW. Disorders of the Pleura and Mediastinum. In Fauci AS, Braunwald E, Kasper DL, Hauser SL, Longo DL, Jameson JL and Loscalzo J. Harrison's Principles of Internal Medicine, 16th ed. Mcgraw-Hill, New York, 2008, chapter 257, pp1658-1661.

104.   Light RW: Clinical Diagnosis of Pleural Disease. In Cagle PT, Allen TC and Beasley MB: Diagnostic Pulmonary Pathology. 2nd edition. Lung Biology in Health and Disease Volume 226, Informa Health Care, New York, 2008; pp571 - 581

105.   Light RW: Physiological effects of pleural air or fluid. In Light RW, Lee YC (Gary): Textbook of Pleural Diseases. 2nd edition. Hodder Arnold Publishers, London, 2008, Chapter 6, pp 49-58.

106.   Porcel JM, Light RW: Effusions from vascular causes. In Light RW, Lee YC (Gary): Textbook of Pleural Diseases. 2nd edition. Hodder Arnold Publishers, London, 2008, Chapter 30, pp 397-408.

107.   Perez-Rodriguez E, Light RW: Effusions from infections: tuberculosis. In Light RW, Lee YC (Gary): Textbook of Pleural Diseases. 2nd edition. Hodder Arnold Publishers, London, 2008, Chapter 27, pp 367-378.

108. Dikensoy O, Light RW: Effusions after surgery.  In Light RW, Lee YC (Gary): Textbook of Pleural Diseases.  2nd edition. Hodder Arnold Publishers, London, 2008, Chapter 34, pp 445-454.

109. Light RW: Effusions of obstetric or gynecological origin.  In Light RW, Lee YC (Gary): Textbook of Pleural Diseases.  2nd edition. Arnold Publishers, London, 2008, Chapter 37, pp 473-482.

110. Lee YC (Gary), Light RW: Future directions.  In Light RW, Lee YC (Gary): Textbook of Pleural Diseases.  Hodder Arnold Publishers, London, 2008, Chapter 50, pp 621-628.

111. Degryse A, Light RW.  Pleural effusions in systemic disease.  In Maskell N, Millar A. Oxford Desk Reference Respiratory Medicine, Oxford University Press, Oxford, UK, 2009, Chapter 14.8, pp 350-351.

112. Light RW:  The Physiology of Pleural Fluid Production.  In Shields TW, Locicero J III, Reed CE, Feins RH:  General Thoracic Surgery, 7th Edition, Lippincott Williams and Wilkins, Philadelphia, 2009, Chapter 59 pp 763-769.

113. Light RW: Derrame pleural y neumotorax.  In Mazzei JA, Mazzei ME, Barro A, Di Bartolo CG: Manual de pruebas de funcion pulmonar.  Thomson Reuters, Barcelona, 2009, Chapter 43, pp 319-324.

114. Light RW: Pleural Disorders.  In Porter RS: The Merck Manual Home Health Handbook.  Merck Research Laboratories, Whitehouse Station, New Jersey, 2009, pp 518-522.

115. Broaddus VC, Light RW: Pleural Effusion.  In Mason RJ, Broaddus VC, Martin TW, King TE Jr, Schraufnagel DE, Murray JF, Nadel JA:  Textbook of Respiratory Medicine.  5th edition. Saunders Elsevier, Philadelphia, 2010, pp 1719-1763.

116. Light RW, Lee YC (Gary):  Pneumothorax, Chylothorax, Hemothorax and Fibrothorax. In Mason RJ, Broaddus VC, Martin TW, King TE Jr, Schraufnagel DE, Murray JF, Nadel JA:  Textbook of Respiratory Medicine.  5th edition. Saunders Elsevier, Philadelphia, 2010,  pp 1764-1791.

117. Light RW: Disorders of the Pleural and Mediastinum.  In Loscalzo JP: Harrison's Pulmonary and Critical Care Medicine.  McGraw-Hill, New York, 2010, Chapter 21, pp 215-220.

118. Light RW, Rojas-Solano JR, Long AC.  Lavado broncoaolveolar.  In Villar, SR: Cuidados Críticos.  Marban Libros, S.L., Madrid, Spain, 2011, pp 101-104.

119. Fremont RD, Rojas-Solano JR, Light RW.  Hemoptisis masiva. In Villar, SR: