

# CURRICULUM VITAE

## F. Lee Tucker, MD

**OFFICE ADDRESS:**
P.O. Box 510
500 Rivercreek Road
Wirtz, Virginia 24184 USA

Telephone: (540) 529-0719
Fax: (540) 721-6352

**E-MAIL ADDRESS:**
TuckerLab@ymail.com

**DATE AND PLACE OF BIRTH:**
June 27, 1953
Alexandria, Virginia USA

**CITIZENSHIP:**
United States

**SEX:**
Male

**EDUCATION:**
University of Virginia
B.A. with High Distinction, 1976

University of Virginia
M.D., 1980

**POSTGRADUATE TRAINING:**
Resident, Pathology Department
University of Virginia Medical Center
July 1980 - June 1984
Renal Pathology Fellow 1982-1983

**BOARD CERTIFICATION:**
The American Board of Pathology
Anatomic & Clinical Pathology, 1985


DEFENDANT'S EXHIBIT 13

Curriculum Vitae
F. Lee Tucker, M.D

**EXPERIENCE:**

**President and Chief Medical Officer**
**Virginia Biomedical Laboratories, LLC**
2008 – present

    Virginia Biomedical Laboratories provides clinical consultative services in diagnostic surgical pathology to institutions, patients and physicians including pathologists, surgeons, radiologists and medical and radiation oncologists. Consultative services are available for laboratory implementation of advanced breast pathology techniques, comprehensive interdisciplinary breast program development and accreditation and international collaborative support of investigative breast disease research protocols.

**Pathologist, Honorary Medical Staff**
**The Carilion Clinic**
Roanoke, Virginia
2008 - present

**Chairman and Medical Director**
**Department of Pathology and Laboratory Medicine**
**The Carilion Clinic**
Roanoke, Virginia
2007 - 2008

**Breast Cancer Research Associate**
**Department of OB-GYN**
**Carilion Clinic**
Roanoke, Virginia
2007 - 2008

**Pathologist, Active Medical Staff**
**The Carilion Clinic**
Roanoke, Virginia
1984 - 2008

**Pathologist, Associate Medical Staff**
**Carilion Franklin Memorial Hospital**
Rocky Mount, Virginia
1984 - 2008

**Carilion Breast Care Center and**
**High Risk Breast Genetics Clinic**
Medical Director
Roanoke, Virginia
2000 – 2008

    The Carilion Breast Care Center (CBCC) provides comprehensive screening and diagnostic services in Western Virginia. CBCC annually performs over 30,000 screening mammograms and 1,500 diagnostic workups per year; contributing to a departmental total of over 400 new breast cancer diagnoses per year.
Five dedicated screening facilities and a centralized breast diagnostics center are equipped with state of the art equipment, including R-2 computer-aided diagnostics and stereotactic and ultrasound-guided percutaneous biopsy suites with breast MRI (Magnetom Esprit) and automated 3-D Ultrasound (U-Systems, Inc). The center is staffed with four full-time breast imagers.

**EXPERIENCE (cont'd):**

As Medical Director, I developed a high-risk breast genetics clinic staffed with an oncology-certified genetics counselor, maintained an active breast pathology consultation service as chief breast pathologist and managed the clinical research program, with 10 IRB - approved institution-original research protocols.
In addition, I chaired an 18 member professional advisory board with representatives from general and plastic surgery, breast imaging, pathology, obstetrics and gynecology, medical and radiation oncology, family medicine, nursing, cancer registry, bioinformatics, genetics counseling, marketing and management.

**Carilion Consolidated Laboratory**
Medical Director
Roanoke, Virginia
2002 – 2006

Carilion Consolidated Laboratory (CCL) is a high-complexity medical laboratory serving seven regional hospitals, five outpatient service centers and hundreds of physicians, clinics and nursing homes throughout Virginia, Eastern Tennessee and North Carolina. The medical director served as the chief medical officer of CCL. With over 400 FTE's and twelve pathologists, CCL performs over 4.0 million tests per year with annual revenues exceeding 100 million dollars.

**Carilion Cardiopulmonary Laboratories**
Medical Director
1998- 2003

**Valley Medical Billing, Inc.**
President 1995 - 2001
Vice President 1987 - 1994

**Valley Pathology Associates, PC**
President 1995 - 2001
Vice President 1984 - 1994

**Virginia Biotechnical Laboratories, Inc.**
President 1995 - 2001
Vice President 1987 – 1994
Associate Pathologist 1984 - 1987

**Carilion Roanoke Community Hospital**
Medical Director, Rapid Response Laboratory
1995 - 2006
Associate Director of Laboratories
1984 - 1994
Medical Director, Transfusion Services
1984 – 1989

**Carilion Consolidated Laboratory**
Medical Director, Histology
1997 - 1998
Medical Director, Cytology
1984 - 1998
Advisory Board member
1995 - 1999 (Board dissolved)

**Carilion Franklin Memorial Hospital**
Laboratory Medical Director
1991 - 1999, 2001 – 2006

**Gill Memorial Hospital** (specialty ENT hospital)
Consultant Pathologist
Roanoke, Virginia
1984 - 1996 (hospital closed)

**Veterans' Administration Medical Center**
Consultant Pathologist
Salem, Virginia
1984 - 1997

**Catawba Hospital**
Consultant Pathologist
Catawba, Virginia
1984 - 1998

**OFFICES AND COMMITTEES:**

**Gynecology Oncology Group (GOG)**
Pathology Committee
1991-2008

**Carilion Medical Center**
Vice Chief, Pathology Service
2001 – 2007

**Community Hospital of Roanoke Valley**
Chief, Pathology Service 1995 - 2001
President, Medical Staff 1993 - 1996
Vice President, Medical Staff 1991 - 1993
Credentials Committee, member 1989 – 1993
Secretary-Treasurer, Medical Staff 1986 - 1991
Executive Committee: member 1986-1996, Chairman: 1993 - 1996
Performance Improvement Committee 1995 – 1999, 2001-2007
Steering Committee, Carilion Laboratory Consolidation Project 1995
Continuing Education Committee, Vice Chairman 1984 - 1989
Transfusion Services Committee, Chairman 1984 - 1989
Medical Care Quality Assurance Committee 1986 - 1994
Surgical Case Review Committee 1984 - 1989
Safety Committee 1984 - 1986

**Franklin Memorial Hospital**
Performance Improvement Committee 1997 - 1999, 2001 - 2006
Medical Care Quality Assurance Committee 1992 - 1996
Surgical Services Committee 1991 - 1993

**Catawba Hospital**
Infection Control Committee
Catawba, Virginia
1984 - 1998

**Medical Examiner**
City of Roanoke, Virginia: October 1984 - 1993
Charlottesville and Albemarle County, Virginia: March 1983 - June 1984

Case 1:14-cv-00077-JPJ   Document 99-1   Filed 12/04/15   Page 4 of 12   Pageid#: 2202

Curriculum Vitae
F. Lee Tucker, M.D

**LICENSURE:**      **Virginia License, 1983 - present**

Tennessee License, 2004 - 2007

Diplomate, American Board of Pathology, Anatomic and Clinical Pathology, 1985

Diplomate, National Board of Medical Examiners, 1981

**TEACHING APPOINTMENTS:**      **University of Virginia School of Medicine**
Clinical Assistant Professor of Pathology
Roanoke, Virginia
1984 – 1993, 2007 – 2009

**Virginia School of Osteopathic Medicine**
Assistant Professor of Pathology
Blacksburg, Virginia
2007 – 2009

**Carilion Health System**
**OB and Gyn Residency**
Instructor
Roanoke, Virginia
1994 - 1999

**PROFESSIONAL SOCIETIES:**      **National Accreditation Program for Breast Centers (NAPBC)**
Board Member, 2006-Present
Bioinformatics and Technology Committee, 2007-Present
Quality Measurement Committee, 2007-Present
Surveyor, 2007-Present

**National Consortium of Breast Centers**
Board of Trustees, 2011- Present
Program Committee, 2007-Present
Abstract Review Committee, 2006-2010
Member, 2002-present

**American Society of Breast Disease,** 2006

**American College of Medical Genetics,** 2005

**International Society for Breast Pathology,** 2001

**Blue Ridge Pathology Society**
Member 1984-2008 (organization dissolved)
President: 1993 - 1994, 1999 – 2008

**U.S. and Canadian Academy of Pathology,** Fellow, 1992

**College of American Pathologists,** Fellow, 1985

**American Society of Clinical Pathologists,** Fellow, 1985

**Roanoke Academy of Medicine,** 1984

**American Medical Association,** 1982

**Virginia Society for Pathology,** 1982

**AWARDS AND HONORS:**	Norwich-Eaton Research Award, 1983

Society for Clinical Investigation, Southern Section
Burroughs-Welcome Young Investigator Award, 1982

Southern Medical Association Research Grant, 1981

Alpha Epsilon Delta, 1986

Phi Sigma Society, 1976

**VOLUNTEER ACTIVITIES:**	**Jefferson College of Health Sciences Foundation**
Roanoke, Virginia
Board of Directors, 1994 - present

**Jefferson College of Health Sciences**
Roanoke, Virginia
Board of Directors, 1988 - 1994, 2003 - present
Secretary-Treasurer 1990 - 1994
Chairman, Search Committee for College President, 1988 - 1989

**The Carilion Clinic**
Roanoke, Virginia
Board of Governors, 2007 - 2008

**Carilion Health System**
Roanoke, Virginia
Board of Directors, 2004 - 2008
Finance / Planning Committee, 2004 - 2008

**Carilion Franklin Memorial Hospital**
Board of Trustees, 1992 - 1994, 1998 - 2008
Vice President, 2001 - 2003
President, 2003 – 2008

**Community Hospital of Roanoke Valley**
Roanoke, Virginia
Board of Directors, 1993 – 1996
Quality Assurance Committee 1993 – 1996

**Planned Parenthood of SW Virginia**
Medical Affiliate Committee
1986 - 2000

**Medical Advisor, SHARE**
(Neonatal death grief support group)
1998 - 2007

**American Cancer Society**
Board of Directors
Roanoke Virginia
1989 - 1993

**American Cancer Society**
Professional Education Committee
Roanoke, Virginia
1989 - 1999

- 6 -

U-Systems, Inc
San Jose, CA
Medical Advisory Board
2008-2009

**PUBLICATIONS :**

Tucker, F.L. Sturgill, B.C. and Bolton, W.K., Acute serum sickness glomerulonephritis in normal and homonally bursectomized chickens.
Clin. Res. 25:55a, 1977 abst.

Tucker, F.L., Sturgill, B.C. and Bolton, W.K., Experimental autoimmune glomerulopathy in chickens: A model for studying humoral vs. cellular immune systems in pathogenesis?
Kidney Int. 12:520, 1977 abst.

Bolton, W.K., Tucker, F.L. and Sturgill, B.C. Experimental autoimmune glomerulonephritis in chickens.
J. Clin. Lab. Immunol. 3:179, 1980.

Tucker, F.L., Sturgill, B.C. and Bolton, W.K., The role of the cell mediated immunity in the pathogenesis of autoimmune experimental glomerulonephritis in chickens.
Clin. Res. 29:868a, 1981, abst.

Tucker, F. Lee and Bruns, David E., Fluorescein angiography as a source of electrophoretic artifacts.
Clin. Chem. 27:361, 1981, letter.

Tucker, F.L., Sturgill, B.C. and Bolton, W.K., Role of cell mediated immunity in the pathogenesis of autoimmune experimental glomerulonephritis in chickens.
Lab. Invest. 46:84A, 1982 abst.

Tucker, F.L., Sturgill, B.C. and Bolton, W.K., Cell-mediated immunity in the pathogenesis of experimental autoimmune glomerulonephritis in chickens.
Federation Proceedings 42:389, 1983 abst.

Tucker, F.L., Sturgill, B.C. and Bolton, W.K., Cell-mediated immunity in the pathogenesis of experimental autoimmune glomerulonephritis in chickens.
Clin. Res. 31:355A, 1983 abst.

Chevalier, Robert L., Cambell, Fern G., Sturgill, B.C., Tucker, F.L. and Sabio, Hernan; Bladder polyp and heavy proteinuria in a patient with Hodgkin's Disease in remission. Cancer 54:777-779, 1984.

Bolton, W.K., Tucker, F.L. and Sturgill, B.C., New avian model of experimental glomerulonephritis consistent with mediation by cellular immunity.
J. Clin. Invest. 73:1263-1276, 1984.

Tucker, F.L., Sturgill, B.C. and Bolton, W.K., Ultrastructural studies of experimental autoimmune glomerulonephritis in normal and bursectomized chickens.
Lab. Invest. 53:536-570, 1985.

Sturgill, B.C., Tucker, F.L. and Bolton, W.K., Immunoglobulin light chain nephropathies. In Pathology Annual, Rosen and Fechner (eds.), Norwalk, Appelton & Lange, 1987.

**PUBLICATIONS (cont'd):**

Liverman, P.C., Tucker, F.L., and Bolton, W.K., Erythrocyte sedimentation rate in glomerular disease: Association with urinary protein.
Am. J. Nephrol 1988; 8:363-367.

Zito D.R., Gurdak, R.G., Tucker, F.L., and Normansell, D.E., Hepatitis B virus serology. Loss of antibody to surface antigen. Am J. Clin. Pathol. 1987 Aug; 88(2):229-31.

Tucker, F. L., D'Amelio, S. and Hagan, C., Same-Day Breast Diagnosis (SDBD) Program: Patient Notification Preferences of Final Biopsy Results
Am J Clin Oncology 2007;30:453 Abst.

Tucker, F.L., Zarella C., Davenport, R. and Mullet, J., Surgical Margin Status Following Breast Conserving Surgery for Duct Carcinoma in Situ: A Comparison of Conventional and Large-Format Pathologic Techniques
Am J Clin Oncology 2007; 30:456 Abst

Tucker, F.L., Zarella C. and Davenport, R., Pathologic Stage and Multifocality of Invasive Duct Carcinoma (IDC) and Duct Carcinoma in Situ (DCIS): A Comparison of Conventional Pathology (CP) and Large Format (LF) Techniques in Surgical Excisions
J Am Coll Surg *in press*

Tucker, F.L., Patton, M., Davenport, R. and Mullet, J., Detection of Carcinoma in Surgically-Excised Breast Tissue (SEBT) Following Image-Directed Needle Biopsy (IDNB) Diagnosis of Atypical Duct Hyperplasia (ADH): A Comparison of Conventional Pathology (CP) and Large-Format Pathology (LFP) Techniques
American Society of Breast Disease; San Francisco, CA; May 2007 (Abst & poster)

Tucker, F.L., and Krupka, L., Discordant Imaging and Large Core Biopsy Findings Should Prompt Excisional Breast Surgery. Award: Best Clinical paper, 2005
American Society of Breast Disease, Annual Meeting, 2005.

Tucker, F.L., Mullet, J., and Davenport, R., Contrast Enhanced Breast Magnetic Resonance Imaging (MRI) and Large-Format Breast Pathology (LFBP) are Complementary Technologies to Characterize Malignant Breast Lesions.
American Society of Breast Disease, Poster, Annual Meeting, 2005.

**PUBLICATIONS, (Cont'd):**

Tucker, F.L., and Thomas, B., Role of Quality Management Committee in the Modern Interdisciplinary Breast Center. National Consortium of Breast Centers, Poster Annual Meeting, 2006.

Tucker, F.L., and Mitchell, L., Same Day Minimally Invasive Biopsy Program. National Consortium of Breast Centers, Poster Annual Meeting, 2006.

Tucker, F.L., Zarella, C., Davenport, R., and Mullet, J., Surgical Margin Status Following Breast Conserving Surgery for Duct Carcinoma in-Situ: A Comparison of Conventional and Large-Format Pathologic Techniques.
National Consortium of Breast Centers, Poster Annual Meeting, 2007.

Tucker, F.L, D'Amelio, S., and Hagan, C., Same-Day Breast Diagnosis (SDBD) Program: Patient Notification Preferences of Final Biopsy Results.
National Consortium of Breast Centers, Poster Annual Meeting, 2007.

Tucker, F.L., Patton, M., Davenport, R., and Mullet, J., Detection of Carcinoma in Surgically-Excised Breast Tissue (SEBT) Following Image-Directed Needle Biopsy (IDNB) Diagnosis of Atypical Duct Hyperplasia (ADH): A Comparison of Conventional Pathology (CP and Large-Format Pathology (LFP) Techniques.
American Society of Breast Disease, Poster Annual Meeting, 2009

Tucker, F.L., Zarella, C., and Davenport, R., Pathologic Stage and Multifocality of Invasive Duct Carcinoma (IDC) and Duct Carcinoma In-Situ (DCIS): A Comparison of Conventional Pathology (CP) and Large Format (LF) Techniques in Surgical Excisions.
American College of Surgeons Clinical Congress, 2007.
*Poster of Exceptional Merit*

Tucker, FL, New Era Pathologic Techniques in the Diagnosis and Reporting of Breast Cancers. Seminars in Breast Disease, 11: 140-147, 2009

Tabar, L., Tucker, L., Davenport, R., Mullet J., Patterson, A., Chen, T., Yen, A., Chiu, S., Gladwell, J., Olinger, K., and Dean, P. : The Use of Mammographic Tumor Feature Significantly Improves Outcome Prediction of Breast Cancers Smaller than 15mm: A Reproducibility Study from Two Comprehensive Breast Centers, *in press*

**INVITED LECTURES (2007- present):**

Tucker, F.L., and Tabár, L.
Analysis of Breast Calcifications – Part 1 and 2
Latin American 14th Congress of Mastology - Cusco, Peru
September 14, 2007

Tucker, F.L., and Tabár, L.
Panel Discussion: In-situ Carcinoma of the Breast
Latin American 14th Congress of Mastology - Cusco, Peru
September 14, 2007

Tucker, F.L., Davenport, R., and Mullet, J.
Breast Cancer Care in the 21st Century
Lilliputian Surgical Society – Roanoke, VA
September 22, 2007

- 9 -

Curriculum Vitae
F. Lee Tucker, M.D

**INVITED LECTURES (2007- present)**
**Continued:**

Tucker, F.L.
Applying Integrated Imaging/Large Format Techniques to
Improve Diagnostic Accuracy
The Chicago International Breast Course – Chicago, IL
October 4, 2007

Tucker, F.L., Hansen, Jaskowiak, and Kiel
Panel Discussion: The Multidisciplinary Breast Center – a Team Approach to
Patient Management Issues
The Chicago Internal Breast Course – Chicago, IL
October 5, 2007

Tucker, F.L.
A New Era in the Diagnosis of Breast Cancer
American Academy of Professional Coders (Roanoke, VA Chapter) – Roanoke, VA
December 10, 2007

Tucker, F.L.
New-era Pathologic Techniques to Correlate with Modern Breast Imaging Methods
IAME Institute for Advanced Medical Education – Lake Buena Vista, FL
February 8, 2008

Tucker, F.L.
Improving Breast Diagnostic Accuracy with Routine Imaging-Pathology Correlation
IAME Institute for Advanced Medicial Education – Lake Buena Vista, FL
February 9, 2008

Tucker, F.L.
Breast Pathology 101, National Consortium of Breast Centers, Annual Meeting Las
Vegas, NV, March, 2008

Tucker, F.L.
Improving Breast Cancer Diagnosis and Reporting: Large-Format Pathology,
National Consortium of Breast Centers, Annual Meeting Las Vegas, NV, March,
2008

Tabar, L and Tucker, F.L.
In-situ Breast Cancer: A Heterogenous Disease, National Consortium of Breast
Centers, Annual Meeting Las Vegas, NV, March, 2008

Tucker, F.L.
Interdisciplinary Breast Cancer Conference, Panel Discussion
National Consortium of Breast Centers, Annual Meeting Las Vegas, NV, March,
2008

Tucker, FL
Improving the Diagnosis of DCIS with Imaging-Pathologic Correlation
The Chicago International Breast Course – Chicago, IL
September 12, 2008

Tucker, FL
Improving breast Surgical Outcomes with Large-Format Pathologic Techniques
The Chicago International Breast Course – Chicago, IL
September 13, 2008

Curriculum Vitae
F. Lee Tucker, M.D

**INVITED LECTURES (2007- present)**
**Continued:**

Tucker, FL
Improving breast Surgical Outcomes with Large-Format Pathologic Techniques
The 7th Meeting of Pathology Directors of China, Beijing, China
October 23, 2008

Tucker, F.L.
A New Era in the Diagnosis of Breast Cancer
The 7th Meeting of Pathology Directors of China, Beijing, China
October 23, 2008

Tucker, F.L.
Improving Breast Diagnostic Accuracy with Routine Imaging-Pathology Correlation
Aurora Breast Imaging Society
San Juan, PR
January 17-19, 2009

Tucker, F.L.
Interdisciplinary Breast Cancer Conference, Panel Discussion
National Consortium of Breast Centers, Annual Meeting Las Vegas, NV, March, 2009

Tucker, F.L.
New-Era Diagnosis of the High-Risk Breast Patient
CME Fall Focus: Contemporary Issues in Breast and Ovarian Cancer
Women's Foundation of Lafayette, LA
October 24, 2009

Tucker, F.L.
Improving Breast Diagnosis with Large-Format Pathology
CME Fall Focus: Contemporary Issues in Breast and Ovarian Cancer
Women's Foundation of Lafayette, LA
October 24, 2009

Tucker, F.L.
I. Modern Breast Pathologic Techniques
II. Improving Breast Diagnostic Accuracy with Routine Imaging-Pathology Correlation
III. High Risk Breast Pathology
IV. The Benign Breast Correlation Conference : Improving Diagnostic Sensitivity and Specificity
The International Breast Conference,
Yedetepi University, Istanbul, Turkey
November 7, 2009

Tucker, F.L.
I. Developing a Modern Comprehensive Breast Cancer Program
II. Improving Breast Diagnostic Accuracy with Routine Imaging-Pathology Correlation
Grand Rounds
Louis Schnieder Hospital
St. Thomas, VI
April 1, 2010

Tucker, F.L.
Development of the Breast Program Professional Advisory Board,
National Consortium of Breast Centers, Annual Meeting
Las Vegas, NV, March, 2011

- 11 -

Case 1:14-cv-00077-JPJ   Document 99-1   Filed 12/04/15   Page 11 of 12   Pageid#: 2209

Curriculum Vitae
F. Lee Tucker, M.D

**INVITED LECTURES (2007- present)**
**Continued:**

Tucker, F.L.
Breast Program Organizational Models that Improve Success
National Consortium of Breast Centers, Annual Meeting
Las Vegas, NV, March, 2011

Rev 08/11