# Forrest Lee Tucker

- Elevated Heart Rate
- Elevated Respiratory Rate
- Fever
- Blood Pressure
- Chest Pain
- Stabbing Back Pain
- Elevated D-Dimer

Autopsy Findings of Infarct

<u>Consistent</u>, not diagnostic of PU/MD

PLAINTIFFS EXHIBIT 10