**Statement of Funeral Expenses**
<u>SHAWN MATTHEW McKEE</u>

**FUNERAL EXPENSES**

Williams Funeral Homes of Chilhowie, Inc.                    $         15,018.01





# Williams Funeral Home of Chilhowie, Inc.
242 Church Avenue • P.O. Box 277
Chilhowie, Virginia 24319
**276-646-8652**

IDENTIFICATION NO. 940614-165

## STATEMENT OF FUNERAL GOODS AND SERVICES SELECTED

rges are only for those items that you selected or that are required. If we are required by law or by a cemetery or crematory to any items, we will explain the reasons in writing below. If you selected a funeral that may require embalming, such as a funeral viewing, you may have to pay for embalming. You do not have to pay for embalming you did not approve if you selected ngements such as a direct cremation or immediate burial. If we charged for embalming, we will explain why below.

| Shawn Matthew McKee | 6-25-2013 | 7-3-2013 |
|---|---|---|
| FUNERAL SERVICE FOR | DATE OF DEATH | DATE OF FUNERAL SERVICE |

**PROFESSIONAL SERVICE SELECTED**
Non-declinable Services of Funeral Director and Staff .................................... $ _____
Embalming ............................................................................................. $ _____
Other Preparation of the Body ..................................................................... $ _____
Dressing and Casketing of Body .................................................................. $ 150.00

**FACILITIES AND RELATED STAFF CHARGES**
Use of Facilities and Staff Services for Viewing .............................................. $ _____
Funeral at Facility or other Location and Staff Services ................................... $ 495.00
Memorial Service at Facility or other Location and Staff Services ...................... $ _____
Graveside Equipment and Staff Services ...................................................... $ 450.00
Tent/Chairs for Graveside/Committal Service (Set up & taken down day of service) ... $ 225.00

**AUTOMOTIVE EQUIPMENT** (Local Service 25 miles)
ransfer of Remains to Funeral Home ........................................................... $ _____
uneral Coach ........................................................................................ $ 250.00
amily Car ............................................................................................. $ _____
rocessional Lead Car .............................................................................. $ _____
lower Van/Service Car ............................................................................ $ 175.00

**PECIAL CHARGES** (See General Price List for complete description)
rwarding Remains to _____ ............................................................ $ _____
ceiving Remains from ___English Funeral Home___ ..................................... $ 1,470.00
mediate Burial ...................................................................................... $ _____
ect Cremation ...................................................................................... $ _____

**TOTAL SERVICE SELECTED** $ 3,215.00

**RCHANDISE SELECTED**
ket Selected _____Triangle--Ebony-- 20Ga.OS_____ ..................................... $ 2,795.00
er Burial Container _____12 Ga. Steel_____ ............................................... $ 1,250.00
hing _____ .......................................................................... $ _____
nowledgement Cards ............................................................................. $ _____
ster Book ...................... Memorial Package--- ......................................... $ 190.00
orial Folders ...................................................................................... $ _____
orary Grave Marker .............................................................................. $ _____

| | |
|---|---|
| ~~Family Car~~ | $ |
| Processional Lead Car | $ |
| Flower Van/Service Car | $ 175.00 |

SPECIAL CHARGES (See General Price List for complete description)

| | | |
|---|---|---|
| Forwarding Remains to _____ | | $ |
| Receiving Remains from | English Funeral Home | $ 1,470.00 |
| Immediate Burial | | $ |
| Direct Cremation | | $ |
| | TOTAL SERVICE SELECTED | $ 3,215.00 |

MERCHANDISE SELECTED

| | | |
|---|---|---|
| * Casket Selected | Triangle--Ebony-- 20Ga.OS | $ 2,795.00 |
| * Outer Burial Container | 12 Ga. Steel | $ 1,250.00 |
| * Clothing | | $ |
| * Acknowledgement Cards | | $ |
| * Register Book | Memorial Package--- | $ 190.00 |
| * Memorial Folders | | $ |
| * Temporary Grave Marker | | $ |
| | TOTAL MERCHANDISE SELECTED | $ 4,235.00 |
| | SALES TAX ON ITEMS MARKED WITH A* | $ 211.75 |

CASH ADVANCES

| | | |
|---|---|---|
| Transportation | From Charlotte, NC. Airport | $ 575.00 |
| ~~Clergy Honorarium~~ | Airfare | $ 661.13 |
| ~~Music~~ | Charges from English Funeral Home | $ 1,717.00 |
| * Flowers | | $ |
| Death Certificates (No. ____) | | $ |
| Newspaper Notices | | $ 150.00 |
| Opening & Closing Grave | | $ 575.00 |
| Hairdresser | | $ |

| | |
|---|---|
| TOTAL CASH ADVANCE | $ 3,678.13 |
| TOTAL SERVICES, MERCHANDISE AND CASH ADVANCE | $ |
| PAID AT OR PRIOR TO ARRANGEMENTS OR OTHER CREDIT | $ |
| BALANCE DUE | $ 11,339.88 |

This is a cash transaction. The undersigned jointly and severally agree to pay **WILLIAMS FUNERAL HOME** the balance due on this account, plus the reasonable or agreed value of such additional services, materials, and cash advances as may be furnished by **WILLIAMS FUNERAL HOME**. Such payment shall be made within thirty days from date of the funeral service. A late penalty of 1-1/4% per month (15% per year) will be assessed on the unpaid balance for materials and services.

WILLIAMS FUNERAL HOME makes no warranties or representations concerning the products sold herein. The only warranties, expressed or implied, granted in connection with the products sold with this Funeral Service, are the expressed written warranties, if any, extended by the manufacturers thereof, **THE WILLIAMS FUNERAL HOME** hereby expressly disclaims all warranties, expressed or implied, relating to all such products, including, but not limited to the implied warranties of merchantability and fitness for a particular purpose.

I/We, the undersigned, acknowledge that the foregoing statement has been read to me/us and I/We hereby acknowledge receipt of completed copy.

Print Name _KAREN BAGheri_

Signature _Karen Taylor Bagheri_

Date of Birth _____

Social Security # _____

Mailing Address
_1632 Overhill Road_

_Bristol VA 24201_

Date _7-5-13_ Time _11:15_

WILLIAMS FUNERAL HOME

Signature of Funeral Personnel

If any law, cemetery, or crematory requirements have required the purchase of any of the items listed, the law or requirement is explained below:

_____

_____

Reason for Embalming: _Required by the Funeral Home for a Normal Public Viewing and Funeral Ceremony because of Public Health Safety._