APPALACHIAN EMERGENCY PHYS
RUSSELL COUNTY MEDICAL CENTER
PO BOX 534964
ATLANTA GA 30353 4964

PHONE: 800 210 7034

144004
385471

DATE: 09/15/14
ACCOUNT NUMBER: 385471

SHAWN MCKEE
1632 OVERHILL RD
BRISTOL VA 24201 1546

06/07/13

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT OF $ _____

| Date | Provider | Description | | | | Code | Amount |
|---|---|---|---|---|---|---|---|
| 06 07 13 | BAILEY | EMERGENCY DEPT VISIT | Dx1 4660 | Dx2 6827 | Dx3 1104 | 99285 | 654.00 |
| 09 14 13 | BAILEY | REVENUE RECOVERY CORPORATI | | | | 83 | -654.00 |
| | | ACCOUNT BALANCE | | | | | 0.00 |

Our records indicate that you have a balance for
emergency physician services performed at Russell County Medical Ctr.
To make a payment or insurance update online,
please visit https://patient.symmetricrs.com.

| 385471 | | | -654.00 | 654.00 | 0.00 |
|---|---|---|---|---|---|
| 09/15/14 | MAKE CHECK PAYABLE TO: | APPALACHIAN EMERGENCY PHYS | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

TAX ID 80-0592504                                    TWILLIAM

Page 1 of 1

