

Russell County Medical Center
Carrol & Tate Streets, Lebanon, VA 24266
276-883-8000
**Patient: MCKEE, SHAWN DOB: 5/8/1982 Patient #: 60052060 MRN: 800116708 Date in: 06/07/2013**
Discharge Instructions

You have been diagnosed and treated by a specialist in Emergency Medical Care. These discharge instructions have been prepared for you in order that you better understand your condition, and how this condition may affect you now that you have been discharged from our emergency room. Please read these instructions carefully, and do not hesitate to call us if you have any questions.

Your emergency care provider today was: **BAILEY, DWIGHT**

**Your primary diagnosis is:** Acute Bronchitis

Referred to:

*NONE

Follow up in 5 days

The exam and treatment you received today has been provided on an emergency basis only. This is not a substitute for complete medical care. You, not Russell County Medical Center, are responsible for arranging and obtaining follow-up care with a doctor or other healthcare provider, which includes making arrangements for payment. If your problem worsens or new symptoms appear and you are unable to arrange prompt follow-up care, call or return to this emergency room.

If you had EKG's or X-rays done in the Emergency Department, they will be reviewed by a specialist. If their interpretation is different from the Emergency care provider, you or your physician will be notified.

If you had cultures done, results are usually available within 48-72 hours. If the results indicate a need for re-evaluation or change in treatment, you will be notified.

Your opinion is important to us. A few days after leaving the Emergency Department you may receive a Press Ganey Patient Satisfaction survey in the mail. Please take a moment to complete the survey and return it. We want to hear about the positive things that happened during your Emergency Department visit and also to know where we need to improve our services. Thank you for allowing Russell County Medical Center to serve you and your family.

Survey Grading Scale
Excellent...................5

RCMC CI#: 01074185
PT#: 60052060   MR#: 800116708
MCKEE ,SHAWN
DOB:05 / 08 / 1982   31   Y   06/07/13 19:53

MalchanoKA 1/19/2015 4:55:23 PM -05:00 Page 1 of 11

Russell County Medical Center
Carrol & Tate Streets, Lebanon, VA 24266
276-883-8000
Patient: MCKEE, SHAWN  DOB: 5/8/1982  Patient #: 60052060  MRN: 800116708  Date In: 06/07/2013
Discharge Instructions

Very Good.................4
Satisfactory..............3
Unsatisfactory...........2
Poor......................1

**Tests and Procedures:** Small / Moderate Dsg (NOT BURNS) WOUND TO POSTERIOR RIGHT FIFTH TOE CLEASED THOROUGHLY WITH NS, PATTED DRY, WOUND C&S COLLECTED, AQUACEL CUT TO FIT AND APPLIED TO WOUND, COVERED WITH 2X2 GAUZE, SECURED WITH TUBULAR ELASTIC DRESSING; Wound Cleaning No sutures; PO Tylenol Other... 975MG; PO Vibramycin 100 mg; IM Toradol 60 mg; Analgesics Custom Med (Manual Entry) NORFLEX 60MG IN RIGHT VENTROGLUTEAL;

**New Prescriptions:** Vibramycin 100 mg: one pill by mouth twice a day for 10 (ten) days for infection ; Quantity: 20 (twenty) ; Refills: 0 (zero) || Lamisil 250 mg: one pill by mouth once daily for 2 weeks for infection ; Quantity: 15 (fifteen) ; Refills: 0 (zero) || Zanaflex 4 mg tablet (scored): Take 1 by mouth q8 as needed for stiffness or spasm ; Quantity: 20 (twenty) ; Refills: 0 (zero) || Toradol 10 mg: 1 (one) by mouth every 6 (six) hours as needed for pain ; Quantity: 20 (twenty) ; Refills: 0 (zero)



RCMC CI#: 01074185
PT#: 60052060   MR#: 800116708
MCKEE,SHAWN
DOB:05 / 08 / 1982  31 Y  06/07/13 19:53  MERORLW6MB

Russell County Medical Center
Carrol & Tate Streets, Lebanon, VA 24266
276-883-8000
Patient: MCKEE, SHAWN   DOB: 5/8/1982   Patient #: 60052060   MRN:  800116708   Date in: 06/07/2013
Discharge Instructions

---

### BRONCHITIS

BRONCHITIS

WHAT IS BRONCHITIS?
Bronchitis is an inflammation (swelling) of mucus
membranes of the bronchial tubes in the lungs. It
can be caused by infection, exposure to smoke
(cigarette, cigar), air pollution, allergens and
chemicals.  There are two types of Bronchitis;
Acute - sudden onset with a short duration and
Chronic - lasting over a long period and recurring
over several years.

The symptoms include:
- Cough (with little or no phlegm at first but more later)
- Fever (less then 101 degrees)
- Wheezing
- Chest discomfort

WHAT SHOULD I KNOW AND DO FOR BRONCHITIS?
- DO NOT SMOKE.  This is very important.
- Avoid inhaling other irritants or chemicals.
- Avoid being out in damp, rainy, or cool weather.
- Drink lots of fluids (6-8 glasses per day).
- Avoid milk products until you are better.
- Rest as much as possible.
- Take medicines as directed by the doctor.
- Take antibiotics as directed until they are gone.
- Be aware that the cough may last for several weeks.

WHEN AND WHY SHOULD I FOLLOW UP WITH THE DOCTOR?
- If you are not improving in 3-5 days with treatment.
- If you are getting worse instead of better.
- If you have increased difficulty breathing.

    Your condition may benefit from home health services.
    Please ask for home health assistance or information.    0103>



Russell County Medical Center
Carrol & Tate Streets, Lebanon, VA 24266
276-883-8000
Patient: MCKEE, SHAWN  DOB: 5/8/1982  Patient #: 60052060  MRN: 800116708  Date In: 06/07/2013
Discharge Instructions

## ZANAFLEX (Tizanadine)

ZANAFLEX (Tizanadine)

This medicine is prescribed and used as a muscle relaxant,
to treat headaches, low back pain, and trigeminal neuralgia
(nerve pain).
-Tell your provider if you have any allergies to
 prescription or over the counter medication, environmental
 or herbal substances.
-Take this medicine with or without food, but be
 consistent. Always take with food or always take on an
 empty stomach.
-If you have been taking this medicine for several weeks,
 talk with healthcare provider before stopping. You may want
 to gradually withdraw this medicine. Do not change from
 capsule to tablet or otherwise,
-If you have any of the following talk with healthcare
 provider before taking this medication: kidney or liver
 disease, low blood pressure or fall frequently; if you are
 pregnant, suspect pregnancy or nursing.
-Most common side effects: Dry mouth, feeling lightheaded,
 sleepy, having blurred vision, or a change in thinking
 clearly. Avoid driving, doing other tasks or activities
 that requires you to be alert or have clear vision until
 you see how this medicine affects you. If feeling dizzy,
 rise slowly from sitting or lying position. Be careful
 climbing. You may need to have your liver enzymes checked
 by your doctor.
-Call your doctor if: Signs of a life-threatening reaction.
 These include rash, wheezing; chest tightness; fever;
 itching; bad cough; blue skin color; swelling of face,
 lips, tongue, or throat.
-Notify your doctor if you are not improving or have any of
 the following: Severe belly pain, severe nausea or
 vomiting, not feeling hungry, dark colored urine or yellow
 skin or eyes. Severe dizziness or passing out.
-Store at room temperature and protect from light and
 moisture. Capsules: 2 mg, 4 mg, or 6 mg. Tablets: 2mg; 4mg.
 0711>

RCMC CI#: 01074185   MR#: 800116708
PT#: 60052060
**MCKEE ,SHAWN**                    Mᴇʀᴄᴀʟᴜᴍᴍᴇ
DOB:05 / 08 / 1982  31  Y  06/07/13 19:53

Russell County Medical Center
Carrol & Tate Streets, Lebanon, VA 24266
276-883-8000
Patient: MCKEE, SHAWN  DOB: 5/8/1982  Patient #: 60052060  MRN: 800116708  Date in: 06/07/2013
Discharge Instructions

## KETOROLAC

KETOROLAC

COMMON BRAND NAMES OF THIS DRUG INCLUDE: TORADOL.

THIS MEDICINE IS USED TO HELP RELIEVE PAIN AND IN THE
TREATMENT OF INFLAMMATION.

- Take exactly as directed.  If you miss a dose, take
  when remembered but not if almost time for the next
  dose.  Do not double doses.
- This medicine may cause drowsiness or dizziness.
  Avoid driving or other activities that require alertness
  until response to the medicine is known.
- Avoid use of alcohol, aspirin, ibuprofen, acetaminophen,
  or other over-the-counter medicines without taking to
  your doctor of pharmacist.
- Tell your doctor or dentist that you are taking this
  medicine before other treatment or surgery.
- Call your doctor if you have rash, itching, trouble
  seeing, weight gain, swelling, black stools, or headache
  that does not get relieved.
- Possible common side effects are: drowsiness, bleeding in
  the stomach or intestines, kidney problems, blood
  abnormalities.
- DO NOT TAKE this medicine if you are allergic to
  ketorolac, if you have asthma, kidney disease, severe
  liver disease, ulcer disease or if you are
nursing.          0405>

RCMC CI#: 01074185   MR#: 800116708
PT#: 60052060
MCKEE ,SHAWN                    MEMORIAL WEMB
DOB:05 / 08 / 1982  31  Y  06/07/13 19:53



MalchanoKA 1/19/2015 4:55:23 PM -05:00 Page 5 of 11

Russell County Medical Center
Carrol & Tate Streets, Lebanon, VA 24266
276-883-8000
Patient: MCKEE, SHAWN  DOB: 5/8/1982  Patient#: 60052060  MRN: 800116708  Date in: 06/07/2013
Discharge Instructions

## LAMISIL (terbinafine hydrochloride tablets)

LAMISIL (terbinafine hydrochloride tablets)

Lamisil is prescribed for the treatment of fungal
infections of the toenail or fingernail.

-Tell your provider of all allergies and use of medications
 including over-the counter meds, herbals or supplements and
 any environmental reactions. Lamisil can react with other
 meds tell your doctor if you are taking coumadin,
 cimetidine, rifampin or a cyclosporine.
-Tell your doctor if you are pregnant, suspect pregnancy or
 nursing.
-Prior to starting treatment, appropriate nail specimens
 for laboratory testing (KOH preparation, fungal culture, or
 nail biopsy) may be obtained to confirm the diagnosis.
-Tell your doctor if you have chronic or active liver
 disease. Before taking this medication, pre-existing liver
 disease should be assessed. Liver enzyme blood tests (ALT
 and AST) are advised for all patients and will be monitored
 while you are on this treatment as per your doctor's
 instructions. Follow-up is essential. Liver toxicity may
 occur with and without pre-existing liver disease. Report
 immediately to any symptoms of persistent nausea, anorexia,
 fatigue, vomiting, right upper abdominal pain or jaundice,
 (yellowing of the skin or eyes), dark  colored urine or
 pale colored stools. Alcohol use and Lamisil can damage the
 liver.
-Tell your provider if you have or ever had problems with
 your immune system or blood work results.
-The use of this medication is not recommended if you have
 kidney disease, are pregnant or breastfeeding, or for
 pediatric patients.
-The most commonly reported side effects are
 gastrointestinal symptoms (including diarrhea, dyspepsia,
 and belly pain), liver test abnormalities, rashes, hives,
 itching, and taste disturbances. In general, these are
 mild, transient, and do not lead to discontinuation.
 However all side effects should be reported to your
 physician. Other adverse reactions which have been reported
 include malaise, fatigue, vomiting, joint and muscle pains,
 and hair loss. Rare cases of liver failure, some leading to
 death or liver transplant, have occurred.
-If you feel you may have overdosed this medication, call
 emergency immediately. The symptoms of overdose included nausea,
 vomiting, abdominal
 pain, dizziness, rash, frequent urination, and headac

RCMC CI#: 01074185    MR#: 800116708
PT#: 60052060
MCKEE ,SHAWN                          M ERDRLVEMB
DOB:05 / 08 / 1982  31  Y  06/07/13 19:53

Discharge Instructions (Pro-MED Clinical Systems, L
Printed on: 06/08/2013 05:14
Page 6 of   {(

**Russell County Medical Center**
Carrol & Tate Streets, Lebanon, VA 24266
276-883-8000
Patient: MCKEE, SHAWN  DOB: 5/8/1982  Patient #: 60052060  MRN: 800116708  Date In: 06/07/2013
**Discharge Instructions**

-Take all of the pills that has been prescribed for you
even if you begin to feel better. The symptoms may begin to
improve before the infection is completely treated. Take a
missed dose as soon as you remember. However, if it is
almost time for the next regularly scheduled dose, skip the
missed dose and take the next one as directed. Do not take
a double dose of this medication.
-Signs of life-threatening reactions include: wheezing,
chest tightness, fever, itching, bad cough, blue skin
color, rash, swelling of face, lips, tongue, or throat.
-Supplied in 250 mg tablets.                                    0711>



RCMC C#: 01074185
PT#: 60052060   MR#: 800116708
MCKEE,SHAWN
DOB:05 / 08 / 1982  31  Y  06/07/13 19:53   MERDRLWMS

Russell County Medical Center
Carrol & Tate Streets, Lebanon, VA 24266
276-883-8000
Patient: MCKEE, SHAWN  DOB: 5/8/1982  Patient #: 60052060  MRN: 800116708  Date In: 06/07/2013
Discharge Instructions

### DOXYCYCLINE

DOXYCYCLINE

COMMON BRAND NAMES OF THIS DRUG INCLUDE: DORYX, VIBRAMYCIN,
VIBRA-TABS.

THIS MEDICINE IS USED TO HELP FIGHT INFECTION.

- Take medicine around the clock and finish the drug
  completely as directed, even if you feel better.
- Avoid taking milk, antacids, calcium, magnesium-containing
  medicines, and iron supplements within 1-3 hr of this medicine.
- Sharing of this medication may be dangerous.
- Use sunscreen and protective clothing to prevent reactions to
  the sun.
- Report the signs of superinfection (black, furry overgrowth
  on the tongue, vaginal itching or discharge, loose or foul-
  smelling stools) and allergy.
- Notify your doctor if symptoms do not improve.
- Discard outdated or decomposed medicines, as they may be
  toxic.
- Possible common side effects are: blood abnormalities, nausea,
  abdominal pain, vomiting, diarrhea, liver problems, rash,
  itching and sensitivity to light.
- DO NOT TAKE this medicine if you are allergic to tetracyclines
  or if you are
pregnant.                                                    0405>



Russell County Medical Center
Carrol & Tate Streets, Lebanon, VA 24266
276-883-8000
Patient: MCKEE, SHAWN  DOB: 5/8/1982  Patient #: 60052060  MRN: 800116708  Date In: 06/07/2013
Discharge Instructions

## VIBRAMYCIN (doxycycline)

VIBRAMYCIN (doxycycline)

THIS MEDICINE IS USED TO HELP FIGHT INFECTION.

- Take medicine around the clock and finish the drug
  completely as directed, even if you feel better.
- Avoid taking milk, antacids, calcium, magnesium-containing
  medicines, and iron supplements within 1-3 hr of this medicine.
- Sharing of this medication may be dangerous.
- Use sunscreen and protective clothing to prevent reactions to
  the sun.
- Report the signs of superinfection (black, furry overgrowth
  on the tongue, vaginal itching or discharge, loose or foul-
  smelling stools) and allergy.
- Notify your doctor if symptoms do not improve.
- Discard outdated or decomposed medicines, as they may be
  toxic.
- Possible common side effects are: blood abnormalities, nausea,
  abdominal pain, vomiting, diarrhea, liver problems, rash,
  itching and sensitivity to light.
- DO NOT TAKE this medicine if you are allergic to tetracyclines
  or if you are
pregnant.                                                    0405>

RCMC CI#: 01074185   MR#: 800116708
PT#: 60052060
MCKEE ,SHAWN                    MERDFLVSMS
DOB:05 / 08 / 1982  31  Y  06/07/13 19:53

Case 1:14-cv-00077-JPJ   Document 99-6 Filed 12/04/15   Page 9 of 28   00014

Russell County Medical Center
Carrol & Tate Streets, Lebanon, VA 24266
276-883-8000
Patient: MCKEE, SHAWN  DOB: 5/8/1982  Patient #: 60052060  MRN: 800116708  Date In: 06/07/2013
Discharge Instructions

## Illness/Injury & Medicine Topics
BRONCHITIS (English)
ZANAFLEX (Tizanadine) (English)
KETOROLAC (English)
LAMISIL (terbinafine hydrochloride tablets) (English)
DOXYCYCLINE (English)
VIBRAMYCIN (doxycycline) (English)

**Tests and Procedures:** Small / Moderate Dsg (NOT BURNS) WOUND TO POSTERIOR RIGHT FIFTH TOE CLEASED THOROUGHLY WITH NS, PATTED DRY, WOUND C&S COLLECTED, AQUACEL CUT TO FIT AND APPLIED TO WOUND, COVERED WITH 2X2 GAUZE, SECURED WITH TUBULAR ELASTIC DRESSING; Wound Cleaning No sutures; PO Tylenol Other... 975MG; IM Toradol 60 mg; Analgesics Custom Med (Manual Entry) NORFLEX 60MG IN RIGHT VENTROGLUTEAL;

**New Prescriptions:** Vibramycin 100 mg: one pill by mouth twice a day for 10 (ten) days for infection ; Quantity: 20 (twenty) ; Refills: 0(zero) || Lamisil 250 mg: one pill by mouth once daily for 2 weeks for infection ; Quantity: 15 (fifteen) ; Refills: 0 (zero) || Zanaflex 4 mg tablet (scored): Take 1 by mouth q8 as needed for stiffness or spasm ; Quantity: 20 (twenty) ; Refills: 0 (zero) || Toradol 10 mg: 1 (one) by mouth every 6 (six) hours as needed for pain ; Quantity: 20 (twenty) ; Refills: 0(zero)

Referred to:

*NONE

RCMC CI#: 01074185   MR#: 800116708
PT#: 60052060
**MCKEE ,SHAWN**   MERDRU90M0
DOB:05 / 08 / 1982  31  Y  06/07/13 19:53

Follow up in 5 days

Your emergency care provider today was: **BAILEY, DWIGHT**

**Your primary diagnosis is:** Acute Bronchitis

### Acknowledgement

I have received and I understand the instructions as described above.

**Russell County Medical Center**
Carrol & Tale Streets, Lebanon, VA 24266
276-883-8000
Patient: MCKEE, SHAWN   DOB: 5/8/1982   Patient #: 60052060   MRN: 800116708   Date In: 06/07/2013

**Discharge Instructions**

X _Shawn L. McKee_                          _[signature]_
Patient or Guardian                          Staff

_6/7/12_                                      _2350_
Date                                          Time

RCMC CI#: 01074185   MR#: 800116708
PT#: 60052060
MCKEE, SHAWN
DOB:05 / 08 / 1982   31  Y   06/07/13 19:53
MEMORIALWAVE

Discharge Instructions (Pro-MED Clinical Systems, L.L.C.)
Printed on: 06/07/2013 23:27
Page 11 of 11

Case 1:14-cv-00077-JPJ   Document 99-6 Filed 11/04/15 Page 11 of 28 RCMC PageID#: 206   00016

## ORDER PROCEDURE FORM
## PULMONARY EMERGENCIES

**Russell County Medical Center**

Name: **MCKEE, SHAWN**
Age: 31YRS  DOB: 05/08/1982  Sex: M
EDP: BAILEY, DWIGHT  PCP: *NONE

Pt#: 60052060
MR#: 800116708

Date In: 6/7/2013   Time: _____

| Laboratory Tests | Order/Sent | By | Order/Time | Other Diagnostic Tests Radiology | Order/Sent | By |
|---|---|---|---|---|---|---|
| CBC | | | | CXR (PA/LAT - Portable) | | |
| BMP  CMP | | | | Spiral CT Chest w/contrast-PE Protocol | | |
| BNP  Blood X 1 | | 203n | | VQ Scan  Venus duppen | | |
| Theophylline Level | | | | Rt and Lt | 2100 | |
| Cardiac Profile | | | | Cardiopulmonary  lower extremities | | |
| | | | | EKG | | |
| UA | | 210 | | Nebulizer Treatment | | |
| | | | | ABG | | |
| | | | | Peak Flows | | |
| | | | | O2      LPM | | |
| **Misc. Orders** | | | | **Medical Necessity Information:** | | |
| Previous Medical Records | | | | | | |
| Physical Therapy - Eval & Tx | | | | | | |

**Weight:** ___  **Allergies:** NKDA
**IDS:** ___
**KGS:** ___

| Order/Time | Medication / Dosage / Route | VO | Read Back | Adm time | Adm by | Site | Time | Reassessment | Pain | Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| | Toradol 60 | | | | | RV4 | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| | Narthe 60 | | | | | RVQ | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| | Tylenol 1000mg | | | | | PO | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| | Vibram 100 mg | | | | | | 2300 | ☐ Improved ☐ Worse ☐ Unchanged | | |
| | Lanoxin 0.120 | | | | | | | ☐ Improved ☐ Worse ☐ Unchanged | | |

| Order/Time | IV / Solution / Added Medication | Start Time | Device / Size | Location | Attempts | Amount | Start by | D/C Time | Amt Infused | D/C by |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ KVO Device: | | | | | | | | | | |
| ☐ IV Fluid: | | | | | | | | | | |

**Procedures / Nursing Assistance**

| | |
|---|---|
| ☐ Cardiac Monitor  Rate___ Rhythm___ | ☐ Chest Tube Insertion |
| ☐ NIBP Monitor | ☐ Central Line Placement |
| ☐ Pulse Oximetry | ☐ CVP Monitoring |
| ☐ Endotracheal Intubation | ☐ O2 |

**Discharge Instructions**

RCMC Ct#: 01074185   MR#: 800116708
Pt#: 60052060
MCKEE ,SHAWN      MELANOMA
DOB:05 / 08 / 1982  31  Y  06/07/13 19:53

Initials/Signature: ___

PA/ARNP: ___     Physician Signature: ___

Rev. 09/14/04

#6

Case 1:14-cv-00077-JPJ  Document 99-6 Filed 12/04/15 Page 12 of 28 Pageid#: 2207
Shawn Matthew McKee  03430.001 RCMC REC 03430.001
00017

MCKEE, SHAWN, Enc #60052060 EMR 6/7/2013 Russell County Medical Center

**Russell County Medical Center**
Carrol & Tate Streets, Lebanon, VA 24266
276-883-8000
Patient: MCKEE, SHAWN   DOB: 5/8/1982   Patient #: 60052060   MRN: 800116708   Date In: 6/7/2013

**CHIEF COMPLAINT/HISTORY OF PRESENT ILLNESS:** DLB 06/07/2013 20:38

MCKEE, SHAWN is a 31 year old M that presented to the Emergency Department at 19:54 by AMB-POV. The patient was triaged at 20:15 with the following vital signs: T: 102.8 T, P: 136 regular, R: 26 unlabored, BP: 157/107, SPO2: 97 Amt:RA, Pain: 8 upper back. The patient's primary care physician is *NONE.

**Chief Complaint -- SHORTNESS OF BREATH--HX OF ASTHMA/COPD**

Exam Time: 20:33.
History obtained from: patient, spouse.
History limited by: N/A.
Onset of symptoms was 1 day(s) ago. Symptoms came on gradually.
Symptoms are present and increased from onset.
Patient states symptoms are of moderate intensity. Patient admits to shortness of breath while at rest.
Symptoms exacerbated by movement.
Symptoms relieved by nothing.
Associated signs and symptoms: positive chest pain, positive chills, positive chest congestion, positive dyspnea, positive fever, positive myalgias, positive nausea, positive vomiting, negative hemoptysis, negative post nasal drip, negative sore throat, negative sinus pain/pressure, negative wheezing, post.

**REVIEW OF SYSTEMS:** DLB 06/07/2013 20:39
Constitutional: positive chills, positive fever.
ENT: negative difficulty swallowing.
Eyes: negative blurry vision.
Cardiovascular: positive chest pain.
Respiratory: positive shortness of breath, positive cough, positive congestion.
Gastrointestinal: negative abdominal Pain.
Genitourinary: negative dark urine.
Musculoskeletal: negative extremity pain.
Neurological: negative altered mental status.
Psychological: negative agitated.
Endocrine: negative polyuria.
Integument: negative lesions.

**PAST MEDICAL AND SURGICAL HISTORY:** DLB 06/07/2013 20:40
Past Medical History: positive DENIES.
Tetanus Status: under 5 ye.
Past Medical and Surgical histories reviewed.

Case 1:14-cv-00077-JPJ   Document 90-6 Filed 12/04/15   Page 13 of 28   Pageid#: 2288    00018

MCKEE, SHAWN, Enc #60052060 EMR 6/7/Russell County Medical Center
Carrol & Tate Streets, Lebanon, VA 24266
276-883-8000
Patient: MCKEE, SHAWN   DOB: 5/8/1982   Patient #: 60052060   MRN: 800116708   Date In: 6/7/2013

**FAMILY AND SOCIAL HISTORIES, ALLERGIES AND MEDS:** DLB 06/07/2013 20:40
Allergies: NKDA
Medications: DENIES
Family History: positive Diabetes Mellitus, positive HTN.
Social history is negative for alcohol and tobacco use.

**PHYSICAL EXAMINATION:** DLB 06/07/2013 20:40
**General:** Vital signs noted.
**HEENT:** HEENT WNL. No evidence trauma.
**Neck:** Appears normal with no JVD present. Neck is supple with no bony tenderness or palpable adenopathy.
**Chest:** post mid chest
**Respiratory:** No respiratory distress. Lungs clear with equal breath sounds bilaterally.
**Cardiovascular:** PMI normal. RRR. S1, S2 normal with no murmurs, clicks, gallops or rubs. All distal pulses 2+ and symmetric.
**Abdomen:** Bowel sounds are normoactive. Abdomen is soft, flat, non-tender, without organomegaly or palpable mass.
**Musculoskeletal/Extremity:** Normal joint range of motion; no swelling or deformities. Negative cyanosis, clubbing or edema.
**Skin:** Skin is warm and dry with normal turgor, without lesions or rashes. tinea pedis r foot,erythema dorsum r foot
**Neurologic:** Alert and oriented to person, place and time. Cranial nerves 2-12 grossly intact. No motor or sensory deficits.

**DIAGNOSTIC TEST RESULTS:** DLB 06/07/2013 21:26
**Radiology:**
**X-Ray:** Interpretation by Emergency Department Physician. Chest X-Ray AP Portable View -- No acute disease. **Ultrasound:** Non-Invasive Doppler Blood Flow -- Normal study with no evidence of thromboembolic disease.
*LABORATORY: (Refer to the laboratory submitted results report for units of concentration and reference values.)*

| Abnormal laboratory results: | |
| --- | --- |
| Glucose | 134 |
| WBC | 10.8 |

**CLINICAL IMPRESSION:** DLB 06/07/2013 23:18
1. Acute Bronchitis
2. Cellulitis,Tinea Pedis

Case 1:14-cv-00077-JPJ   Document 30-6   Filed 12/04/15   Page 14 of 28   RCMC Page 00019   00019

REPRINT                                                                    REPRINT

MCKEE, SHAWN, Enc #60052060 EMR 6/7/2013 Russell County Medical Center
Carrol & Tate Streets, Lebanon, VA 24266
276-883-8000
Patient: MCKEE, SHAWN   DOB: 5/8/1982   Patient #: 60052060   MRN: 800116708   Date In: 6/7/2013

**DISPOSITION:** DLB 06/07/2013 23:19
Disposition: Patient discharged to home.
Condition: Improved.
Certified Med Emerg: Patient's condition represents a certified medical emergency. Disposition
date/time: 06/07/2013 23:20.
Discussed care with patient and family. Explained findings, diagnosis, and need for follow-up care.

**INSTRUCTIONS:** DLB 06/07/2013 23:20
Patient has received printed discharge instructions. Discharge plans discussed with patient who
verbalizes understanding and willingness to comply. Prescription(s) written for: Vibramycin 100 mg:
one pill by mouth twice a day for 10 (ten) days for infection ; Quantity: 20 (twenty) ; Refills: 0(zero) ||
Lamisil 250 mg: one pill by mouth once daily for 2 weeks for infection ; Quantity: 15 (fifteen) ; Refills:
0 (zero) || Zanaflex 4 mg tablet (scored): Take 1 by mouth q8 as needed for stiffness or spasm ;
Quantity: 20 (twenty) ; Refills: 0 (zero) || Toradol 10 mg: 1 (one) by mouth every 6 (six) hours as
needed for pain ; Quantity: 20 (twenty) ; Refills: 0(zero).
Patient agrees to follow up with *NONE. Instructed to obtain follow up care in five days.
Patient agrees to return to Emergency Department immediately if symptoms worsen or fail to improve.

**PHYSICIAN ORDERS**
(1) IM Toradol 60 mg [DLB] ordered at 6/7/2013 20:49 [by: TC1, Transcribed]
(1) Analgesics Custom Med (Manual Entry) NORFLEX 60MG IN RIGHT VENTROGLUTEAL
[DLB] ordered at 6/7/2013 20:50 [by: TC1, Transcribed]
(1) PO Tylenol Other... 975MG [DLB] ordered at 6/7/2013 20:51 [by: TC1, Transcribed]
(1) Small / Moderate Dsg (NOT BURNS) WOUND TO POSTERIOR RIGHT FIFTH TOE CLEASED
THOROUGHLY WITH NS, PATTED DRY, WOUND C&S COLLECTED, AQUACEL CUT TO FIT
AND APPLIED TO WOUND, COVERED WITH 2X2 GAUZE, SECURED WITH TUBULAR
ELASTIC DRESSING [DLB] ordered at 6/7/2013 22:00 [by: AMV, Transcribed]
(1) Wound Cleaning No sutures [DLB] ordered at 6/7/2013 22:00 [by: AMV, Transcribed]

DWIGHT BAIELY L All text in this document clearly marked by DLB has been authored and legally
signed by use of electronic device. 06/07/2013 23:24

Case 1:14-cv-00077-JPJ   Document 60-6   Filed 12/04/15   Page 15 of 28   RCMC records 00040   00020

## *INITIAL ASSESSMENT FORM*

**Russell County Medical Center**

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY: **3** | Patient: **MCKEE, SHAWN** | | | | Pt#: 60052060 | |
| **Urgent** | DOB: 05/08/1982 | AGE: | 31YRS | Sex: M | MR#: 800116708 | |
| | EDP: BAILEY, DWIGHT | | | | Worker's Comp: | |
| DATE: 06/07/2013 | PCP: *NONE | | | | Emp. Referred: | |

| | | | |
|---|---|---|---|
| Presentation Time: 19:54 | Triage Time: 20:15 | Arrival Mode: AMB-POV | |
| Height: 6 ' 1 " Weight: lbs. kgs. LMP: | | Last Tetanus: under 5 ye | Acc By: FAMILY |

| | Vital Signs |
|---|---|
| Chief Complaint: SHORTNESS OF BREATH--HX OF ASTHMA/COPD | T: 102.8 T |
| Brief Assessment: PATIENT COMPLAINS OF COUGH X 2 DAYS WITH FEVER, SOB, VOMITING WITH COUGH. PATIENT STATES THAT HE HAS HX OF SEASONAL ALLERGIES AND ASTHMA. STATES DAUGHTER SLEPT WITH KNEES IN HIS BACK AND HAS PAIN IN UPPER BACK THAT "RESTRICTS" HIS BREATHING | P: 136 regular<br>R: 26 unlabored<br>BP: 157/107<br>O2: 97 % RA |

Pain Intensity Scale: 8 / 10
Pain Location: upper back

| | | | |
|---|---|---|---|
| NIGHT SWEATS | NO | HEMOPTYSIS | NO |
| WEIGHT LOSS | NO | FEVER | YES |
| ANOREXIA | NO | | |

| | |
|---|---|
| ABUSE | NO |
| PNEUMONIA VACCINE | NO |
| INFLUENZA VACCINE | NO |
| FALL RISK | NO |
| SMOKER | NO |
| PRODUCTIVE COUGH | YES |
| FEVER | YES |
| HX OF ASTHMA | YES |
| HX OF COPD | NO |
| TAKING PRESCRIBED MEDS | NO |

| | |
|---|---|
| Sudden Onset: | |
| Pre-Hospital Treatment: | MOTIRN/NYQUIL |
| Pediatric Assessment: | N/A |
| Past Medical History: | DENIES |

**Allergies: NKDA-**

Medicines: DENIES.

Nurse Signature: _____  TC1

Additional Notes:

RCMC CI#: 01074185    MR#: 800116708
PT#: 60052060
**MCKEE ,SHAWN**    MEDDRUGUS
DOB:05 / 08 / 1982  31 Y  08/07/13 19:53

Rev 05/18/04

Case 1:14-cv-00077-JPJ   Document 99-6  Filed 12/04/15  Page 16 of 28  Pageid#: 1241   00021

ACME MCKEE, SHAWN, Enc #60052060 EMR 6/7/2013

Russell County Medical Center
Carrol & Tate Streets, Lebanon, VA 24266
276-883-8000
Patient: MCKEE, SHAWN DOB: 5/8/1982 Patient #: 60052060 MRN: 800116708 Date In: 6/7/2013

2200-PATIENT STATES THAT HIS TOE BEGAN HURTING THREE DAYS AGO, STATES
THAT HE HAS BEEN SOAKING FOOT QID IN EPSON SALT AND APPLYING PEROXIDE,
CELLULITIS NOTED TO RIGHT LATERAL / ANTERIOR FOOT [AMV: 06/07/2013 22:06]

**Adult Assessment** 06/07/2013 20:51 TC1

**Room Assignment**: Patient assigned to room 6. Patient arrived in room ambulatory. Patient moved to room at 20:15. Time of primary assessment: 20:15.

**Psychosocial**: Patient demonstrates normal behavior appropriate for age and situation. The patient has adequate support systems available, is able to ambulate independently, and can perform all activities of daily living without assistance. Patient's nutritional status appears normal. There are no known religious or cultural beliefs that could impact the care received. The patient demonstrates the ability and willingness to learn.

**Safety**: Bedrails are in the upright position to protect patient from fall. Call light is within reach and patient or family was instructed on use. Bed height is at the lowest position. Bedrails are up to protect patient from fall. Call light is within reach and patient or family was instructed on use. Bed height is at the lowest position.

**Neurological**: Alert, oriented to person, place and time. Glascow Coma Score 15. Moves all four extremities equally with equal strength. Patient denies numbness or tingling. Pupils are brisk, equal, and reactive to light bilaterally. Patient is able to speak clearly.

**Cardiovascular**: Skin warm, dry, pink, capillary refill less than 2 seconds. No edema noted. Peripheral pulses equal and strong bilaterally. Heart rate within normal limits.

**Respiratory**: Airway is patent. Respiratory effort is mildly labored. Lung sounds by auscultation reveal clear breath sounds. The patient has a productive cough and with yellow-colored sputum, WHITE. Pulse oximetry attached to patient with a reading of 97.

**Pain**: Patient rates pain as 8 on a one-to-ten scale with ten as the worst pain ever. Pain is located in the upper back. Onset of pain was was 1-2 days ago. Patient describes the pain as constant, aching. Pain is exacerbated by activity, movement, position. Pain is improved or comfort is provided by rest.

**Reassessment**: 06/07/2013 22:51 TC1

**Brief Reassessment:**The patient was reassessed at 22:51. Patient is alert and oriented x 3. Respirations are regular and unlabored. Skin is warm and dry.

**Reassessment**: 06/08/2013 05:04 TNS

**Adult Reassessment -**

**Time**: The patient was reassessed at 22:30.

**Safety**: Bedrails are up to protect patient from fall. Call light is within reach and patient or family was instructed on use. Bed height is at the lowest position.

**Neurological**: The patient is alert and oriented times 3 (person, place & time).

Mel ShanoKA 1/19/2015 4:55:24 PM −05:00 Page 1 of 2

Russell County Medical Center
Carrol & Tate Streets, Lebanon, VA 24266
276-883-8000
Patient: MCKEE, SHAWN  DOB: 5/8/1982  Patient #: 60052060  MRN: 800116708  Date In: 6/7/2013

**Treatments** 06/07/2013 20:51 TC1
**PO Tylenol Other... 975MG initiated at 06/07/2013 20:51 by TC1. [Transcribed][DLB]:**

**IM Toradol 60 mg initiated at 06/07/2013 20:50 by TC1. [Transcribed][DLB]:**

**Analgesics Custom Med (Manual Entry) NORFLEX 60MG IN RIGHT VENTROGLUTEAL initiated at 06/07/2013 20:50 by TC1. [Transcribed][DLB]:**

**Small / Moderate Dsg (NOT BURNS) WOUND TO POSTERIOR RIGHT FIFTH TOE CLEASED THOROUGHLY WITH NS, PATTED DRY, WOUND C&S COLLECTED, AQUACEL CUT TO FIT AND APPLIED TO WOUND, COVERED WITH 2X2 GAUZE, SECURED WITH TUBULAR ELASTIC DRESSING initiated at 06/07/2013 22:00 by AMV. [Transcribed][DLB]:**

**Wound Cleaning No sutures initiated at 06/07/2013 22:00 by AMV. [Transcribed][DLB]:**

**PO Vibramycin 100 mg initiated at 06/07/2013 23:30 by TNS. [Transcribed][DLB]:**

**Disposition** 06/08/2013 05:06 TNS
**Discharge:** Patient left the department at 06/07/2013 23:30. Patient's disposition is: DISCHARGED. Discharge instructions were given to the patient. The patient verbalizes understanding of the discharge instructions. The condition at discharge is stable. Belongings taken by the patient. Extending teaching was moderate, focused on follow-up procedures. Pain has improved. T: 100.0 T, P: 109, R: 18, O2 Sat: 97, BP: 140/088, pain level is 4 on a 1-10 scale - multiple areas.

ANGELA VANOVER RN _____

TRACY STEVENS RN All text in this document clearly marked by TNS has been authored and legally signed by use of electronic device. 06/08/2013 05:13

TRAVIS CALHOUN RN _____

Case 1:14-cv-00077-JPJ   Documentᴼ³⁴³⁰ ⁰⁰⁰⁶ ᶠⁱˡᵉᵈ¹²/⁰⁴/¹⁵ ᴾᵃᵍᵉ⁴¹⁸ ⁰ᶠ ²⁸ᶜᴹᴮ ᴾᵃᵍᵉⁱᵈ³⁴³⁰⁴³   00023



# RUSSELL COUNTY MEDICAL CENTER
**58 Carroll Street PO Box 3600 Lebanon, VA 24266**
Phone: (276) 883-8230   Fax: (276) 883-8235
David A. Sibley, M.D. Laboratory Director, CLIA ID# 49D0232283

| | |
|---|---|
| Patient: **MCKEE, SHAWN** | Attending Dr.: BAILEY, DWIGHT L |
| DOB: 05/08/1982          Age:  31          Sex: M | Patient Location: EMERGENCY ROOM |
| M.R.N: R800116708 | Room:                          Bed: |
| Encounter#: R60052060 | |

| COLLECTED | 06/07/13 20:46 | REF RANGE |
|---|---|---|

## General Chemistry

| Test | Value | Flag | Ref Range |
|---|---|---|---|
| **Glucose** | 134 | H | 70-99 mg/dL |
| **Sodium** | 137 | | 136-145 mmol/L |
| **Potassium** | 3.9 | | 3.5-5.1 mmol/L |
| **Chloride** | 101 | | 98-107 mmol/L |
| **CO2** | 28 | | 22-32 mmol/L |
| **Osmolality, Calculated** | 276 | | 266-293 mosm/L |
| **Anion Gap** | 8 | | 5-15 mmol/L |
| **Calcium** | 8.8 | | 8.6-10.0 mg/dL |
| **Calcium (corrected for albumin)** | 9.0 | | 8.5-10.5 mg/dL |
| **BUN** | 12 | | 6-20 mg/dL |
| **Creatinine** | 1.26 | | 0.90-1.30 mg/dL |
| **BUN/Creatinine Ratio** | 10 | | RATIO |
| **eGFR Non African American** | 75 | | >60 ml/min/SA |
| **eGFR African American** | 87 | M1 | >60 ml/min/SA |

M1    *Estimated GFR (eGFR) calculation was changed to the CKD-EPI equation on 06/03/13, per recommendations of National Kidney Foundation (http://www.kidney.org/). Results should be interpreted with caution in situations that predispose to inaccuracies of the eGFR, including non-steady state creatinine (acute kidney injury), extremes of muscle mass/body size, high protein diets/supplement use, dialysis, loss of extracellular fluid, drugs interfering with renal tubular secretion (eg cimetidine, trimethoprim) or gut creatinase activity (antibiotics),and analytic interferences related to altered metabolites (glucose, ketones, bilirubin) or drugs.This equation has been validated using predominantly US/European black and white populations; accuracy in other races/ethnicities is not well defined.*

*2013 KDIGO eGFR categories:*

| | | |
|---|---|---|
| G1 | Normal or high | =90 |
| G2 | Mildly decr | 60-89 |
| G3a | Mild-Mod decr | 45-59 |
| G3b | Mod-Severe decr | 30-44 |
| G4 | Severe decr | 15-29 |
| G5 | Kidney failure | <15 |

*These categories should be correlated with other clinical findings and urine albumin assessment.*

| Test | Value | Flag | Ref Range |
|---|---|---|---|
| **Total Protein** | 8.0 | | 6.4-8.3 g/dL |
| **Albumin** | 3.8 | | 3.5-5.2 g/dL |
| **AST** | 20 | | 15-41 IU/L |
| **ALT** | 43 | | 17-63 IU/L |
| **Alkaline Phosphatase** | 52 | | 32-92 IU/L |
| **Bilirubin, Total** | 1.4 | H | 0.3-1.2 mg/dL |

KEY FOR RESULTS:

LAB: L- LOW, H -HIGH, CL - CRITICAL LOW, CH - CRITICAL HIGH

MIC: *- NEW RESULTS, **- RESULT WAS MODIFIED AFTER FINAL STATUS SET

Perform Site Legend: A=JCMC B=IPMC C=SSH D=NSH E=JCSH F=FWCH G=JCCH H=DCH J=JMH M=SCCH N=NCH R=RCMC V=RCC

Case 1:14-cv-00077-JPJ   Document 90-6 Filed 11/04/15  Page 19 of 28  Pageid#: 204          00025



# RUSSELL COUNTY MEDICAL CENTER
## 58 Carroll Street PO Box 3600 Lebanon, VA 24266
Phone: (276) 883-8230   Fax: (276) 883-8235
David A. Sibley, M.D. Laboratory Director, CLIA ID# 49D0232283

| | |
|---|---|
| Patient: **MCKEE, SHAWN** | Attending Dr.:  BAILEY, DWIGHT L |
| DOB: 05/08/1982      Age:  31      Sex:  M | Patient Location: EMERGENCY ROOM |
| M.R.N: R800116708 | Room:                        Bed: |
| Encounter#: R60052060 | |

| COLLECTED | 06/07/13 20:46 | REF RANGE |
|---|---|---|

## Automated Hematology

| | | | |
|---|---|---|---|
| WBC | 10.8 | H | 5.0-10.2 K/uL |
| RBC | 5.14 | | 4.20-5.60 M/uL |
| HGB | 15.9 | | 13.5-17.5 g/dL |
| HCT | 46.1 | | 38.0-50.0 % |
| MCV | 89.7 | | 80.0-100.0 fL |
| MCH | 30.8 | | 26.0-34.0 pg |
| MCHC | 34.4 | | 31.0-37.0 g/dL |
| RDW | 12.9 | | 12.0-15.0 % |
| Platelet Count | 186 | | 150-450 K/uL |
| MPV | 9.2 | | 7.4-10.4 fL |

## Differential

| | | | |
|---|---|---|---|
| Neutrophils | 77 | H | 45-75 % |
| Lymphocytes | 11 | L | 20-50 % |
| Monocytes | 11 | H | 0-8 % |
| Eosinophils | 1 | | 0-5 % |
| Basophils | 1 | | 0-2 % |

## Absolute Cell Count

| | | | |
|---|---|---|---|
| Absolute Neutrophils (including precursors) | 8.2 | H | 1.5-7.0 K/uL |
| Absolute Lymphocytes | 1.2 | | 0.8-4.0 K/uL |
| Absolute Monocytes | 1.2 | H | 0.0-0.9 K/uL |
| Absolute Eosinophils | 0.1 | | 0.0-0.6 K/uL |
| Absolute Basophils | 0.1 | | 0.0-0.2 K/uL |

| COLLECTED | 06/07/13 20:46 | REF RANGE |
|---|---|---|

## Coagulation

| | | | |
|---|---|---|---|
| D Dimer | 619 | H M1 | <230 ng/mL (DDU) |

M1    This D-dimer assay is approved for use in conjunction with
clinical scoring systems to exclude venous thromboembolism
in outpatients with suspected DVT or PE. In outpatients
with a low or moderate probability of DVT or PE, the
manufacturer's recommended cut off 230 ng/mL (DDU) has been shown
to be highly sensitive (up to 100%, CI 89-100%) for the
identification of patients with DVT/PE and also has a high
negative predictive value (up to 100%, CI 95-100%) source-
manufacturer's data. False negatives rarely occur. False
positives are seen with numerous conditions in which there

KEY FOR RESULTS:

LAB: L- LOW, H -HIGH, CL - CRITICAL LOW, CH - CRITICAL HIGH

MIC: * - NEW RESULTS, ** - RESULT WAS MODIFIED AFTER FINAL STATUS SET

Perform Site Legend: A=JCMC B=IPMC C=SSH D=NSH E=JCSH F=FWCH G=JCCH H=DCH J=JMH M=SCCH N=NCH R=RCMC V=RCC

Case 1:14-cv-00077-JPJ   Document 90-6  Filed 12/04/15  Page 20 of 28  Pageid#: 3205        00026



# RUSSELL COUNTY MEDICAL CENTER
### 58 Carroll Street PO Box 3600  Lebanon, VA 24266
Phone: (276) 883-8230   Fax: (276) 883-8235
David A. Sibley, M.D. Laboratory Director, CLIA ID# 49D0232283

Patient: **MCKEE, SHAWN**

DOB: 05/08/1982          Age:  31          Sex: M

M.R.N: R800116708

Encounter#:  R60052060

Attending Dr.:  BAILEY, DWIGHT L

Patient Location: EMERGENCY ROOM

Room:                    Bed:

| COLLECTED | 06/07/13 20:46 | REF RANGE |
|-----------|----------------|-----------|

## Coagulation

*is activation of coagulation. Correlate with other clinical and radiologic data.*

KEY FOR RESULTS:

LAB: L- LOW, H -HIGH, CL - CRITICAL LOW, CH - CRITICAL HIGH

MIC: * - NEW RESULTS, ** - RESULT WAS MODIFIED AFTER FINAL STATUS SET

Perform Site Legend:  A=JCMC B=IPMC C=SSH D=NSH E=JCSH F=FWCH G=JCCH H=DCH J=JMH M=SCCH N=NCH R=RCMC V=RCC

MalchanoKA 1/19/2015 4:55:24 PM -05:00 Page 3 of 3



# RUSSELL COUNTY MEDICAL CENTER
### 58 Carroll Street PO Box 3600 Lebanon, VA 24266
Phone: (276) 883-8230   Fax: (276) 883-8235
David A. Sibley, M.D. Laboratory Director, CLIA ID# 49D0232283

| | |
|---|---|
| Patient: MCKEE , SHAWN | Attending Dr.: BAILEY, DWIGHT L |
| DOB: 05/08/1982   Age: 31   Sex: M | Patient Location: EMERGENCY ROOM |
| M.R.N: R800116708 | Room:   Bed: |
| Encounter#: R60052060 | |

## MICROBIOLOGY

| | |
|---|---|
| Source & Site: **Wound Toe, Right** | Collected:   06/07/13 22:00   Performing |
| Order #: 500705714 | Received:   06/08/13 16:29   Site: |

**Culture, Wound**      * FINAL      Completed: 06/12/13    09:42      J

**Many (4+) Staphylococcus aureus**
**Rare (1+) Candida parapsilosis**

| | S.aureus | |
|---|---|---|
| ANTIBIOTICS | MIC | INTRP |
| Penicillin-G | >=0.5 | R |
| Clindamycin | <=0.25 | S |
| Erythromycin | >=8 | R |
| Gentamicin | <=0.5 | S |
| Induced Clindamycin Resistance | Neg | - |
| Oxacillin | 0.5 | S |
| Rifampin | <=0.5 | S |
| Tetracycline | <=1 | S |
| Trimethoprim/Sulfa | <=10 | S |
| Vancomycin | 1 | S |
| Amoxicillin/CA | | S |
| Cefaclor | | S |
| Cefuroxime | | S |
| Cefotaxime | | S |
| Ceftriaxone | | S |
| Clarithromycin | | R |

S=SUSCEPTIBLE  I=INTERMEDIATE  R=RESISTANT  NS=NOT SUSCEPTIBLE

**Stain, Gram**      FINAL      Completed: 06/08/13    16:58

**Rare (1+) WBC's**
**Rare (1+) Gram positive cocci**

KEY FOR RESULTS:

LAB: L- LOW, H -HIGH, CL - CRITICAL LOW, CH - CRITICAL HIGH

MIC : * - NEW RESULTS, ** - RESULT WAS MODIFIED AFTER FINAL STATUS SET

Perform Site Legend: A=JCMC B=IPMC C=SSH D=NSH E=JCSH F=FWCH G=JCCH H=DCH J=JMH M=SCCH N=NCH R=RCMC V=RCC

Case 1:14-cv-00077-JPJ   Document 90-6 Filed 11/20/15 Page 22 of 28 Pageid#: 2007    00028



# RUSSELL COUNTY MEDICAL CENTER
### 58 Carroll Street PO Box 3600 Lebanon, VA 24266
Phone: (276) 883-8230  Fax: (276) 883-8235
David A. Sibley, M.D. Laboratory Director, CLIA ID# 49D0232283

| | |
|---|---|
| Patient: **MCKEE , SHAWN** | Attending Dr.: BAILEY, DWIGHT L |
| DOB: 05/08/1982  Age: 31  Sex: M | Patient Location: EMERGENCY ROOM |
| M.R.N.: R800116708 | Room:  Bed: |
| Encounter#: R60052060 | |

| | | |
|---|---|---|
| Source & Site: **Blood Peripheral** | Collected: 06/07/13 20:46 | Performing Site: |
| Order #: 500705450 | Received: 06/08/13 16:29 | |

| <u>Culture, Blood</u> | **FINAL** | Completed: 06/11/13  08:43 | J |
|---|---|---|---|

**Gram Stain:  Gram Positive Cocci;**
**Results called to:(Cindy Baker, RCMC Lab)**
**Date ( 06/09/2013 ) Time ( 20:32 ) Initials (adj)**
**Results were repeated back to me.**
**Results called to:(Susan Fields)**
**Date ( 06/09/2013 ) Time ( 21:09 ) Initials (CBB)**
**Results were repeated back to me.**

**Staphylococcus aureus**

| | S.aureus | |
|---|---|---|
| **ANTIBIOTICS** | MIC | INTRP |
| **Penicillin-G** | >=0.5 | R |
| **Clindamycin** | <=0.25 | S |
| **Erythromycin** | >=8 | R |
| **Gentamicin** | <=0.5 | S |
| **Induced Clindamycin Resistance** | Neg | - |
| **Oxacillin** | 0.5 | S |
| **Rifampin** | <=0.5 | S |
| **Tetracycline** | <=1 | S |
| **Trimethoprim/Sulfa** | <=10 | S |
| **Vancomycin** | 1 | S |
| **Amoxicillin/CA** | | S |
| **Cefaclor** | | S |
| **Cefuroxime** | | S |
| **Cefotaxime** | | S |
| **Ceftriaxone** | | S |
| **Clarithromycin** | | R |

S=SUSCEPTIBLE  I=INTERMEDIATE  R=RESISTANT  NS=NOT SUSCEPTIBLE

KEY FOR RESULTS:

LAB: L- LOW, H -HIGH, CL - CRITICAL LOW, CH - CRITICAL HIGH

MIC: * - NEW RESULTS, ** - RESULT WAS MODIFIED AFTER FINAL STATUS SET

Perform Site Legend: A=JCMC B=IPMC C=SSH D=NSH E=JCSH F=FWCH G=JCCH H=DCH J=JMH M=SCCH N=NCH R=RCMC V=RCC

Case 1:14-cv-00077-JPJ  Document 90-6  Filed 04/15  Page 23 of 28  Pageid#: 2208  00029

 MOUNTAIN STATES HEALTH ALLIANCE

**MSHA Orders Report**

| | | | |
|---|---|---|---|
| **Pt Name:** | MCKEE, SHAWN | **MRN:** | 800116708 |
| **DOB:** | 05/08/1982 | **Acct No:** | 60052060 |
| **Adm DTime:** | 06/07/2013 19:53 | **Age/Sex:** | 31Y/M |
| **Dsch DTime:** | 06/07/2013 23:40 | **Atn Dr:** | Bailey, Dwight MD |
| **Entity:** | Russell County Medical Center | | |
| **Dx:** | | | |

| Order as Written | Start Date / Stop Date | Electronically Signed-By / Co-Signed By | Signed Date / Time |
|---|---|---|---|
| US VENOUS DUPLEX LOWER EXT BILAT COMP Stat | 06/07/13 21:48 / 06/07/13 21:48 | Does not Require a Co-Signature | |
| *Electronically Entered By / Ordered By* | *Target Co-Signer* null | | *Order Type* |
| Dwight L Bailey, MD | | | |
| Reason Discontinued: Visit is closed for the patient | | | |
| CULTURE, WOUND (includes Gram Stain) Stat | 06/07/13 22:01 / 06/07/13 22:01 | Tracy N Stevens, Registered Nurse / Does not Require a Co-Signature | 06/07/13 22:01 |
| *Electronically Entered By / Ordered By* | *Target Co-Signer* null | | *Order Type* Hand Written Order |
| TracyN Stevens, Registered Nurse | | | |
| Dwight L Bailey, MD | | | |
| Reason Discontinued: Visit is closed for the patient | | | |
| US VENOUS DUPLEX LOWER EXT LT edema, increased d dimer Stat | 06/07/13 21:48 / 06/07/13 21:48 | Tracy N Stevens, Registered Nurse / Does not Require a Co-Signature | 06/07/13 21:48 |
| *Electronically Entered By / Ordered By* | *Target Co-Signer* null | | *Order Type* Hand Written Order |
| TracyN Stevens, Registered Nurse | | | |
| Dwight L Bailey, MD | | | |
| Reason Discontinued: null | | | |
| US VENOUS DUPLEX LOWER EXT RT edema Stat | 06/07/13 21:48 / 06/07/13 21:48 | Tracy N Stevens, Registered Nurse / Does not Require a Co-Signature | 06/07/13 21:48 |
| *Electronically Entered By / Ordered By* | *Target Co-Signer* null | | *Order Type* Hand Written Order |
| TracyN Stevens, Registered Nurse | | | |
| Dwight L Bailey, MD | | | |
| Reason Discontinued: null | | | |
| CT CHEST PE PROTOCOL elevated d dimer Stat | 06/07/13 21:39 / 06/07/13 21:39 | Susan G Fields / Does not Require a Co-Signature | 06/07/13 21:39 |
| *Electronically Entered By / Ordered By* | *Target Co-Signer* null | | *Order Type* Hand Written Order |
| SusanG Fields, | | | |
| Dwight L Bailey, MD | | | |
| Reason Discontinued: null | | | |
| D-DIMER Stat | 06/07/13 21:02 / 06/07/13 21:02 | Susan G Fields / Does not Require a Co-Signature | 06/07/13 21:02 |
| *Electronically Entered By / Ordered By* | *Target Co-Signer* null | | *Order Type* Hand Written Order |
| SusanG Fields, | | | |
| Dwight L Bailey, MD | | | |
| Reason Discontinued: null | | | |

**Pt. Name:** MCKEE, SHAWN  
**Entity:** Russell County Medical Center  
**Adm Date:** 06/07/2013 19:53  

MRN: 800116708  
Page 1 of 3  

Orders Report  
ORE 0149 DSCH EHR MedOSMN v2.rpt  
Generated By: Workflow

© 2003-2013 Siemens Medical Solutions USA, Inc. All rights reserved.

Generated On: 06/08/2013 08:40

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

Case 1:14-cv-00077-JPJ    Document 99-6    Filed 04/15/... Page 24 of ... RCMC REC 432209    00030


## MOUNTAIN STATES HEALTH ALLIANCE

# MSHA Orders Report

| | | | |
|---|---|---|---|
| **Pt Name:** | MCKEE, SHAWN | **MRN:** | 800116708 |
| **DOB:** | 05/08/1982 | **Acct No:** | 60052060 |
| **Adm DTime:** | 06/07/2013 19:53 | **Age/Sex:** | 31Y/M |
| **Dsch DTime:** | 06/07/2013 23:40 | **Atn Dr:** | Bailey, Dwight MD |
| **Entity:** | Russell County Medical Center | | |
| **Dx:** | | | |

| Order as Written | Start Date / Stop Date | Electronically Signed-By / Co-Signed By | Signed Date / Time |
|---|---|---|---|
| BLOOD CULTURE Stat | 06/07/13 20:36<br>06/07/13 20:36 | Travis L Calhoun, RN<br>**Does not Require a Co-Signature** | 06/07/13 20:36 |

| *Electronically Entered By / Ordered By* | *Target Co-Signer* | *Order Type* |
|---|---|---|
| Travis L Calhoun, RN<br>Dwight L Bailey, MD<br>Reason Discontinued: Visit is closed for the patient | null | Hand Written Order |

| CBC WITH DIFF Stat | 06/07/13 20:36<br>06/07/13 20:36 | Travis L Calhoun, RN<br>**Does not Require a Co-Signature** | 06/07/13 20:36 |

| *Electronically Entered By / Ordered By* | *Target Co-Signer* | *Order Type* |
|---|---|---|
| Travis L Calhoun, RN<br>Dwight L Bailey, MD<br>*Reason Discontinued: null* | null | Hand Written Order |

| COMPREHENSIVE METABOLIC PANEL Stat | 06/07/13 20:36<br>06/07/13 20:36 | Travis L Calhoun, RN<br>**Does not Require a Co-Signature** | 06/07/13 20:36 |

| *Electronically Entered By / Ordered By* | *Target Co-Signer* | *Order Type* |
|---|---|---|
| Travis L Calhoun, RN<br>Dwight L Bailey, MD<br>Reason Discontinued: null | null | Hand Written Order |

| CHEST W LAT, CHEST PA LATERAL COUGH,SOB<br>No Prep Required Stat | 06/07/13 20:36<br><br>06/07/13 20:36 | Travis L Calhoun, RN<br><br>**Does not Require a Co-Signature** | 06/07/13 20:36 |

| *Electronically Entered By / Ordered By* | *Target Co-Signer* | *Order Type* |
|---|---|---|
| Travis L Calhoun, RN<br>Dwight L Bailey, MD<br>Instructions: No Prep Required<br>Reason Discontinued: Visit is closed for the patient | null | Hand Written Order |

| BCR Stat | 06/07/13 20:36<br>06/07/13 20:36 | <br>**Does not Require a Co-Signature** | |

| *Electronically Entered By / Ordered By* | *Target Co-Signer* | *Order Type* |
|---|---|---|
| Dwight L Bailey, MD<br>Reason Discontinued: null | null | |

**Pt. Name:** MCKEE, SHAWN
**Entity:** Russell County Medical Center
**Adm Date:** 06/07/2013 19:53
© 2003-2013 Siemens Medical Solutions USA, Inc. All rights reserved.

**MRN:** 800116708
Page 2 of 3

Orders Report
ORE 0149 DSCH EHR  MedOSMN  v2.rpt
Generated By: Workflow
Generated On: 06/08/2013 08:40

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

MalchanoKA 1/19/2015 4:55:24 PM -05:00 Page 2 of 3

Case 1:14-cv-00077-JPJ   Document 103-6   Filed 04/15/16   Page 35 of 38   Pageid#: 1250      00031



**MSHA Orders Report**

| | | |
|---|---|---|
| **Pt Name:** | MCKEE, SHAWN | **MRN:** 800116708 |
| **DOB:** | 05/08/1982 | **Acct No:** 60052060 |
| **Adm DTime:** | 06/07/2013 19:53 | **Age/Sex:** 31Y/M |
| **Dsch DTime:** | 06/07/2013 23:40 | **Atn Dr:** Bailey, Dwight MD |
| **Entity:** | Russell County Medical Center | |
| **Dx:** | | |

| Order as Written | Start Date / Stop Date | Electronically Signed-By / Co-Signed By | Signed Date / Time |
|---|---|---|---|

**TERMS OF INTEREST**

Entered By (Person Entering Order) - Top signature
Ordered By (Provider giving the Order) - Second Signature

Order Type:
POE = Entered by Physician/PA/NP/Res/MS
Verbal Order Read Back and Verified = Received by Nurse/Ancillary as a Verbal
Telephone Order Read Back and Verified = Received by Nurse/Ancillary via Phone Call

Electronically Signed by (Person Electronically signing the Order entry) - Top Signature

**Pt. Name:** MCKEE, SHAWN
**Entity:** Russell County Medical Center
**Adm Date:** 06/07/2013 19:53
**MRN:** 800116708
Page 3 of 3
Orders Report
ORE 0149 DSCH EHR MedOSMN v2.rpt
Generated By: Workflow
Generated On: 06/08/2013 08:40
© 2003-2013 Siemens Medical Solutions USA, Inc. All rights reserved.
Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time

MalchanoKA 1/19/2015 4:55:24 PM −05:00 Page 3 of 3

Case 1:14-cv-00077-JPJ   Document 66   Filed 12/04/15   Page 26 of 28   Pageid#: 2251   00032

## RUSSELL COUNTY MEDICAL CENTER
### 58 CARROLL STREET, LEBANON, VA 24266
### DIAGNOSTIC IMAGING

| | | | |
|---|---|---|---|
| **Ordering Clinician:** | | **Patient:** | **MCKEE, SHAWN** |
| DWIGHT L BAILEY MD | | Med Rec #: | 800116708 |
| 128 FLANNAGAN AVE | | Admission #: | 60052060 |
| P O BOX 369 | | DOB: | 05/08/1982 |
| LEBANON, VA 24266 | | Sex: | M |
| | | Status: | |
| **Attending/Primary Care Clinician:** | | Class: | E |
| DWIGHT L BAILEY MD | | Rm/Bed: | - |
| 128 FLANNAGAN AVE | | Service: | EMR |
| P O BOX 369 | | Exam Class: | E |
| LEBANON, VA 24266 | | Admit Date: | 06/07/2013 |
| | | Corp ID: | 1074185 |

CC:

### *** Final Report ***

PROCEDURE: RUS 9132 - US VENOUS DUP LOWER EXT BIL COMP
ACCESSION NO: 7886507
DATE OF EXAM: Jun 7 2013 11:13PM     RMS ORDER NO: 90003        CPT(s): 93970

ADMITTING DIAGNOSIS:    BACK PAIN SHORTNESS OF BREATH

REASON FOR EXAM:     ^edema

RESULT:
BILATERAL LOWER EXTREMITY VENOUS DOPPLER

INDICATION: EDEMA

TECHNOLOGIST: April A. Smith, RTR, RDMS

The deep veins were evaluated from the distal calf region through the common femoral vein. Veins are normal in caliber and normally compressible. There was normal augmentation and spontaneous phasic flow. Color flow imaging and spectral analysis was normal with no color flow aliasing or spectral broadening. Specifically no evidence of DVT.

**IMPRESSION:**
**Normal deep venous ultrasound bilateral lower extremities. If symptoms persist, follow up in five to seven days is recommended to exclude propagation of an occult calf vein thrombus.**

----------

Technologist: April A. Smith, RTR RDMS
Original Transcriptionist: Wendy Franklin
Original Transcribe Date/Time: Jun 8 2013 6:58PM
Original Read by: CASEY D MCREYNOLDS MD on Jun 8 2013 4:45PM
Original Signed by: CASEY D MCREYNOLDS MD on Jun 8 2013 7:22PM

The information contained in this transmission may contain health information that is privileged and confidential. The transmitted information is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that State and Federal Law strictly prohibit any dissemination, distribution or copying of this communication. If you received this communication in error, please notify the sender immediately by telephone and destroy the transmitted material.

| | | | |
|---|---|---|---|
| Imaging Services Consultation | NAME: MCKEE, SHAWN | MR#: 800116708 | Page 1 of 9 |
| Printed: Jun 8 2013 7:29PM | | | |

Case 1:14-cv-00077-JPJ   Document 99-6   Filed 04/01/16   Page 27 of 28   Pageid#: 2032    00033

## RUSSELL COUNTY MEDICAL CENTER
### 58 CARROLL STREET, LEBANON, VA 24266
### DIAGNOSTIC IMAGING

| | |
|---|---|
| **Ordering Clinician:** | **Patient:** MCKEE, SHAWN |
| DWIGHT L BAILEY MD | **Med Rec #:** 800116708 |
| 128 FLANNAGAN AVE | **Admission #:** 60052060 |
| P O BOX 369 | **DOB:** 05/08/1982 |
| LEBANON, VA 24266 | **Sex:** M |
| | **Status:** |
| **Attending/Primary Care Clinician:** | **Class:** E |
| DWIGHT L BAILEY MD | **Rm/Bed:** - |
| 128 FLANNAGAN AVE | **Service:** EMR |
| P O BOX 369 | **Exam Class:** E |
| LEBANON, VA 24266 | **Admit Date:** 06/07/2013 |
| | **Corp ID:** 1074185 |

CC:

*** Final Report ***

PROCEDURE: RRD 0112 - CHEST W LAT
ACCESSION NO: 7886454
DATE OF EXAM: Jun 7 2013 8:54PM          RMS ORDER NO: 90001                    CPT(s): 71020

ADMITTING DIAGNOSIS:    BACK PAIN SHORTNESS OF BREATH

REASON FOR EXAM:        ^COUGH,SOB

RESULT:
PA AND LATERAL CHEST

INDICATION: COUGH AND SHORTNESS OF BREATH

No prior studies for comparison.

Lateral view is degraded by motion. Heart size is normal. Lungs are clear. No pneumothorax or pleural fluid.

**IMPRESSION:**
**No acute process.**

-------------

Technologist: Loretta L. Ray, RTR
Original Transcriptionist: Wendy Franklin
Original Transcribe Date/Time: Jun 8 2013 5:46PM
Original Read by: CASEY D MCREYNOLDS MD on Jun 8 2013 3:50PM
Original Signed by: CASEY D MCREYNOLDS MD on Jun 8 2013 5:54PM

The information contained in this transmission may contain health information that is privileged and confidential. The transmitted information is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that State and Federal Law strictly prohibit any dissemination, distribution or copying of this communication. If you received this communication in error, please notify the sender immediately by telephone and destroy the transmitted material.