William D. Hudson, M.D.
357 Hidden Acres Road
Kingsport, TN 37664
billhud1@charter.net
(423) 349-4648


DEFENDANT'S EXHIBIT 16  1:14CV77

## CURRICULUM VITAE

| | |
|---|---|
| **Education:** | University of Tennessee<br>Knoxville, Tennessee<br>B.S., December 1971 |
| | University of Arkansas for Medical Sciences<br>Little Rock, Arkansas<br>M.D., June 1976 |
| | University of Arkansas for Medical Sciences<br>Flexible Internship, July 1976-June 1977 |
| **Professional Licensure:** | State of Tennessee, May 1977 |
| **Board Certification:** | Diplomate. American Board of Emergency Medicine, 1983, 1993, 2003<br>Fellow, American College of Emergency Physicians |
| **Professional Associations:** | Sullivan-Johnson County Medical Society<br>Tennessee Medical Association |

**Employment:**

| | |
|---|---|
| 1977-Present | Emergency Department Physician<br>Northeast Tennessee Emergency Physicians<br>Holston Valley Hospital and Medical Center<br>Kingsport, Tennessee |
| 1980-Present | Associate Clinical Professor<br>East Tennessee State University College of Medicine<br>Department of Internal Medicine<br>Johnson City, Tennessee |
| 1982-1990<br>1990-2011<br>1986 | Chairman, Department of Emergency Medicine<br>Vice-Chairman, Department of Emergency Medicine<br>President of Medical Staff<br>Holston Valley Hospital and Medical Center<br>Kingsport, Tennessee |
| 1994-1999<br>2000 | Medical Director<br>President of Board of Directors<br>Friends in Need Health Center<br>Kingsport, Tennessee |