

## KOOTENAI MEDICAL CENTER
Coeur d'Alene, ID 83814

Patient Name: MCKEE, SHAWN

Date of Service: 06/25/2013

HISTORY OF PRESENT ILLNESS: This is a 31-year-old male patient who presents to the emergency department by ambulance with report of rapidly increasing dyspnea with a history of an upper respiratory infection previously treated with antibiotic. He was reportedly tachycardic, rate 142 en route, but his O2 saturations were 96% en route on oxygen. However, on his arrival to the emergency department bay and being taken out of the ambulance, he went out and quit breathing and he was rushed into a room where he was found not to have a pulse or breathing activity and cardiac resuscitation was immediately initiated with chest compressions. The patient has no prior history in the area and I did not have any history from the family on initial evaluation. However, when his wife came, she gave a history that he had been seen a couple of weeks prior and Lebanon, Virginia where he had gone to the hospital for shortness of breath and he was evaluated there and they apparently had recommended a CT scan. However, he was too large for their scanner table and so he had been released with antibiotics ~~~~~~~~~~~~~~~~~ but he decided he was feeling better and did not want to do that. He subsequently moved from Virginia to here and did so by driving. A few days ago began having some increasing shortness of breath again, but last night it became more severe and he had passed out at least once according to his wife, and today he got markedly worse.

REVIEW OF SYSTEMS/PAST MEDICAL HISTORY: None available initially, except for history of upper respiratory problems. He is a very large, obese male who weighs greater than 400 pounds according to his spouse and certainly appears in size to be over 400 pounds. On presentation, he had no pulses, no respiratory effort. Pupils had already become dilated, but were somewhat reactive.

PHYSICAL EXAMINATION:
GENERAL: He had a quick initial exam.
LUNGS: No air movement. He was being bagged initially and had cardiac compressions.
ABDOMEN: Obese.
EXTREMITIES: Obese, but no obvious acute swelling anywhere.

EMERGENCY DEPARTMENT COURSE: I immediately opted to intubate the patient, but did not require any type of paralyzation. The patient was intubated by me with an 8 tube without difficulty on first attempt, had good color change on the telemetry device and then he was actively back. Initially, he had some agonal respirations. The patient had lines established quickly. He was given IV epinephrine. He got a pulse step back briefly a couple times, but then his rhythm deteriorated. I was able to get an EKG before it deteriorated and it showed a right bundle-branch block. There were some P waves, but not entire strip. The resuscitative efforts were carried out with ongoing compressions and bagged respirations. Multiple doses of epinephrine and a blood gas obtained from the right femoral puncture that was done by me with a Betadine prep. I was able to get a blood gas which gave me electrolytes as well. The pH was 6.974, pCO2 of 67.4, pO2 of 53. The sodium was normal, potassium was 5.08, calcium 4.5, chloride 106, glucose 307. The patient had a normal _____ and hemoglobin. The patient was given bicarb x2 and ongoing epinephrine doses, but he deteriorated into a bradycardic PA rhythm. Ultrasound was placed on his chest and he had no significant cardiac contractility. No evidence of a pericardial effusion was seen. The resuscitative efforts were initiated at 9:43 at his arrival and were discontinued at 10:16 and he was in agonal rhythm at that time. The patient's labs had been drawn as part of this process and revealed a white count of 19.9, platelets 412,000. Normal hemoglobin and hematocrit. His PT and PTT were within expected limits. D-dimer was elevated at 32.6 Chemistries: Creatinine was 1.5, anion gap was 19. AST of 49, ALT of 75, myoglobin 191 and troponin 0.08.

EMERGENCY DEPARTMENT DIAGNOSIS: Cardiopulmonary arrest, unsuccessful resuscitative efforts with the patient being coded over 30 minutes and being urgently and early able to get the patient intubated had IV access early in his presentation. The surrounding history, his weight, and symptomatology also suggest the probability is fairly high that he had a pulmonary embolus. I discussed the patient's findings and history with Deb Wilkey, Coroner. She plans to have a POST done. I also

| Name: MCKEE,SHAWN | Status: DEP ER | EMERGENCY DEPARTMENT |
|---|---|---|
| Acct #: KM0009612904 | Rm/Bed: | |
| MR #: KM00447053 | Provider: Paul F Paschall MD | Page: 1 |

## KOOTENAI MEDICAL CENTER
### Coeur d'Alene, ID 83814

spent time discussing with the wife the resuscitative efforts and history, and the patient expired at 10:16 a.m.

_____
Paul F. Paschall, MD**

PFP:jcc

Job ID:1703434 Doc ID:1961294
D:06/25/2013 13:46:12 T:06/25/2013 14:13:04

**<Electronically signed by Paul F Paschall MD> 07/13/13 0708**

Rpt #: 0625-0259

CONFIDENTIAL DOCUMENT - RELEASE ONLY WITH PROPER AUTHORIZATION

Name: MCKEE,SHAWN        Status: DEP ER              EMERGENCY DEPARTMENT
Acct #: KM0009612904     Rm/Bed:
MR #: KM00447053         Provider: Paul F Paschall MD          Page: 2

Case 1:14-cv-00077-JPJ  Document 108-2  Filed 12/07/15  Page 2 of 7  Pageid#: 1293

03430.000 - Shawn Mathew Mckee    03430.004 KMC REQ 03430.004    00018

MCKEE,SHAWN
Fac: Kootenai Medical Center    Loc:EMERGENCY DEPARTMENT    Bed:-
31 M 05/08/1982    Med Rec Num:KM00447053    Visit:KM0009612904

## Laboratory Fishbone

06/25/13 09:46

06/25/13 09:46

## Laboratory Results

|  | 06/25/13 09:46 | 06/25/13 09:55 | 06/25/13 09:56 |
|---|---|---|---|
| WBC | 19.9 H | | |
| RBC | 5.10 | | |
| Hgb | 14.9 | | |
| Hct | 47.8 | | |
| MCV | 93.6 | | |
| MCH | 29.2 | | |
| MCHC | 31.2 L | | |
| RDW | 14.8 | | |
| Plt Count | 412 H | | |
| MPV | 8.8 | | |
| Neut % | 71.9 | | |
| Lymph % | 17.6 | | |
| Mono % | 9.4 | | |
| Eos % | 0.2 | | |
| Baso % | 0.9 | | |
| Absolute Neuts (auto) | 14.3 H | | |
| Absolute Lymphs (auto) | 3.5 H | | |
| Absolute Monos (auto) | 1.9 H | | |
| Absolute Eos (auto) | 0.0 | | |
| Absolute Basos (auto) | 0.2 H | | |
| Total Counted | 100 | | |
| Neutrophils % (Manual) | 63.0 | | |
| Band Neuts % (Manual) | 3.0 | | |
| Lymphocytes % (Manual) | 16.0 | | |
| Monocytes % (Manual) | 10.0 | | |
| Eosinophils % (Manual) | 0.0 | | |
| Basophils % (Manual) | 0.0 | | |
| Neutrophils # (Manual) | 13.1 H | | |
| Variant Lymphocytes | 8.0 H | | |
| Platelet Estimate | Increased | | |
| Anisocytosis | Slt | | |
| Microcytic Cells | Occ | | |
| PT | | 11.9 H | |
| INR | | 1.2 | |
| PTT | | 21.0 L | |
| D-Dimer Quant (PE/DVT) | 32.60 H | | |
| ABG pH | | | 6.97 L* |
| ABG pCO2 | | | 68 H |
| ABG pO2 | | | 53 L |

Continued on Page 12
Complete EDM Record

MCKEE, SHAWN
Fac: Kootenai Medical Center  Loc: EMERGENCY DEPARTMENT  Bed: -
31 M 05/08/1982  Med Rec Num: KM00447053  Visit: KM0009612904

Laboratory Results - Continued

|  |  |  |  |
|---|---|---|---|
| ABG HCO3 |  |  | 15 L |
| ABG Total CO2 |  |  | 17 L |
| ABG O2 Sat (Measured) |  |  | 59 L |
| ABG Base Excess |  |  | -17.1 L |
| ABG Hemoglobin |  |  | 14.2 |
| ABG Carboxyhemoglobin |  |  | 0.8 |
| ABG Methemoglobin |  |  | 0.4 |
| Vent Mode |  |  | Ppv |
| FiO2 |  |  | 100.0 |
| Sodium | 140 |  | 144 |
| Potassium | 4.6 |  | 5.1 H |
| Chloride | 102 |  | 106 |
| Carbon Dioxide | 19 L |  | 17 L |
| Anion Gap | 19 H |  |  |
| BUN | 17 |  |  |
| Creatinine | 1.50 H |  |  |
| Estimated GFR | 55 L |  |  |
| Glucose | 199 H |  | 307 H |
| Calcium | 9.6 |  |  |
| Ionized Calcium |  |  | 4.50 L |
| Total Bilirubin | 0.5 |  |  |
| AST | 49 H |  |  |
| ALT | 75 H |  |  |
| Alkaline Phosphatase | 71 |  |  |
| Creatine Kinase | 213 |  |  |
| Myoglobin | 191 H |  |  |
| Troponin T | 0.08 |  |  |
| Serum Total Protein | 8.5 H |  |  |
| Albumin | 3.3 L |  |  |
| Globulin | 5.2 H |  |  |
| Albumin/Globulin Ratio | 0.6 L |  |  |
| Draw and Hold | 62513 |  |  |

## DC Disposition

DC Disposition                                      Start:  06/25/13 09:42
Freq:                                               Status: Discharge
 Created      06/25/13 09:42  System  (Rec: 06/25/13 09:42  System  KM-EDPC1)
 Document     06/25/13 14:07  NJD3    (Rec: 06/25/13 14:09  NJD3    KM-EDPC032)
 DC Disposition
     IV Stop Time Documented              Not Applicable
     IV to Continue on Transfer           SEE CODE BLUE SHEET
 Edit Status  06/25/13 14:10  BKG DAEMON  (Rec: 06/25/13 14:10  BKG DAEMON  KOM-BG08)
     Active=>Discharge

## Clinical Data

| Does Patient Have a Medical Advance Directive | No |
|---|---|
| Preferred Language | English |

Continued on Page 13
Complete EDM Record

MCKEE, SHAWN  
Fac: Kootenai Medical Center  Loc: EMERGENCY DEPARTMENT  Bed: -  
31 M 05/08/1982  Med Rec Num: KM00447053  Visit: KM0009612904  

Clinical Data - Continued

| Condition | Expired |
|---|---|
| Visit Reason | CODE BLUE/B, B126669 |

| Diagnosis Code | Name |
|---|---|
| 427.5 | CARDIAC ARREST |
| 278.01 | MORBID OBESITY |

**Current Diaganosis**

MORBID OBESITY (06/25/13)  
CARDIAC ARREST (06/25/13)

| 06/25/13 10:21 | Pulse 70 |
|---|---|

**User Key**

| Monogram | Mnemonic | Name | Provider Type |
|---|---|---|---|
| | BKG DAEMON | Daemon, Background | |
| | GWS2 | Sande, Grant W | Registered Nurse |
| | NJD3 | DeAustin, Nancy J | Registered Nurse |
| | PMS10 | Stone, Patricia M | Health Unit Coordinator |
| | SSS3 | StJohn, Susanne S | Respiratory Therapist |

Printed on 01/19/15 14:49  
Complete EDM Record

Shawn mckee : 31,8/

Pre-code History / Comments: Diff breathing SOB - received albuterol en route and went apneic, 2 week bronchitis, finished antibiotics. EMS started IV and given #1 neb - pt pulled out IV

Date 6/25/13 Time Event Recognized 0943 Location ER Bay Witnessed: ☒Y ☐N
Did patient have a pulse? ☒Yes ☐ No
CPR started when event recognized? ☒Yes ☐ No
CPR started for: ☒ No pulse ☐ Weak pulse
Conscious at Onset? ☒Yes ☐ No   Monitoring at Onset: ☐ ECG ☒Pulse Oximeter ☒Apnea
IV Access @ Onset: ☐ Central ☒Peripheral ☐ Intraosseous   Weight 400# Height 5'10"

c O2 applied NC / mask Breathing @ Onset
☒ Spontaneous ☐ Apneic ☐ Agonal ☐ Assisted (BiPAP, CPAP, or Mechanical Ventilation prior to code)

**Interventions**
Time of First Assisted Ventilation: 0944
Ventilation: ☐ BVM ☒ ETT ☐ Trach
(✓ any and all ☐ Other: _____
used during code)

Intubation: Time: 0945 Size: 8cm
By Whom: Dr. Paschall
Confirmation(s): ☐ Auscultate ☒ CO2 Detector ✓
☒ Continuous Capnography ☐ Chest Xray
☐ Other:

Time Resuscitation Event Ended
Reason Resuscitation Ended
☐ Survived Return of Circula...
☒ Died – Efforts Terminated
Code Team Members: Pasg...
MD in Charge: Dr. S...
Respiratory Therapist: Je...
Medication Nurse: D...
Monitor Nurse: Grant
Recorder: A.D. Aus...
Pharmacist: John W...
Others Present:
(Person Giving Meds. & MDs

| Time | B.P. | Rate | Resp. | SpO2 | EtCO2 | Rhythm | Pulse Present | Ext. Pacer On | Chest Compressions | Vented Per AMBU | Defibrillation Cardioversion | Epinephrine | Atropine | Lidocaine | Amiodarone | Saline NS | | Dopamine | Lidocaine | 18ga IV R | 18ga IV L | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0944 | | | | | | | ∅ | | ✓ | ✓ | | 1mg IV | 1mg | | | | | | | Rt AC | Rt hand | EMS |
| 0946 | | | | 87 | 5 | | ∅ | | ✓ | ✓ | | | | | | | | | | | | Dr. Pa |
| 0950 | | 142 | | | | ST | ✓ | | · | ✓ | | | | | | | | | | | | Pharm |
| 0951 | 165/40 | 54 | | | | — | ✓ | | | ✓ | | | | | | | | | | | | EKG |
| 0952 | | 92 | | 91 | 11 | | ∅ | | ✓ | ✓ | | 1mg IV | | | | | | | | | | BS |
| 0954 | | | | | | | ✓ | | ✓ | ✓ | | | | | | ✓ | | | | | | ABG |
| 0955 | | 106 | | | 10 | | ✓ | | ✓ | ✓ | | | | | | | | | | | | |

Attending Physician: Dr. Paschall    Time Notified: 0943    Family Notified: ☒

Pink – Pharmacy, White – Chart, Yellow – Performance Improvement

MCKEE, SHAWN
KM0009612904    Date of Service: 06/25/13
Sex:M Age:31 DOB:05/08/1982    MR#: KM00447053
Paschall, Paul F MD

Proxy
Lamisil
Ketolac
Terbinafine

NKDA

KOOTENA
Coeu
CODE B
999999-

03430.000 - Shawn Mathew Mckee    03430.0

| Time | Vital Signs | | | | | CPR | | | | | | Emergency Drugs Route & Dose | | | | | | | | IV Fluids and Drips / Dose | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | B.P. | Rate | Resp. | SpO2 | EtCO2 | Rhythm | Pulse Present | Ext. Pacer On | Chest Compressions | Vented Per AMBU | Defibrillation Cardioversion | Epinephrine | Atropine | Lidocaine | Amiodarone | 50m lamp IV Bi-carb | | Dopamine | Lidocaine | NS IV fluid | |
| 0957 | 65/40 | | 15 | 99 | 8 | CPR | · | | ✓ | ✓ | | 1mg | | | | | | | | R AC | |
| 1000 | | 111 | | | | CPR | ∅ | | ✓ | ✓ | | 1mg | | | ✓ | | | | | | |
| 1004 | 102/75 | 129 | 15 | | | CPR | | | ✓ | ✓ | | 1mg | | | | | | | | | |
| 1005 | | | | | 12 | CPR | | | ✓ | ✓ | | | | | ✓ | | | | | | |
| 1010 | | 92 | 19 | | | CPR | | | ✓ | ✓ | | | | | | | | | | | |
| 1011 | 106/93 | 142 | 16 | 84 | 13 | CPR | ∅ | | ✓ | ✓ | | 1mg | | | | | | | | | |
| 1012 | | 140 | | 58 | 15 | CPR | | | ✓ | ✓ | | | | | | | | | | | |
| 1014 | 93 | 93 | 15 | 89 | | CPR | ∅ | | ✓ | ✓ | | | | | | | | | | | |
| 1014 | | 31 | 15 | | 12 | ∅ | | | · | ✓ | | | | | | | | | | ✓ 1000cc | |
| 1015 | | | | | | CPR | | | ✓ | ✓ | | | | | | | | | | | |
| 1016 | | 21 | ∅ | | | YEA | ∅ | | ∅ | ✓ | | | | | | | | | | | |
| | | | | | | | | | | Vtach | | | | | | | | | | | |
| 1020 | | | | | | | | | | | | | | | | | | | | | |
| 1055 | | | | | | | | | | | | | | | | | | | | | |
| 1115 | | | | | | | | | | | | | | | | | | | | | |

Physician Initials: [signature]

Pink – Pharmacy, White – Chart, Yellow – Performance Improvement

MCKEE,SHAWN
KM0009612904
Sex:M Age:31 DOB:05/08/1982
Paschall,Paul F MD
Date of Service: 06/25/13
MR#: KM00447053

KOOTEN
Coe
CODE E
999999