| **NFIRS-1** | **A** Kootenai County Fire/Rescue | 06/25/2013 09:10:00 2013-002300 00 |
| | Fire Department | Date   Time   Incident Number   Exposure |

**Basic**



**B** Street address
107 W 15TH AVE
Post Falls, ID 83854

Census Tract

---

**C** Incident Type
EMS call, excluding vehicle accident with injury

**D** Mutual Aid: None

Their FDID   State   Incident
XXXXX
Responding Departments (Press Other)

**E₁** Dates and Times
Alarm Time 06/25/2013 09:10:00
Time Out 06/25/2013 09:12:00
Arrival 06/25/2013 09:17:00
Controlled
Cleared 06/25/2013 10:16:00

**E₂** Shift and Alarms
R   1   F1-C
Shift   Alarm   District   Alarm Box

**E₃** Special Studies

---

**F** Actions Taken
1. Provide advanced life support (ALS)
2. Transport person

**G₁** Resources

| | Apparatus | Personnel |
|---|---|---|
| Suppression | 0 | 0 |
| EMS | 2 | 4 |
| Other | 0 | 0 |
| Personnel Not on Apparatus | | 0 |
| Total Personnel | | 4 |

**G₂** Estimated Dollar Losses
Losses
Property   Unknown
Contents   Unknown
Pre Incident Value
Property   Unknown
Contents   Unknown

---

**H₁** Casualties

| | Deaths | Injuries |
|---|---|---|
| Fire Service | 0 | 0 |
| Civilian | 0 | 0 |

**H₃** Hazardous Materials Release

**J** Property Use
1 or 2 family dwelling

---

**H₂** Detector

**I** Mixed Property Use

---

**K₁** Person Entity Involved
Shawn McKee
107 W 15TH AVE
Post Falls, ID 83854

**K₂** Owner

---

**L** Remarks
KCFR was paged ALS for a 30 YOM with difficulty breathing at 107 W. 15th. E-131 and M-11 responded. We arrived on scene and M-11 initiated pt. care. Pt. was approx. 500 lbs. and moved himself a few steps to the gurney. Pt. was moved to M-11 and transported ALS to KMC with an extra EMT-A to assist. Pt. was delivered to KMC ER and became unresponsive.

**M**
| Duane Hanna | Lieutenant | Officer | 06/25/2013 |
| Officer in Charge | Rank | Assignment | Date |
| Duane Hanna | Lieutenant | Officer | 06/25/2013 |
| Member Making Report | Rank | Assignment | Date |

---

**SS** Special Studies

ID   Title   Entry Description



DEFENDANT'S
EXHIBIT
18
1:14CV77

---

| DATETIMEALARM | INCNUM | STRNUM | STREET | CITY | STATE | |
|---|---|---|---|---|---|---|
| 9/27/2003 11:45:00 AM | 2003002398 | MP7 | I-90 ON RAMP | POST FALLS | ID | 8 |
| 6/20/2008 3:37:00 PM | 2008002014 | 9850 | LOS RANCHOS | Hauser Lake | ID | 8 |
| 10/31/2004 10:04:00 AM | 2004002688 | 1948 | GOLDRUSH | Coeur d' Alene | ID | 8 |
| 5/28/2005 11:49:00 AM | 2005001355 | | 2514 N.7TH | Coeur d' Alene | ID | 8 |
| 9/27/2008 1:21:00 PM | 2008003248 | 10110 | HAPPY TRAIL | Post Falls | ID | 8 |
| 6/25/2013 9:10:00 AM | 2013002300 | 107 | W 15TH AVE | Post Falls | ID | 8 |
| 11/28/2014 8:43:00 AM | 2014004918 | 3785 | E DONEGAL LN | Post Falls | ID | 8 |
| 4/16/2003 12:48:00 AM | 2003000721 | 1710 | CECIL | POSTFALLS | ID | 8 |
| 12/15/2010 1:44:00 PM | 2010004491 | 10110 | N. Happy Trail | Rathdrum | ID | 8 |
| 8/25/2014 1:31:00 PM | 2014003506 | 1300 | E MULLAN AVE | Post Falls | ID | 8 |
| 8/22/2006 11:25:00 PM | 2006002273 | 1948 | GOLDRUSH | Coeur d' Alene | ID | 8 |

03430.000 – Shawn Mathew Mckee        03430.