1    happened.  And she made the decision to have a

2    autopsy done.

3        Q.    Who made that decision, you, Ms. Wilkey

4    or both?

5        A.    Deb Wilkey did, the coroner.  She is the

6    coroner at the time.

7        Q.    Have we covered the extent of your care

8    and treatment of Mr. McKee?

9        A.    I think so.

10       Q.    All right.  I don't have any further

11   questions for you, Doctor.  Mr. Humphreys may have

12   some.

13                E X A M I N A T I O N

14          BY MR. HUMPHREYS:

15       Q.    Doctor, my name's Jim Humphreys.  I

16   represent Dr. Bailey, the defendant in this case.

17   In terms of your history -- and if you want to

18   refer back to your history there -- the source of

19   that history was Mrs. McKee; is that correct?

20       A.    The source of the history of what had

21   happened to him prior to his presentation in the

22   emergency department was Mrs. McKee, yes.

23       Q.    And you covered with Mr. Byrd the reason

24   there was an inability to get a CT scan in

25   Lebanon.  Could you also recite what Ms. McKee

DEFENDANT'S
EXHIBIT
19

told you about a follow-up CT?

A.   Well, I was given the impression that he
-- he had been recommended that he go to another
hospital.  And I -- and in my discussions with
her, I concluded that what she was telling me was
in getting a CT scan.  But I don't remember the
details of that, just that she told me that he had
-- had been recommended to go to another facility.

Q.   And what else did she tell you about
what Mr. McKee decided to do?

A.   She told me that he started feeling
better and made the decision not to go to the
other facility.

Q.   Could you just read that sentence that
begins with, "However."

A.   Well, she gave -- you know, she gave me
the impression that he couldn't get scanned there.

Q.   Could you just read that sentence?

A.   Yeah.  It says, "However, he's too large
for their scanner table and so had been released
with antibiotics and planned to go to another
hospital and obtain a CT scan. Decided he was
feeling better and did not want to do that."

Q.   What was the significance, Doctor, of
Mr. McKee's driving from Virginia to Idaho?

Case 1:14-cv-00077-JPJ   Document 108-4   Filed 12/07/15   Page 2 of 24   Pageid#: 1302

1       A.      Well, it's a very substantial driving

2   time from Virginia to Idaho, as you can imagine.

3   And so you're in a vehicle, not moving around very

4   much for long hours.  And immobility increases

5   your risk of blood clots and increases the risk of

6   an extending, and so it has obvious risk for clots

7   and pulmonary emboli.

8       Q.      And what is the reason that you recorded

9   in your dictation that Mr. McKee subsequently

10  moved from Virginia to here and did so by driving?

11      A.      Because that was a risk factor for

12  pulmonary embolus and deep venous thrombosis, and

13  it was -- would explain potentially his

14  presentation and current pulmonary arrest.

15      Q.      And in your review of systems, Doctor,

16  you had given an estimate of Mr. McKee's weight.

17  What was that estimate?

18      A.      Greater than 400 pounds.

19      Q.      And is that a measured weight or is that

20  just something you eyeballed?

21      A.      No, that's a guessed weight.  It was

22  basically a guess based on his size and his

23  height, apparent height, and just a visual guess.

24  I may have asked her about his weight.  I don't

25  remember.

1    Q.    And when you say someone is morbidly

2    obese, what does that mean?

3    A.    I don't recall the actual specific line

4    that gets crossed in terms of body weight that

5    would put somebody in morbid obesity, but he's

6    well above that, well.

7    Q.    But what does "morbid obesity" mean?

8    A.    Extreme, extremely obese.

9    Q.    And what is the significance of that, at

10   least as far as Mr. McKee's death is concerned?

11   A.    It increases the risk of all types of

12   health problems, but in this case, it

13   substantially increases his risk of blood clots

14   and pulmonary embolus.

15   Q.    Now, you had mentioned a D-dimer test?

16   A.    Yes.

17   Q.    That was done at the hospital in Idaho?

18   A.    Yes.

19   Q.    And the level is 32.6; is that correct?

20   A.    Yes.

21   Q.    Am I reading this scale correctly, but

22   is that over 65 times normal?

23   A.    Well, you know, as far as what's normal,

24   the cutoff point for concern is .5.  So it is

25   about 64 or five times normal.

Case 1:14-cv-00077-JPJ   Document 108-4   Filed 12/07/15   Page 4 of 24   Pageid#: 1304

1      Q.    In terms of characterizing that as being

2  elevated, is that extremely elevated?  Moderately

3  elevated?  Just a little bit elevated?

4      A.    That's pretty extremely elevated.

5      Q.    You also mentioned something significant

6  in the history that Mrs. McKee gave you which was

7  Mr. McKee passed out the night before --

8      A.    Yes.

9      Q.    -- he came to see you?

10      A.    Yes.

11      Q.    Or the night before you saw him?

12      A.    Right.

13      Q.    What is the significance of that?

14      A.    Well, it's unusual for somebody to

15  completely pass out who is 31 years of age, and

16  he's having respiratory problems, and that would

17  make me very concerned about pulmonary embolus.

18  Even if he was talking and breathing in front of

19  me, I'd be concerned about that.

20      Q.    Were you ever given any history about

21  Mr. McKee's passing out before the night you saw

22  him?

23      A.    No.

24      Q.    Can you explain how deep venous

25  thrombosis would become a pulmonary embolism?

1     A.   The clots in the deep veins, which is

2  pretty much from about your knees up -- there are

3  some deep veins in the calves, but they don't

4  commonly cause pulmonary emboli.  But in the deep

5  veins from your thighs up through your pelvis and

6  abdomen, those clots can travel up, break loose

7  and travel up the central venous, the inferior

8  vena cava, make it to the right heart, get pumped

9  out into the pulmonary arteries where they cause

10  obstruction in the lung tissue.

11     Q.   And long car rides have increased the

12  risk of that taking place?

13     A.   Yes.

14     Q.   Have you ever seen any of the records

15  from the emergency department visit in Lebanon?

16     A.   No.

17     Q.   Were you aware that Mr. McKee had a

18  venous Doppler done in Lebanon which was normal?

19        MR. BYRD:  Objection.

20        THE WITNESS:  No, I have no knowledge --

21        MR. BYRD:  -- 399.

22        MR. HUMPHREYS:  I'm sorry?

23        MR. BYRD:  Objection.  8.01399.

24        MR. HUMPHREYS:  Well, I think his answer

25  is he was unaware, so let me get the answer, and

1    then it will be subject to your objection, Ben.

2              MR. BYRD:   Sure.

3              BY MR. HUMPHREYS:

4        Q.    Were you aware that Mr. McKee had a

5    venous Doppler done in Lebanon which was normal?

6        A.    No.

7        Q.    What is the significance of the normal

8    venous Doppler?

9              MR. BYRD:   Objection.   8.01599.

10             BY MR. HUMPHREYS:

11       Q.    Okay.   Subject to that objection.

12       A.    Well, I'm assuming that the venous

13   Doppler would have been done of his lower

14   extremities, which is the most common place for

15   clots.   And if that was negative, that would make

16   you less concerned about deep vein thrombosis in

17   the lower extremities at that time, but you

18   wouldn't rule out the possibility.

19       Q.    The possibility of what?

20       A.    Of clots elsewhere.

21       Q.    I think that's all the questions I have,

22   Doctor. Thank you.

23             E X A M I N A T I O N

24             BY MR. BYRD:

25       Q.    Just briefly, Doctor.   You had testified

Case 1:14-cv-00077-JPJ  Document 108-4  Filed 12/07/15  Page 7 of 24  Pageid#: 1307

1    that you had not seen the records from the Lebanon

2    hospital.  So would it be fair to say, Doctor,

3    that you're unaware of what the diagnosis, if any,

4    was for Mr. McKee when he was at that hospital?

5         A.    Yeah, I don't know anything about the

6    care except that his wife told me he was having

7    some respiratory symptomatology which is why he

8    went there.  And that -- and that she said that

9    they had recommended he go to another facility.

10   That's all I know about it is what she told me.

11        Q.    Right.  And that didn't include the

12   diagnosis, if any, that he had received while he

13   was at the hospital?

14        A.    Did not.

15        Q.    Is that fair to say?

16        A.    Didn't include any diagnosis.  Didn't

17   include any testing they might have done or lab or

18   anything like that.

19        Q.    And as far as the specifics of what Mr.

20   McKee was told as far as under what circumstances

21   he could or could not get the CT, you obviously

22   didn't speak with the doctor who saw him there, so

23   you don't know what the doctor would have to say

24   about that; is that fair to say?

25        A.    Yes.  I don't have -- I didn't have any

1   contact with the physician.  I didn't have any

2   access to the records.

3        Q.   And then you don't know whether Mr.

4   McKee was given options about whether to get it or

5   not get it depending on how he felt; is that fair

6   to say?

7        A.   No, I don't know anything about that

8   except what his wife told me.

9        Q.   I don't have any other questions.  Thank

10  you.

11             E X A M I N A T I O N

12             BY MR. HUMPHREYS:

13       Q.   And, Doctor, what did Ms. McKee tell you

14  about why Mr. McKee chose against getting a

15  follow-up CT?

16       A.   She told me that he was feeling better

17  and decided against going to the other facility.

18             MR. HUMPHREYS:  Okay.  That's it.  You

19  done, Ben?

20             MR. BYRD:  I don't have anything else.

21             MR. HUMPHREYS:  Okay.

22             THE REPORTER:  Are you ordering the

23  transcript?

24             MR. HUMPHREYS:  Well, we have a trial

25  date on December 1, so what's your normal

1    turnaround?

2            MR. BYRD:  I was going to say, though,

3    Doctor, do you want to read and sign the

4    transcript?

5            THE WITNESS:  Yes.

6            MR. BYRD:  Okay.

7            MR. HUMPHREYS:  Well, Doctor, since you

8    want to read and sign it, could you give the court

9    reporter your address.

10           THE WITNESS:  She has it.

11           MR. HUMPHREYS:  Oh, you know him, huh?

12   He's already given it to you.  All right.  Okay.

13           THE REPORTER:  Are you ordering the

14   transcript?

15           MR. BYRD:  I am, yes, ma'am.

16           MR. HUMPHREYS:  And I want a copy.

17           (Exhibit No. 1 marked.)

18   (Deposition concluded at 11:37 a.m.)

19   (Signature Reserved)

20                       -oOo-

21

22

23

24

25

Case 1:14-cv-00077-JPJ   Document 108-4   Filed 12/07/15   Page 10 of 24   Pageid#: 1310

31

```
 1              C E R T I F I C A T E
 2   STATE OF WASHINGTON
 3   COUNTY OF KING
 4
 5      I, Kathleen Hamilton, a Certified Shorthand
 6   Reporter and Notary Public in and for the State of
 7   Washington, do hereby certify that the foregoing
 8   transcript of the deposition of PAUL F. PASCHALL,
 9   M.D., having been duly sworn, on JULY 13, 2015, is
10   true and accurate to the best of my knowledge,
11   skill and ability.
12      IN WITNESS WHEREOF, I have hereunto set my hand
13   and seal this 20TH day of JULY, 2015.
14
15
16
17        KATHLEEN HAMILTON, RPR, CRR, CCR
18
19
20
21
22
23
24
25
```

Case 1:14-cv-00077-JPJ   Document 108-4   Filed 12/07/15   Page 11 of 24   Pageid#: 1311

32

```
1    A C K N O W L E D G E M E N T   O F   D E P O N E N T

2

3    I, PAUL PASCHALL, M.D., do hereby acknowledge I

4    have read and examined the foregoing pages of

5    testimony, and the same is a true, correct and complete

6    transcription of the testimony given by me, and any

7    changes or corrections, if any, appear in the attached

8    errata sheet signed by me.

9

10

11

12

13

14

15

16

17

18   DATE _____          PAUL PASCHALL, M.D. _____

19

20

21

22

23

24

25
```

```
 1   James N. L. Humphreys, Esquire
     Hunter Smith & Davies LLP
 2   1212 North Eastman Road
     Kingsport, Tennessee 37664
 3
     IN RE:  Estate of Shawn Matthew Mckee v.
 4           Dwight M. Bailey, M.D., et al.

 5

 6   Dear Mr. Humphreys

 7        Enclosed please find your copy of the

 8   deposition of PAUL PASCHALL M.D., along with

 9   the original signature page.  As agreed, you

10   will be responsible for contacting the witness

11   regarding signature.

12        Within 30 days of July 27, 2015,

13   please forward errata sheet and original signed

14   signature page to counsel for Plaintiff,

15   Benjamin D. Byrd.

16        If you have any questions, please do not

17   hesitate to call.  Thank you.

18   Yours,

19   Kathleen Hamilton, RPR, CRR, CCR
     Reporter/Notary
20

21   cc:  Benjamin Byrd, Esquire

22

23

24

25
```

Case 1:14-cv-00077-JPJ   Document 108-4   Filed 12/07/15   Page 13 of 24   Pageid#: 1313

34

```
1  Capital Reporting Company
   1821 Jefferson Place, Northwest
2  Third Floor
   Washington, D.C. 20036
3  (202) 857-3376

4            E R R A T A   S H E E T

5  Case Name:  Estate of Shawn Matthew Mckee v.
               Dwight M. Bailey, M.D., et al.
6
   Witness Name:  PAUL PASCHALL M.D.
7
   Deposition Date:  July 13, 2015
8
   Page No.   Line No.     Change/Reason for Change
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  Signature _____    Date _____
```

Case 1:14-cv-00077-JPJ   Document 108-4   Filed 12/07/15   Page 14 of 24   Pageid#: 1314

**0**

06/25/2013 3:9

**1**

1 3:9 11:15 29:25
  30:17
1:14-CV-00077-
  JPJ 1:7
10:16 13:14
11:37 30:18
1212 2:10 33:2
13 1:17 31:9 34:7
17 11:25
18 6:17 12:1
18200 1:12
1821 34:1
19,000 6:17
1917 1:18
1980 5:6
1982 5:10
1984 4:15 5:6,8
1987 5:8,10 7:3
1992 5:13

**2**

20036 34:2
2013 9:24
2015 1:17 31:9,13
  33:12 34:7
202 34:3
20TH 31:13
21 3:4
23 5:13,24
24022 2:5
25th 9:24
27 3:5 33:12
29 3:5

**3**

30 3:9 13:16 33:12
31 5:25 25:15
32.6 18:6 24:19
35 6:14
3740 2:10
37664 2:11 33:2
399 26:21

**4**

4 3:3
40,000 6:14
400 23:18
40013 2:5
423.378.8800 2:11

**5**

5 24:24
540.983.9300 2:6
55,000 6:18

**6**

64 24:25
65 24:22

**8**

8.01399 26:23
  27:9
80 6:2
84 4:18
857-3376 34:3
87 6:2

**9**

9:44 13:13
900 2:4
92 6:17

**A**

a.m 30:18
abdomen 26:6
ability 31:11
ABINGDON 1:2
access 29:2
accurate 31:10
acknowledge 32:3
active 16:15
actual 18:1 24:3
actually 4:16 5:19
  6:5 15:9
acute 6:18
address 30:9
adds 6:3
Administrator 1:4
advance 9:10
against 29:14,17
age 25:15
ages 6:22
agreed 33:9
ahead 9:17 11:14
air 7:23
al 1:7 33:4 34:5
Alderwood 1:12
already 15:19
  30:12
am 24:21 30:15
ambulance 12:19
annual 7:9
answer 26:24,25
answered 15:19
antibiotics 14:14
  22:21
anything 10:12,18
  14:2 16:25 17:25
  28:5,18 29:7,20
anywhere 4:20
apparent 23:23
apparently 10:16
appear 32:7

area 5:11 10:17
  20:22
arrest 19:7 20:6
  23:14
arrested 19:25
arrival 12:22
  13:14 19:7 20:6
arrived 14:18
arteries 7:21 26:9
assisting 13:8
assuming 27:12
asthma 15:3
attached 3:11 32:7
attempting 10:9
Austin 5:3
autopsy 8:19
  19:12 20:19 21:2
aware 26:17 27:4
away 8:2,14

**B**

background 4:24
bagged 13:9
Bailey 1:7 21:16
  33:4 34:5
based 14:20 23:22
basically 23:22
Bates
  11:17,19,21,25
became 12:15 13:6
become 7:4,12
  15:22 25:25
begins 22:15
behind 15:18
believe 6:15 8:20
  11:25 14:6,14
  15:11
Ben 11:16 12:5
  16:3 27:1 29:19
Benjamin 2:3

33:15,21
best 31:10
better 11:10
  22:12,23 29:16
bit 25:3
blood 7:18 23:5
  24:13
board 6:24 7:1,5
body 24:4
bottom 18:5
Box 2:5,10
break 26:6
breath 14:9
breathing 10:8
  12:20,21 19:24
  25:18
briefly 27:25
bring 11:5
bronchodilator
  13:1
Byrd 2:3 3:3,5 4:7
  8:22 9:1,4,5
  11:21 12:6 16:8
  21:23
  26:19,21,23
  27:2,9,24 29:20
  30:2,6,15
  33:15,21
byrd@gentrylock
  e.com 2:6

**C**
calm 10:22
calves 26:3
Capital 34:1
car 16:14 19:22
  26:11
cardiopulmonary
  20:5
care 6:7 8:9
  12:11,16 21:7
  28:6

cascade 17:17
case 1:6 8:18
  18:14 21:16
  24:12 34:5
cause 18:12 19:9
  26:4,9
caused 8:6
causes 8:8
cava 26:8
cc 33:21
CCR 1:18 31:17
  33:19
Center 3:9 5:12,22
central 26:7
certain 19:12
  20:20
certainty 16:5
certified 6:24
  7:2,5 31:5
certify 31:7
Change 34:8
Change/Reason
  34:8
changes 32:7
characterizing
  25:1
chart 18:2,7
chest 13:9
chose 29:14
circumstances
  10:22 28:20
clot 7:17,18
clots 16:16 17:19
  23:5,6 24:13
  26:1,6 27:15,20
clotting 17:15,16
  18:17
clues 17:16 18:13
coagulation 17:21
Coeur 5:11,22

6:16 9:23 10:15
collapse 19:6,7,23
college 4:25 5:2
coming 13:24
common 7:24
  27:14
commonly 26:4
community
  6:13,19
Company 34:1
complete 7:6 20:5
  32:5
completely 25:15
compressions 13:9
computers 11:13
concern 24:24
concerned 15:20
  16:18 18:14
  24:10 25:17,19
  27:16
concluded 22:5
  30:18
conclusions 9:7,11
  12:10
considering 10:22
contact 29:1
contacting 33:10
contain 12:8
continued 13:8
continuing 7:10
conversations
  10:14
cooperative 10:23
copy 11:5,7,16,18
  30:16 33:7
coroner 8:9,15,17
  20:22,23 21:5,6
correct 20:11
  21:19 24:19 32:5
corrections 32:7

correctly 24:21
correlates 18:6
counsel 33:14
county 5:9,19 8:16
  31:3
couple 14:6
course 12:11 18:5
court 1:1 30:8
covered 21:7,23
CPR 13:3
crossed 24:4
CRR 1:18 31:17
  33:19
CT 14:11 21:24
  22:1,6,22 28:21
  29:15
current 23:14
currently 4:19 6:4
cut 11:21
cutoff 24:24

**D**
D.C 34:2
d'Alene 5:11,22
  6:16 9:23 10:15
date 1:17 29:25
  32:18 34:7,25
dated 3:9
Davies 2:9 33:1
day 15:12 20:10
  31:13
days 33:12
D-dimer
  17:12,14,15
  24:15
dead 13:20
Dear 33:6
death 8:6,8 20:18
  24:10
Deb 20:23 21:5

Case 1:14-cv-00077-REB Document 108-4 Filed 12/07/15 Page 16 of 24 PageID#: 1316

| | | | |
|---|---|---|---|
| deceased 1:4 | discharge 11:10 | ——————— E | estimate 23:16,17 |
| December 29:25 | discuss 20:21 | Eastman 2:10 | et 1:7 33:4 34:5 |
| decided 22:10,22 29:17 | discussed 17:6 | 33:2 | evaluated 8:14 |
| decision 8:18 21:1,3 22:12 | discussions 22:4 | education 7:10 | evaluation 17:20 |
| | disseminated 17:21 | educational 4:24 | EXAMINATION 1:10 3:2 |
| deep 17:18,19 23:12 25:24 26:1,3,4 27:16 | distress 15:4 16:13 20:4 | effort 10:9 13:2 | examined 4:5 32:4 |
| | | efforts 13:12,14,17 | examiner 8:15 |
| defendant 2:8 21:16 | distressed 10:24 | electronic 11:12 | exams 7:7,8,9 |
| | DISTRICT 1:1 | elevated 17:24 25:2,3,4 | except 28:6 29:8 |
| Defendants 1:8 | DIVISION 1:2 | else 10:12 22:9 29:20 | Excuse 16:2 |
| degree 5:4 9:12 16:5 19:3 20:15 | doctor 4:11,14,23 5:24 6:11 7:5 8:13 9:6,18 11:6 12:14 13:22 14:25 16:1,6,10 18:5 19:17 20:2,13 21:11,15 22:24 23:15 27:22,25 28:2,22,23 29:13 30:3,7 | | Exhibit 3:7,11 11:15 30:17 |
| department 12:19,23 18:4,20 19:1,8 21:22 26:15 | | elsewhere 27:20 | EXHIBITS 3:8 |
| | | emboli 17:20 23:7 26:4 | expect 8:11 |
| | | embolism 7:13,16 16:20 25:25 | experiences 8:1 |
| departments 5:18 | | | expert 8:23 |
| depending 29:5 | | embolizes 7:20 | explain 23:13 25:24 |
| deposition 1:10 11:15 30:18 31:8 33:8 34:7 | doctor's 16:3 | embolus 7:22,23 16:16 19:11,16 20:9 23:12 24:14 25:17 | extending 23:6 |
| | document 16:25 17:25 | | extent 21:7 |
| describe 10:21 | documented 19:13 20:7 | emergency 5:17,20,21 6:6,10,19,20 8:23 12:19,22 18:4,20 19:1,8 21:22 26:15 | Extreme 24:8 |
| details 22:7 | | | extremely 24:8 25:2,4 |
| determination 8:7 | done 8:20 17:9 21:2 24:17 26:18 27:5,13 28:17 29:19 | | extremities 27:14,17 |
| determinations 8:5 | | | eyeballed 23:20 |
| diagnoses 19:1 | Doppler 26:18 27:5,8,13 | EMS 12:24 13:3 | ——————— F |
| diagnosis 18:21 28:3,12,16 | Dr 8:23 11:16 12:1 21:16 | en 12:20 | facility 22:8,13 28:9 29:17 |
| dictated 20:9 | driven 14:21 | Enclosed 33:7 | fact 16:13 19:21 |
| dictation 11:13,15,23 12:3 23:9 | driving 22:25 23:1,10 | encounter 11:2,8 | factor 23:11 |
| | | episode 15:10 | factors 15:23,25 16:9,11,17,20 |
| different 6:22 | duly 4:4 31:9 | ER 5:23 6:11 7:11 8:12 | fair 20:13 28:2,15,24 29:5 |
| difficulties 17:4 19:21 | during 9:8 12:11 | errata 32:8 33:13 | |
| difficulty 12:20 19:24 | Dwight 1:7 33:4 34:5 | Esquire 33:1,21 | fairly 6:12,18 19:10,16 20:8 |
| dimer 17:23 | | Estate 1:4 33:3 34:5 | fall 4:17 |

familiar 7:13

family 5:7 6:25

fat 7:22

feeling 22:11,23
  29:16

felt 19:5 29:5

final 8:7

fine 16:7

first 4:4

five 24:25

Floor 34:2

follow-up 22:1
  29:15

foregoing 31:7
  32:4

forgot 15:13

form 6:7 8:4

formed 9:8 12:11

forms 7:17

forward 33:13

Franklin 4:10

frequently 17:17

Friday 6:5

front 12:2 25:18

full 5:25 6:2

---
G
---

Galveston 5:6

generally 6:11

gentleman 16:11

Gentry 2:4

gets 24:4

getting 15:12 22:6
  29:14

given 9:11 14:15
  22:2 23:16 25:20
  29:4 30:12 32:6

gives 17:16 18:13

giving 12:25

gone 8:14 14:8

Greater 23:18

guess 23:22,23

guessed 23:21

---
H
---

half 13:15

Hamilton 1:18
  31:5,17 33:19

hand 31:12

happened 21:1,21

haven't 15:19

having 4:4 12:20
  25:16 28:6 31:9

health 9:21,22
  24:12

heart 7:19 26:8

he'd 14:8 15:5

height 23:23

held 19:2 20:14

helpful 10:23
  18:15

hereby 31:7 32:3

herein 4:4

hereunto 31:12

he's 22:19 24:5
  25:16 30:12

hesitate 33:17

Hey 11:16

high 6:18 18:10
  19:10,16 20:8

higher 16:16

history 11:9 13:23
  14:1,13 15:3,8
  16:12 17:1,3
  19:6,9,14,18
  20:25
  21:17,18,19,20
  25:6,20

home 19:23

hooked 13:7

hospital 5:9,20
  6:13,16,19 9:22
  11:7 17:7
  22:4,22 24:17
  28:2,4,13

hospitals 6:13

hour 13:15

hours 23:4

huh 30:11

humphrey@hsdla
w.com 2:12

Humphreys 2:9
  3:4,5 8:25 9:3
  11:16,24 12:5
  16:2 21:11,14,15
  26:22,24 27:3,10
  29:12,18,21,24
  30:7,11,16
  33:1,6

hundred 20:20

Hunter 2:9 33:1

---
I
---

I'd 8:22 11:14
  25:19

Idaho 4:21
  5:11,22 6:16
  9:23 13:24
  14:4,19 15:16
  22:25 23:2 24:17

idea 18:11

IDENTIFICATI
ON 3:8

I'll 6:6 11:25 12:1

I'm 4:21 8:1 9:4
  11:22 16:6 26:22
  27:12

imagine 23:2

immediately 13:7

immobility 23:4

impression 14:10
  22:2,17

impressions 8:5
  12:10

inability 21:24

include 17:12
  28:11,16,17

included 14:25

increased 26:11

increases 23:4,5
  24:11,13

increasing 19:24

independent 10:6

INDEX 3:7

inferior 26:7

information 12:8

inhaler 14:15

internships 5:1

interrupt 16:3

intravascular
  17:21

intubated 13:10

investigation 8:19

involved 6:10
  12:15

it's 4:10 6:12 8:20
  9:21,22
  11:12,22,25 12:1
  17:17,20
  18:3,14,19 23:1
  25:14

IV 12:24

I've 5:11

---
J
---

Jackson 5:8,9 6:14

James 2:9 33:1

Jefferson 34:1

Jim 8:22 9:2 21:15

judgments 8:10

July 1:17 5:12
  31:9,13 33:12

34:7

June 9:24

---

**K**

KAREN 1:3

Kathleen 1:18
31:5,17 33:19

KING 31:3

Kingsport 2:11
33:2

knees 26:2

knowledge 14:20
26:20 31:10

Kootenai 3:9
5:12,21 8:16
9:21,22

---

**L**

lab 17:9 18:7
28:17

large 6:12 10:7
14:11 22:19

last 18:19

later 6:8

learn 14:2

learned 12:9

least 24:10

Lebanon 14:7
21:25 26:15,18
27:5 28:1

led 13:24

less 7:23 27:16

level 18:1 24:19

licensed 4:19,21

likely 20:18

line 24:3 34:8

listed 18:23,25

little 25:3

LLP 2:4,9 33:1

Locke 2:4

---

long 4:13 7:1
13:11 16:14
19:22 23:4 26:11

loose 26:6

lower 27:13,17

lung 7:20,22 26:10

lungs 7:20

Lynwood 1:13

---

**M**

M.D 1:7,11 4:3
31:9 32:3,18
33:4,8 34:5,6

ma'am 30:15

majority 5:2

male 10:7 15:7

Mall 1:12

managed 10:24
14:19

marked 16:12
30:17

markedly 15:13

Matthew 1:4 33:3
34:5

may 14:14 21:11
23:24

maybe 18:19

mckee 1:4 3:9
9:9,18 10:2 11:3
12:9 13:5,19,23
14:3,18,24 15:15
16:19 17:10 18:9
19:3
20:9,10,16,22
21:8,19,22,25
22:10 23:9
25:6,7 26:17
27:4 28:4,20
29:4,13,14

Mckee 33:3 34:5

McKee's 10:13
12:15 17:1,22
18:12 20:21

---

22:25 23:16
24:10 25:21

mean 5:25 6:6
15:25 16:9 19:18
20:2 24:2,7

means 19:11

measured 23:19

measurement
17:15

measuring 17:12

medical 3:9 4:11
5:5,12,22 8:15
9:12 11:2 16:5
17:1 19:4 20:15

medications 15:6

medicine
5:14,20,21
6:6,7,10,19,25
8:24

mentioned 24:15
25:5

mind 10:19,21

minutes 13:16

Moderately 25:2

monitor 13:8

Moore 2:4

morbid 24:5,7

morbidly 10:7
24:1

morning 20:24

mostly 5:25 6:6

move 8:22

moved 5:10 10:16
23:10

moving 23:3

---

**N**

N.L 2:9

name's 21:15

nebulizer 12:25

negative 27:15

---

night 15:11
25:7,11,21

normal
24:22,23,25
26:18 27:5,7
29:25

North 2:10 33:2

Northwest 34:1

Notary 31:6

note 12:7 13:22,25
14:7,25 16:23
20:10

nowadays 17:18

---

**O**

o0o 30:20

oath 4:5

obese 10:7 15:7
24:2,8

obesity 16:12
24:5,7

objection 8:25 9:1
26:19,23
27:1,9,11

obstruction 26:10

obtain 13:23 22:22

obvious 23:6

obviously 16:15
28:21

occasion 7:12 11:1

occasions 8:13

Oh 5:23 8:3 30:11

Okay 12:7 27:11
29:18,21 30:6,12

ongoing 15:21
19:20

opinion 20:14,17

opinions 9:7 12:10
19:2

opposed 16:4

options 29:4

ORAL 1:10
ordering 29:22 30:13
orders 8:19
original 33:9,13
outside 4:17

---
P
---

P.O 2:5,10
page 3:2,8 18:19 33:9,14 34:8
pages 32:4
paper 12:2
paperwork 11:12
Parkway 1:12
part-time 4:16
Paschall 1:11 4:3,10 8:23 11:17 12:1 31:8 32:3,18 33:8 34:6
pass 25:15
passed 8:14 25:7
passes 15:10
passing 8:2 25:21
past 17:1
pathologists 8:21
patient 8:10 12:17 13:6,10 17:10
patients 6:21 8:2,13 9:18 17:20
Paul 1:11 4:3,10 31:8 32:3,18 33:8 34:6
pelvis 26:5
percent 20:20
phone 2:3
physical 11:9
physician 8:9 29:1

piece 12:2
Plaintiff 1:5 2:2 33:14
planned 22:21
Plaza 2:4
please 4:8 33:7,13,16
point 8:22 11:19 24:24
portion 16:23
possibility 27:18,19
potentially 23:13
pounds 23:18
practice 4:13,20 5:8 6:7,9,12 7:11,15,25 8:12,17 9:22
practiced 5:9,15,17,21
practicing 4:16 5:12,19,23 6:4
preceded 10:15
prepared 12:7
presentation 10:15 15:12 19:5 20:25 21:21 23:14
presented 10:8 12:18 20:4
presenting 18:12
pretty 6:19 25:4 26:2
previous 15:5,11 19:6
previously 14:24 15:15 17:6
primary 8:9
prior 14:6 15:4 21:21
probability 9:12 19:4,10,15

20:8,15
probably 6:6
problem 15:21
problems 15:3 24:12 25:16
process 18:17
produce 11:13
program 5:7,19
progressive 16:13 19:23
pronounce 13:19
proven 19:12 20:19
Public 31:6
pulmonary 7:13,16,21 15:6 16:20 17:19 19:11,16 20:9 23:7,12,14 24:14 25:17,25 26:4,9
pulmonary-embolus-related 15:24
pulse 13:2
pumped 26:8
puts 16:15

---
Q
---

qualify 8:23
question 15:13
questions 21:11 27:21 29:9 33:16

---
R
---

Rakes 2:4
RE 33:3
reading 24:21
really 15:2
reason 21:23 23:8
reasonable 9:12 16:5 19:3 20:14

reasoning 15:18
recall 24:3
received 14:24 28:12
recent 17:3
recite 21:25
recollections 10:6
recommended 14:11 22:3,8 28:9
record 11:2 13:13
recorded 23:8
records 3:9 26:14 28:1 29:2
recurrent 7:8
refer 17:5 21:18
reflect 19:2
regarding 11:2 33:11
regards 17:1 20:8
relatively 10:22
released 22:20
remember 10:2,4,9,10,12,18 14:15 22:6 23:25
REPORTED 1:18
reportedly 14:8
reporter 29:22 30:9,13 31:6
Reporter/Notary 33:19
Reporting 34:1
represent 21:16
Reserved 30:19
residencies 5:1
residency 4:15,17 5:7,18 7:6
resident 5:16
respirations 13:9

Case 1:14-cv-00074-SPW-CSO Document 108-4 Filed 12/07/15 Page 20 of 24 Pageid#: 1320

respiratory 10:9
13:2 15:3,4,8,21
16:12 17:2,4
19:20 20:4 25:16
28:7

responsible 33:10

result 17:22

resuscitate 10:10
18:16

resuscitative
13:11

retired 6:5

review 16:22
23:15

ride 16:14

rides 16:14 26:11

risk 15:23,25
16:9,11,16,17,19
23:5,6,11
24:11,13 26:12

Road 2:10 33:2

Roanoke 2:5

room 13:1,4,6

route 12:20

RPR 1:18 31:17
33:19

rule 27:18

**S**

saw 25:11,21
28:22

scale 24:21

scan 14:11 21:24
22:6,22

scanned 22:17

scanner 14:12
22:20

school 5:5

screening 17:18

seal 31:13

second 16:3

section 18:5,7,20

seen 14:5 26:14
28:1

sentence 22:14,18

severe 15:22

Shawn 1:4 3:9
33:3 34:5

sheet 32:8 33:13

Shorthand 31:5

shortly 13:10

shortness 14:8

sign 30:3,8

signature 30:19
33:9,11,14 34:25

signed 32:8 33:13

significance 19:19
22:24 24:9 25:13
27:7

significant 15:2,14
18:8 25:5

sir 4:9

situation 6:20

size 23:22

skill 31:11

small 5:17

Smith 2:9 33:1

somebody 24:5
25:14

someone 15:10
24:1

somewhere 7:17

sorry 9:4 16:6
26:22

source 20:18
21:18,20

speak 28:22

speaking 10:10

specialty 7:7

specific 24:3

specifics 28:19

spent 5:3

Spokane 8:20

spoke 10:20 20:24

staff 12:24 13:8

started 4:15,16
6:16 12:24 13:3
22:11

starting 4:25

state 4:21,22
10:19,21 31:2,6

statement 16:4

STATES 1:1

stopped 12:21
13:14

stuff 4:16

subject 27:1,11

subsequently 23:9

substantial 12:20
15:8,21 23:1

substantially
15:22 19:22
24:13

successful 13:17

suggest 18:17

suggests 19:15

summary 11:10

SunTrust 2:4

sure 8:1 11:22
27:2

surrounding
19:6,9,14,18

sworn 4:4 31:9

symptomatolgy
19:15

symptomatology
15:8 20:1 28:7

symptoms 18:12
20:3

syncope 15:10

20:5

system 7:18,19
17:2

systems 16:23
23:15

**T**

table 22:20

taking 4:25 26:12

talking 16:17
25:18

TAYLOR-
BAGHERI 1:3

Tennessee 2:11
5:8,10 6:14 33:2

term 11:10

terms 21:17 24:4
25:1

test 17:18 24:15

testified 4:5 27:25

testimony 32:5,6

testing 28:17

Texas 5:3,5

Thank 27:22 29:9
33:17

that's 7:17 8:8
14:12 16:7
18:2,10 19:11
20:17 23:21 25:4
27:21 28:10
29:18

there's 8:17 13:25
18:17,20 20:20

thighs 26:5

Third 34:2

three-year 7:6

thrombosis 17:19
23:12 25:25
27:16

tissue 26:10

toward 18:5

trained 5:20

transcript 3:11
29:23 30:4,14
31:8

transcription 32:6

travel 14:19
26:6,7

travels 7:19

treated 9:8,20
19:3 20:10,16

treating 16:19
18:9

treatment
12:12,25 14:3,23
15:15 21:8

trial 29:24

trip 14:4 17:6
19:22

true 31:10 32:5

tumor 7:22

turnaround 30:1

two-page 11:23

type 5:14 6:20

types 6:21 24:11

typically 8:20

**U**

uh-huh 18:6,22

ultimately 12:16
13:19

unable 9:14

unaware 26:25
28:3

undergraduate
5:4

understanding
14:17

unfortunate 8:1

UNITED 1:1

University 5:3,5

unusual 25:14

UPON 1:10

upper 15:3

urgent 6:7

usually 7:18

**V**

vehicle 23:3

vein 27:16

veins 17:19
26:1,3,5

vena 26:8

venous 7:18,19
17:18 23:12
25:24 26:7,18
27:5,8,12

vessels 7:21

Virginia 1:1 2:5
14:7,19,22,24
15:15 17:7 22:25
23:2,10

visit 17:6 26:15

visual 23:23

volume 6:14,17,18

**W**

walk 4:24 12:14

warrants 8:18

Washington 1:13
4:22 31:2,7 34:2

wasn't 18:15

weeks 14:6 15:5
19:21

weight 19:14
23:16,19,21,24
24:4

we're 9:6 16:17

WESTERN 1:1

whatever 6:2

WHEREOF 31:12

Whereupon 4:2

whether 8:18 14:2
29:3,4

whichever's 11:10

wife 10:11,13
14:21 28:6 29:8

Wilkey 20:24
21:3,5

witness 4:4 12:4
16:7 26:20
30:5,10 31:12
33:10 34:6

work 17:9

worse 15:13

worsened 19:22

**Y**

Yours 33:18

you've 5:23 7:25
17:5 19:13

**Z**

zoology 5:4

Patient Name: MCKEE,SHAWN

Date of Service: 06/25/2013

HISTORY OF PRESENT ILLNESS: This is a 31-year-old male patient who presents to the emergency department by ambulance with report of rapidly increasing dyspnea with a history of an upper respiratory infection previously treated with antibiotic. He was reportedly tachycardia, rate 142 en route, but his O2 saturations were 96% en route on oxygen. However, on his arrival to the emergency department bay and being taken out of the ambulance, he went out and quit breathing and he was rushed into a room where he was found not to have a pulse or breathing activity and cardiac resuscitation was immediately initiated with chest compressions. The patient has no prior history in the area and I did not have any history from the family on initial evaluation. However, when his wife came, she gave a history that he had been seen a couple of weeks prior and Lebanon, Virginia where he had gone to the hospital for shortness of breath and he was evaluated there and they apparently had recommended a CT scan. However, he was too large for their scanner table and so he had been released with antibiotics with plan to go to another hospital to obtain a CT scan, but he decided he was feeling better and did not want to do that. He subsequently moved from Virginia to here and did so by driving. A few days ago began having some increasing shortness of breath again, but last night it became more severe and he had passed out at least once according to his wife, and today he got markedly worse.

REVIEW OF SYSTEMS/PAST MEDICAL HISTORY: None available initially, except for history of upper respiratory problems. He is a very large, obese male who weighs greater than 400 pounds according to his spouse and certainly appears in size to be over 400 pounds. On presentation, he had no pulses, no respiratory effort. Pupils had already become dilated, but were somewhat reactive.

PHYSICAL EXAMINATION:
GENERAL: He had a quick initial exam.
LUNGS: No air movement. He was being bagged initially and had cardiac compressions.
ABDOMEN: Obese.
EXTREMITIES: Obese, but no obvious acute swelling anywhere.

EMERGENCY DEPARTMENT COURSE: I immediately opted to intubate the patient, but did not require any type of paralyzation. The patient was intubated by me with an 8 tube without difficulty on first attempt, had good color change on the telemetry device and then he was actively back. Initially, he had some agonal respirations. The patient had lines established quickly. He was given IV epinephrine. He got a pulse step back briefly a couple times, but then his rhythm deteriorated. I was able to get an EKG before it deteriorated and it showed a right bundle-branch block. There were some P waves, but not entire strip. The resuscitative efforts were carried out with ongoing compressions and bagged respirations. Multiple doses of epinephrine and a blood gas obtained from the right femoral puncture that was done by me with a Betadine prep. I was able to get a blood gas which gave me electrolytes as well. The pH was 6.974, pCO2 of 67.4, pO2 of 53. The sodium was normal, potassium was 5.08, calcium 4.5, chloride 106, glucose 307. The patient had a normal _____ and hemoglobin. The patient was given bicarb x2 and ongoing epinephrine doses, but he deteriorated into a bradycardic PA rhythm. Ultrasound was placed on his chest and he had no significant cardiac contractility. No evidence of a pericardial effusion was seen. The resuscitative efforts were initiated at 9:43 at his arrival and were discontinued at 10:16 and he was in agonal rhythm at that time. The patient's labs had been drawn as part of this process and revealed a white count of 19.9, platelets 412,000. Normal hemoglobin and hematocrit. His PT and PTT were within expected limits. D-dimer was elevated at 32.6 Chemistries: Creatinine was 1.5, anion gap was 19. AST of 49, ALT of 75, myoglobin 191 and troponin 0.08.

EMERGENCY DEPARTMENT DIAGNOSIS: Cardiopulmonary arrest, unsuccessful resuscitative efforts with the patient being coded over 30 minutes and being urgently and early able to get the patient intubated had IV access early in his presentation. The surrounding history, his weight, and symptomatology also suggest the probability is fairly high that he had a pulmonary embolus. I discussed the patient's findings and history with Deb Wilkey, Coroner. She plans to have a POST done. I also



Name: MCKEE,SHAWN                    Status: DEF ER               EMERGENCY DEPARTMENT
Acct #: KM0009612904                 Rm/Bed:
MR #: KM00447053                     Provider: Paul F Paschall MD          Page: 1

03430.000 - Shawn Mathew Mckee     03430.004 KMC REO 03430.004     00017

**KOOTENAI MEDICAL CENTER**
Coeur d'Alene, ID 83814

spent time discussing with the wife the resuscitative efforts and history, and the patient expired at 10:16 a.m.

Paul F. Paschall, MD

PFP:jco

Job ID:1703434 Doc ID:1961294
D:06/25/2013 13:46:12 T:06/25/2013 14:13:04

**<Electronically signed by Paul F Paschall MD> 07/13/13 0708**

Rpt #: 0625-0259

CONFIDENTIAL DOCUMENT - RELEASE ONLY WITH PROPER AUTHORIZATION

Name: MCKEE,SHAWN        Status: DEP ER          EMERGENCY DEPARTMENT
Acct #: KM0009612904     Rm/Bed:
MR #: KM00447053         Provider: Paul F Paschall MD          Page: 2

03430.000 - Shawn Mathew Mckee       03430.004 KMC REQ 03430.004        00018
Case 1:14-cv-00077-JPJ   Document 108-4   Filed 12/07/15   Page 24 of 24   Pageid#: 1324