Who is going to be over Children's Accounts?

To the jury:
The Court appoints a suitable person to oversee children's accounts

Judge Jones

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

DEC 07 2015

JULIA C. DUDLEY, CLERK
BY: J. Clark
DEPUTY CLERK