# VERDICT

We, the Jury, on the issues joined, unanimously find in favor of Mrs. Taylor against:

_____    Dr. Bailey only

✓    Both Dr. Bailey and Appalachian Emergency Physicians

and fix the damages at $ 2,750,000.00 .

*Optional*: With interest on such amount from  06/25/2013 .
(month, day, and year).

*Optional*: We unanimously specify the proportion of damages to be received by the beneficiaries of Mr. McKee as follows:

Jessica McKee (widow) 35 %

Sahannah Durbin (stepchild) 32 %

Thomas McKee (child) 33 %

_____
Foreperson

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

DEC 07 2015

JULIA C. DUDLEY, CLERK
BY: /s/ Clark
DEPUTY CLERK