IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| KAREN TAYLOR BAGHERI, ADMINISTRATOR OF THE ESTATE OF SHAWN MATTHEW MCKEE, DECEASED, | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 1:14CV00077 |
| v. | ) **JUDGMENT IN A** |
| | ) **CIVIL CASE** |
| DWIGHT L. BAILEY, M.D., AND APPALACHIAN EMERGENCY PHYSICIANS, | )<br>)<br>) |
| Defendants. | ) |

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. It is **ORDERED AND ADJUDGED** that in accordance with the jury verdict, judgment is granted to Plaintiff against Defendants, jointly and severally, in the sum of Two Million Fifty Thousand Dollars ($2,050,000.00), together with interest at the Virginia judgment rate from June 25, 2013. The proceeds shall be divided among the following persons in the following percentages:

Jessica McKee 35%;

Sahannah Durbin 32%; and

Thomas McKee 33%.

Nothing further to be done herein, the clerk is directed to close the case.

ENTER: May 24, 2016

/s/ JAMES P. JONES
United States District Judge