IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| KAREN TAYLOR BAGHERI, | * | |
|     Administrator of the Estate of | * | |
|     Shawn Matthew McKee, Deceased, | * | |
| | * | |
|     Plaintiff, | * | Civil Action No. 1:14-CV-77 |
| | * | Judge Jones |
| v. | * | |
| | * | |
| DWIGHT L. BAILEY, M.D., et al., | * | |
| | * | |
|     Defendants. | * | |

## NOTICE OF APPEAL

Notice is hereby given that the defendants, Dwight L. Bailey, M.D. and Appalachian Emergency Physicians, in the above named case, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment (Doc. No. 152) entered in this action on May 24, 2016 and all subsidiary orders. (The final judgment was amended by an agreed order (Doc. No. 156).)

**DWIGHT L. BAILEY, M.D. and**
**APPALACHIAN EMERGENCY PHYSICIANS**

s/ James N. L. Humphreys
VA Bar No. 27868
423-378-8862; Fax: 423-378-8804
humphrey@hsdlaw.com

s/ Jimmie C. Miller
TN Bar No. 009756
423-378-8852; Fax: 423-378-8804
jmiller@hsdlaw.com

**HUNTER, SMITH & DAVIS, LLP**
P. O. Box 3740
Kingsport, TN 37664

## CERTIFICATE OF SERVICE

On June 20, 2016, I hereby certify that I electronically filed the foregoing **Notice of Appeal** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    S. D. Roberts Moore/Anthony M. Russell/Charles H. Smith, III/
    Benjamin D. Byrd/Andrew M. Bowman/Travis J. Graham/
    Cynthia D. Kinser
    **GENTRY LOCKE RAKES & MOORE, LLP**
    P. O. Box 40013
    Roanoke, VA  24022-0013
    (Counsel for Plaintiff)

                                          s/ James N. L. Humphreys

humphreys/Medpro